**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



08 CV 02764

CSX CORPORATIION,

                Plaintiff,

v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

                Defendants

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CSX Corporation hereby certifies that CSX Corporation does not

have any corporate parents.  No public company owns 10% or more of the company's stock.

March 17, 2008.

CRAVATH, SWAINE & MOORE LLP

By: *[signature]*

Rory O. Millson
Francis P. Barron
Michael A. Paskin
Members of the Firm

Attorneys for Plaintiff
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rmillson@cravath.com
fbarron@cravath.com
mpaskin@cravath.com
