UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CSX CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING COSTA,<br><br>                              Defendants. | 08 Civ. 02764 (LAK) (KNF)<br><br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned firm hereby appears as co-counsel for plaintiff CSX Corporation in this action, and requests service of all pleadings and correspondence upon it at the address set forth below.

New York, New York
March 20, 2008

DEWEY PEGNO & KRAMARSKY LLP


by _____/s/_____
     Keara A. Bergin (KB-0831)


220 East 42nd Street
New York, NY 10017
(212) 943-9000
(212) 943-4325
kbergin@dpklaw.com

*Co-counsel for plaintiff CSX Corporation*