UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CSX CORPORATION,

         Plaintiff,

 – against –

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE CHILDREN'S
INVESTMENT FUND MANAGEMENT (CAYMAN)
LTD., THE CHILDREN'S INVESTMENT MASTER
FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL
PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER
HOHN, SNEHAL AMAN AND ALEXANDRE
BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

         Defendants.
-----------------------------------------------------------------X

08-CV-02764 (LAK) (KNF)

Electronically Filed

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that I, Lance J. Gotko, hereby appear as additional counsel for plaintiff, and request that I hereinafter be served with all papers. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    March 20, 2008

             FRIEDMAN KAPLAN
               SEILER & ADELMAN LLP

             /s/ Lance J. Gotko
             Lance J. Gotko
             1633 Broadway
             New York, NY 10019-6708
             (212) 833-1100
             lgotko@fklaw.com

             *Attorneys for Plaintiff CSX Corporation*