UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CSX CORPORATION,                              :   08-CV-02764 (LAK) (KNF)
                                                                  :
                          Plaintiff,                  :
                                                                  :   Electronically Filed
          – against –                                 :
                                                                  :
THE CHILDREN'S INVESTMENT FUND               :   **NOTICE OF APPEARANCE**
MANAGEMENT (UK) LLP, THE CHILDREN'S          :
INVESTMENT FUND MANAGEMENT (CAYMAN)  :
LTD., THE CHILDREN'S INVESTMENT MASTER       :
FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL   :
PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER   :
HOHN, SNEHAL AMAN AND ALEXANDRE              :
BEHRING, A/K/A ALEXANDRE BEHRING COSTA,  :
                                                                  :
                          Defendants.              :
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that I, Paul J. Fishman, hereby appear as additional counsel for plaintiff, and request that I hereinafter be served with all papers. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        March 20, 2008

                                FRIEDMAN KAPLAN
                                   SEILER & ADELMAN LLP


                                /s/ Paul J. Fishman
                                Paul J. Fishman
                                1633 Broadway
                                New York, NY 10019-6708
                                (212) 833-1100
                                pfishman@fklaw.com

                                *Attorneys for Plaintiff CSX Corporation*