UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION,

                        Plaintiff,

v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

                        Defendants.

ECF CASE

08 Civ. 2764 (LAK)(KNF)

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund (all private non-governmental parties) certifies that:

      1.     The parent of The Children's Investment Fund Management (UK) LLP is The Children's Investment Fund Management (UK) Limited;

      2.     The Children's Investment Fund Management (Cayman) Ltd. is the parent of The Children's Investment Fund Management (UK) Limited;

      3.     The Children's Investment Fund, The Children's Investment Fund L.P. and the Children's Investment Segregated Fund are parents of The Children's Investment Master Fund; and

      4.     No publicly held corporation owns 10% or more of the stock of any of the foregoing.

Dated: New York, New York
March 23, 2008

SCHULTE ROTH & ZABEL LLP

By: _____
Howard Godnick
Yocheved Cohen

919 Third Avenue
New York, New York 10022
(212) 756-2000
howard.godnick@srz.com
yocheved.cohen@srz.com

Attorneys for The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund