AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CSX CORPORATION,

      Plaintiff,

      v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

      Defendants.

**APPEARANCE**

Case Number:  08 Civ. 02764-LAK

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) LTD., The Children's Investment Master Fund, Christopher Hohn, and Snehal Amin

    I certify that I am admitted to practice in this court.

| 3/24/2008 | /s/ Yocheved Cohen |
|---|---|
| Date | Signature |
| | Yocheved Cohen |
| | Print Name / Bar Number |
| | Schulte Roth & Zabel LLP, 919 Third Avenue |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 756-2000 / (212) 593-5955 |
| | Phone Number / Fax Number |