UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CSX CORPORATION,

                Plaintiff,

      -against-                                                  08 Civ. 2764 (LAK)

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       The Court having held a conference call with counsel this day and all parties having consented, it is hereby

       ORDERED, as follows:

       1.       The preliminary injunction hearing is advanced to May 21, 2008 commencing at 9:30 a.m.

       2.       The trial on the merits is consolidated with the preliminary injunction hearing pursuant to Fed. R. Civ. P. 65(a)(2).

Dated: March 25, 2008

                                                                                 _____
                                                                                       Lewis A. Kaplan
                                                                                 United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```