AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION

## SUMMONS IN A CIVIL ACTION

V.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT
(UK) LLP, THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S
INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS
LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND,
L.P., CHRISTOPHER HOHN, SNEHAL AMIN and
ALEXANDRE BEHRING, a/k/a ALEXANDRE BEHRING
COSTA

CASE NUMBER:

08 CV 02764

TO: (Name and Address of Defendant)

SEE ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Rory O. Millson
Francis P. Barron
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

MAR 1 7 2008

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

<table>
<tr><td colspan="2" align="center">**RETURN OF SERVICE**</td></tr>
<tr><td>Service of the Summons and Complaint was made by me[1]</td><td>DATE<br>Friday, March 21, 2008</td></tr>
<tr><td>NAME OF SERVER (PRINT)<br>Betsy Schulman</td><td>TITLE<br>Law Clerk</td></tr>
</table>

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o Peter D. Doyle, Esq., KIRLKLAND & ELLIS LLP, Citgroup Center, 153 East 53rd Street, New York, NY 10022

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): The papers were delivered to the mailroom with the express consent of Peter D. Doyle, as attorney for defendant.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 24, 2008
*Date*

*Signature of Server*

825 Eighth Avenue
New York, NY 10019
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT A

**Defendants:**

**THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP**
7 Clifford Street
London, W1S 2WE
United Kingdom

**THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD.**
PO Box 309GT
Ugland House
South Church Street
George Town, Grand Cayman, Cayman Islands
British West Indies

**THE CHILDREN'S INVESTMENT MASTER FUND**
PO Box 309GT
Ugland House
South Church Street
George Town, Grand Cayman, Cayman Islands
British West Indies

**3G CAPITAL PARTNERS LTD.**
36A Dr. Roy's Drive
PO Box 2510
George Town, Grand Cayman, Cayman Islands
British West Indies

**3G CAPITAL PARTNERS, L.P.**
36A Dr. Roy's Drive
PO Box 2510
George Town, Grand Cayman, Cayman Islands
British West Indies

**3G FUND, L.P.**
36A Dr. Roy's Drive
PO Box 2510
George Town, Grand Cayman, Cayman Islands
British West Indies

**CHRISTOPHER HOHN**
In care of The Children's Investment Fund Management (UK) LLP
7 Clifford Street
London, W1S 2WE
United Kingdom

**SNEHAL AMIN**
10022 Lakeside Gables Drive
Houston, TX 77065    (Harris County)

**ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA**
In care of 3G Capital Inc.
800 Third Avenue
31st Floor
New York, NY 10022  (New York County)