AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

CSX CORPORATION

V.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN and ALEXANDRE BEHRING, a/k/a ALEXANDRE BEHRING COSTA

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

08 CV 02764

TO: (Name and Address of Defendant)

SEE ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Rory O. Millson
Francis P. Barron
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
CLERK

[signature]

BY DEPUTY CLERK

DATE: MAR 17 2008

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                                   *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ATTACHMENT A

**Defendants:**

**THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP**
7 Clifford Street
London, W1S 2WE
United Kingdom

**THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD.**
PO Box 309GT
Ugland House
South Church Street
George Town, Grand Cayman, Cayman Islands
British West Indies

**THE CHILDREN'S INVESTMENT MASTER FUND**
PO Box 309GT
Ugland House
South Church Street
George Town, Grand Cayman, Cayman Islands
British West Indies

**3G CAPITAL PARTNERS LTD.**
36A Dr. Roy's Drive
PO Box 2510
George Town, Grand Cayman, Cayman Islands
British West Indies

**3G CAPITAL PARTNERS, L.P.**
36A Dr. Roy's Drive
PO Box 2510
George Town, Grand Cayman, Cayman Islands
British West Indies

**3G FUND, L.P.**
36A Dr. Roy's Drive
PO Box 2510
George Town, Grand Cayman, Cayman Islands
British West Indies

**CHRISTOPHER HOHN**
In care of The Children's Investment Fund Management (UK) LLP
7 Clifford Street
London, W1S 2WE
United Kingdom

2

**SNEHAL AMIN**
10022 Lakeside Gables Drive
Houston, TX 77065   (Harris County)

**ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA**
In care of 3G Capital Inc.
800 Third Avenue
31st Floor
New York, NY 10022  (New York County)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CSX CORPORATION,<br><br>                                          Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S INVESTMENT FUND<br>MANAGEMENT (UK) LLP, *et al.*,<br><br>                                          Defendants. | 08 CV 02764<br>(LAK) (KNF) |

## DECLARATION OF SERVICE

KEITH S. KAPLAN hereby declares as follows:

I am over the age of 18 years, not a party to this action and reside at 670 Ramapo Rd., Teaneck, NJ 07666.

On the 17th day of March, 2008, I served the SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES FOR JUDGE LEWIS A. KAPLAN and INDIVIDUAL PRACTICES FOR MAGISTRATE JUDGE KEVIN N. FOX

upon:

    THE CHILDREN'S INVESTMENT FUND
    MANAGEMENT (UK) LLP

    THE CHILDREN'S INVESTMENT FUND
    MANAGEMENT (CAYMAN) LTD.

    THE CHILDREN'S INVESTMENT MASTER
    FUND

    CHRISTOPHER HOHN

    SNEHAL AMIN

by personally delivering true and correct copies of the aforementoned documents to

    Howard O. Godnick, Esq.
    SCHULTE ROTH & ZABEL, LLP
    919 Third Avenue
    New York, NY 10022
    *Attorney for above listed Defendants*

2

Said documents were accepted by Barbara "Doe", Mr. Godnick's administrative assistant who confirmed that she was authorized to accept service on his behalf.

Dated, this 24th day of March, 2008, at New York, New York.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Keith S. Kaplan