UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION,

                            Plaintiff,

    v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE
CHILDREN'S INVESTMENT FUND
MANAGEMENT (CAYMAN) LTD., THE
CHILDREN'S INVESTMENT MASTER
FUND, 3G CAPITAL PARTNERS LTD.,  3G
CAPITAL PARTNERS, L.P., 3G FUND, L.P.,
CHRISTOPHER HOHN, SNEHAL AMIN
AND ALEXANDRE BEHRING, A/K/A
ALEXANDRE BEHRING COSTA,

                          Defendants.

ECF Case

08 Civ. 02764 (LAK) (KNF)

## NOTICE OF APPEARANCE OF MATTHEW F. DEXTER

        To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring.

        I certify that I am admitted to practice in this court.

-2-

Date:   March 26, 2008
        New York, New York

Respectfully submitted,

/s/ Matthew F. Dexter

Matthew F. Dexter
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
pdoyle@kirkland.com
mdexter@kirkland.com

Attorneys for Defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring

-2-