UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CSX CORPORATION,<br><br>                              Plaintiff,<br><br>           v.<br><br>THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,<br><br>                              Defendants. | ECF Case<br><br>08 Civ. 02764 (LAK) (KNF) |

## NOTICE OF APPEARANCE OF PETER DUFFY DOYLE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring.

I certify that I am admitted to practice in this court.

-2-

Date:  March 26, 2008
       New York, New York

Respectfully submitted,

/s/ Peter Duffy Doyle
_____

Peter Duffy Doyle
Matthew F. Dexter
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
pdoyle@kirkland.com
mdexter@kirkland.com

Attorneys for Defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring