UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION,

          Plaintiff,

   v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE
CHILDREN'S INVESTMENT FUND
MANAGEMENT (CAYMAN) LTD., THE
CHILDREN'S INVESTMENT MASTER
FUND, 3G CAPITAL PARTNERS LTD.,  3G
CAPITAL PARTNERS, L.P., 3G FUND, L.P.,
CHRISTOPHER HOHN, SNEHAL AMIN
AND ALEXANDRE BEHRING, A/K/A
ALEXANDRE BEHRING COSTA,

         Defendants.

ECF Case

08 Civ. 02764 (LAK) (KNF)

## RULE 7.1 DISCLOSURE STATEMENT OF 3G FUND, L.P.

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 3G Fund, L.P. (a non-governmental private party) makes the following disclosure statement:

  1.  The parent corporation of 3G Fund, L.P. is its general partner, 3G Capital Partners, L.P.

  2.  No publicly held company owns 10% or more of the stock of 3G Fund, L.P.

| | |
|---|---|
| Date: March 26, 2008<br>New York, New York | Respectfully submitted,<br><br>/s/ Matthew F. Dexter<br><br>Peter Duffy Doyle<br>Matthew F. Dexter<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022<br>(212) 446-4800<br>pdoyle@kirkland.com<br>mdexter@kirkland.com<br><br>Attorneys for Defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring |