UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION,

                    Plaintiff,

        v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

                    Defendants.

ECF Case

08 Civ. 02764 (LAK) (KNF)

## RULE 7.1 DISCLOSURE STATEMENT OF 3G CAPITAL PARTNERS LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 3G Capital Partners, Ltd. (a non-governmental corporate party) makes the following disclosure statement:

1.      The 3G Capital Partners Ltd. does not have any parent corporation.

2.      No publicly held company owns 10% or more of the stock of 3G Capital Partners Ltd.

Date:  March 26, 2008
       New York, New York

Respectfully submitted,

/s/ Matthew F. Dexter

Peter Duffy Doyle
Matthew F. Dexter
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
pdoyle@kirkland.com
mdexter@kirkland.com

Attorneys for Defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring