UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION,

                                      Plaintiff,

        v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

                                      Defendants.

ECF Case

08 Civ. 02764 (LAK) (KNF)

## RULE 7.1 DISCLOSURE STATEMENT OF 3G CAPITAL PARTNERS, L.P.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 3G Capital Partners, L.P. (a non-governmental private party) makes the following disclosure statement:

1.       The parent corporation of 3G Capital Partners, L.P. is its general partner, 3G Capital Partners, Ltd.

2.       No publicly held company owns 10% or more of the stock of 3G Capital Partners, L.P.