UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CSX CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD.,  3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,<br><br>                              Defendants. | ECF Case<br><br>08 Civ. 02764 (LAK) (KNF) |

## NOTICE OF APPEARANCE OF SUDWITI CHANDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring.

I certify that I am admitted to practice in this court.

-2-

Date: April 22, 2008
      New York, New York

Respectfully submitted,

/s/ Sudwiti Chanda
_____

Sudwiti Chanda
Peter Duffy Doyle
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
schanda@kirkland.com
pdoyle@kirkland.com

Attorneys for Defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P. and Alexandre Behring