**ORIGINAL**

Andrew M. Genser (AG6823)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

---

CSX CORPORATION,

                        Plaintiff,

v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE
CHILDREN'S INVESTMENT FUND
MANAGEMENT (CAYMAN) LTD., THE
CHILDREN'S INVESTMENT MASTER
FUND, 3G CAPITAL PARTNERS LTD., 3G
CAPITAL PARTNERS, L.P., 3G FUND, L.P.,
CHRISTOPHER HOHN, SNEHAL AMIN
AND ALEXANDRE BEHRING, A/K/A
ALEXANDRE BEHRING COSTA,

                       Defendants.

ECF Case

08 Civ. 02764 (LAK) (KNF)

**NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

**MEMO ENDORSED**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sudwiti Chanda, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|   |   |
|---|---|
| Applicant's Name: | Brian W. Song |
| Firm name: | Kirkland & Ellis |
| Address: | 153 East 53rd Street |
| City / State / Zip: | New York, NY 10128 |
| Phone Number: | (212) 446-4756 |
| Fax Number: | (212) 446-4900 |

Brian W. Song is a member in good standing of the Bar of the States(s) of New York and Massachusetts.

SO ORDERED
LEWIS A. KAPLAN, USDJ
4/25/08