# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CSX CORPORATION,

        Plaintiff,

        v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE CHILDREN'S
INVESTMENT FUND MANAGEMENT
(CAYMAN) LTD., THE CHILDREN'S
INVESTMENT MASTER FUND, 3G CAPITAL
PARTNERS LTD., 3G CAPITAL PARTNERS, L.P.,
3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL
AMIN, AND ALEXANDRE BEHRING, A/K/A
ALEXANDRE BEHRING COSTA,

        Defendants.
-------------------------------------------------------------:

THE CHILDREN'S INVESTMENT MASTER
FUND,

        Counterclaim and
        Third-Party Plaintiff,

        v.

CSX CORPORATION AND MICHAEL J. WARD,

        Counterclaim and
        Third-Party Defendants.
-------------------------------------------------------------:

3G CAPITAL PARTNERS LTD., 3G CAPITAL
PARTNERS, L.P. AND 3G FUND, L.P.

        Counterclaim Plaintiffs,

        v.

CSX CORPORATION AND MICHAEL WARD,

        Counterclaim Defendants.
-------------------------------------------------------------x

SCANNED

ECF CASE
08 Civ. 02764 (LAK) (KNF)

NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

#36

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

SO ORDERED

LEWIS A. KAPLAN, USDJ

APR 28 2008

PLEASE TAKE NOTICE THAT, upon the Affidavit of Yocheved Cohen and the proposed order herein, the undersigned will move this Court before the Honorable Lewis A. Kaplan, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, a date and time to be specified by the Court, for an Order admitting Pamela Serranzana to appear in the above-captioned action *pro hac vice* on behalf of Defendants The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) LTD., The Children's Investment Master Fund, Christopher Hohn, and Snehal Amin.

Dated: April 28, 2008
New York, New York

SCHULTE ROTH & ZABEL LLP

By: _____
Yocheved Cohen

919 Third Avenue
New York, New York 10022
yocheved.cohen@srz.com
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

*Attorneys for Defendants The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, Christopher Hohn, and Snehal Amin*

2