AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CSX CORPORATION,

    Plaintiff,
  v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, et al.

    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 02764 (LAK) (KNF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, Christopher Hohn, and Snehal Amin

    I certify that I am admitted to practice in this court.

| 5/6/2008 | /s/ David K. Momborquette |
|---|---|
| Date | Signature |
| | David K. Momborquette |
| | Print Name      Bar Number |
| | Schulte Roth & Zabel LLP, 919 Third Avenue |
| | Address |
| | New York    NY    10022 |
| | City    State    Zip Code |
| | (212) 756-2000    (212) 593-5955 |
| | Phone Number    Fax Number |