USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CSX CORPORATION,

               Plaintiff,

         -against-

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 2764 (LAK)

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

       The parties are advised that the undersigned, while in private practice, on one or more occasions retained Daniel R. Fischel and/or Lexecon as experts on behalf of clients.

Dated:  May 16, 2008

                                           _____
                                                Lewis A. Kaplan
                                      United States District Judge