UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CSX CORPORATION,

                Plaintiff,

                v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE CHILDREN'S
INVESTMENT FUND MANAGEMENT
(CAYMAN) LTD., THE CHILDREN'S
INVESTMENT MASTER FUND, 3G CAPITAL
PARTNERS LTD., 3G CAPITAL PARTNERS, L.P.,
3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL
AMIN, AND ALEXANDRE BEHRING, A/K/A
ALEXANDRE BEHRING COSTA,

                Defendants.
------------------------------------------------------------
THE CHILDREN'S INVESTMENT MASTER
FUND,

                Counterclaim and
                Third-Party Plaintiff,

                v.

CSX CORPORATION AND MICHAEL J. WARD,

                Counterclaim and
                Third-Party Defendants.
------------------------------------------------------------
3G CAPITAL PARTNERS LTD., 3G CAPITAL
PARTNERS, L.P. AND 3G FUND, L.P.

                Counterclaim Plaintiffs,

                v.

CSX CORPORATION AND MICHAEL WARD,

                Counterclaim and Third-
                Party Defendants.
------------------------------------------------------------x

ECF CASE

08 Civ. 02764 (LAK) (KNF)

**NOTICE OF DEFENDANTS'
MOTION *IN LIMINE* TO
STRIKE PORTIONS OF THE
WITNESS STATEMENT OF
<u>ALAN MILLER</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Affirmation of David K. Momborquette, Esq., sworn to on May 19, 2008, and all prior pleadings and proceedings had herein, Defendants The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, Christopher Hohn, and Snehal Amin will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, to strike portions of the Witness Statement of Alan Miller.

Dated: New York, New York
       May 19, 2008

                                        SCHULTE ROTH & ZABEL LLP

                                By:   /s/ Howard O. Godnick
                                    Howard O. Godnick
                                    Michael E. Swartz
                                    David K. Momborquette
                                    Michael Kwon

                                    919 Third Avenue
                                    New York, New York  10022
                                    howard.godnick@srz.com
                                    (212) 756-2000 (telephone)
                                    (212) 593-5955 (facsimile)

                                    *Attorneys for Defendants The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, Christopher Hohn, and Snehal Amin*

TO:  Francis P. Barron, Esq.
CRAVATH SWAINE & MOORE LLP
*Attorneys for Plaintiff CSX Corporation and Third-Party Plaintiff Michael Ward*
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Lance J. Gotko, Esq.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
*Attorneys for Plaintiff CSX Corporation*
1633 Broadway, 46th Floor
New York, NY 10019
(212) 833-1100

Peter D. Doyle, Esq.
KIRKLAND & ELLIS LLP
Attorneys for Defendants
*3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P., and Alexandre Behring*
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Keara A. Bergin, Esq.
DEWEY PEGNO & KRAMARSKY LLP
*Attorneys for Plaintiff CSX Corporation*
220 East 42nd Street, 33rd Fl
New York, NY 10017
(212) 943-9000