UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CSX CORPORATION,

                 Plaintiff,

                 v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE CHILDREN'S
INVESTMENT FUND MANAGEMENT
(CAYMAN) LTD., THE CHILDREN'S
INVESTMENT MASTER FUND, 3G CAPITAL
PARTNERS LTD., 3G CAPITAL PARTNERS, L.P.,
3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL
AMIN, AND ALEXANDRE BEHRING, A/K/A
ALEXANDRE BEHRING COSTA,

                 Defendants.
-----------------------------------------------------------------

THE CHILDREN'S INVESTMENT MASTER
FUND,

                 Counterclaim and
                 Third-Party Plaintiff,

                 v.

CSX CORPORATION AND MICHAEL J. WARD,

                 Counterclaim and
                 Third-Party Defendants.
-----------------------------------------------------------------

3G CAPITAL PARTNERS LTD., 3G CAPITAL
PARTNERS, L.P. AND 3G FUND, L.P.

                 Counterclaim Plaintiffs,

                 v.

CSX CORPORATION AND MICHAEL WARD,

                 Counterclaim Defendants.
-----------------------------------------------------------------x

ECF CASE

08 Civ. 02764 (LAK) (KNF)

**NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO STRIKE PORTIONS OF CERTAIN CSX WITNESS STATEMENTS AS HEARSAY**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, Defendants The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P., Christopher Hohn, Snehal Amin and Alexandre Behring will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, to strike portions of Certain CSX witness statements as hearsay.

Dated: New York, New York
May 19, 2008

| KIRKLAND & ELLIS LLP | SCHULTE ROTH & ZABEL LLP |
|---|---|
| By: /s/ Andrew M. Genser<br>Peter Duffy Doyle<br>Andrew M. Genser | By: /s/ Howard O. Godnick<br>Howard O. Godnick<br>Michael E. Swartz<br>Yocheved Cohen |
| 153 East 53rd Street<br>New York, New York 10022<br>(212) 446-4800 | 919 Third Avenue<br>New York, New York 10022<br>(212) 756-2000 |
| *Attorneys for 3G Capital Partners Ltd, 3G Capital Partners, LP, 3G Fund, LP and Alexandre Behring (a/k/a Alexandre Behring Costa)* | *Attorneys for The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) LTD, The Children's Investment Master Fund, Christopher Hohn and Snehal Amin* |