UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CSX CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD.,  3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,<br><br>          Defendants. | ECF Case<br><br>08 Civ. 02764 (LAK) (KNF)<br><br>**NOTICE OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PETER C. HARKINS** |
| THE CHILDREN'S INVESTMENT MASTER FUND,<br><br>  Counterclaim and Third-Party Plaintiff,<br><br>  v.<br><br>CSX CORPORATION AND MICHAEL WARD,<br><br>  Counterclaim and Third-Party Defendants. | |
| 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P. AND 3G FUND, L.P.<br><br>  Counterclaim and Third-Party Plaintiffs,<br><br>  v.<br><br>CSX CORPORATION AND MICHAEL WARD,<br><br>  Counterclaim and Third-Party Defendants. | |

Please take notice that upon the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, Plaintiff CSX Corporation will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, to exclude the testimony of Peter C. Harkins.

Dated: May 20, 2008
       New York, NY

                                        Respectfully submitted,

                                        **CRAVATH, SWAINE & MOORE LLP,**

                                          by
                                            /s/ David R. Marriott
                                                Rory O. Millson
                                                Francis P. Barron
                                                David R. Marriott
                                                Members of the Firm

                                            Attorneys for Plaintiff
                                               825 Eighth Avenue
                                              New York, NY 10019
                                                 (212) 474-1000

                                                RMillson@cravath.com
                                                FBarron@cravath.com
                                                DMarriott@cravath.com


**DEWEY PEGNO & KRAMARSKY LLP**
Keara A. Bergin
220 East 42nd Street
New York, NY 10017
(212) 943-9000
KBergin@dpklaw.com

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Lance J. Gotko
Paul J. Fishman
1633 Broadway
New York, NY 10019-6708
(212) 833-1100
LGotko@fklaw.com
PFishman@fklaw.com

*Attorneys for Plaintiff CSX*