UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CSX CORPORATION,

                                        Plaintiff,

                    v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE CHILDREN'S
INVESTMENT FUND MANAGEMENT
(CAYMAN) LTD., THE CHILDREN'S
INVESTMENT MASTER FUND, 3G CAPITAL
PARTNERS LTD.,  3G CAPITAL PARTNERS,
L.P., 3G FUND, L.P., CHRISTOPHER HOHN,
SNEHAL AMIN AND ALEXANDRE
BEHRING, A/K/A ALEXANDRE BEHRING
COSTA,

                                        Defendants.

---

THE CHILDREN'S INVESTMENT MASTER
FUND,

                            Counterclaim and Third-
                                    Party Plaintiff,

                    v.

CSX CORPORATION AND MICHAEL WARD,

                            Counterclaim and Third-
                                    Party Defendants.

---

3G CAPITAL PARTNERS LTD., 3G CAPITAL
PARTNERS, L.P. AND 3G FUND, L.P.,

                            Counterclaim Plaintiffs,

                    v.

CSX CORPORATION AND MICHAEL WARD,

                            Counterclaim Defendants.

ECF Case

08 Civ. 02764 (LAK) (KNF)

**DECLARATION OF
MICHAEL E. SWARTZ**

**MICHAEL E. SWARTZ**, an attorney duly admitted to practice before this Court, hereby affirms the following to be true under penalties of perjury:

1.    I am a member of the Bar of the State of New York and a partner with the firm of Schulte Roth & Zabel LLP, counsel to The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund (together, "TCI"), Christopher Hohn, and Snehal Amin.  I submit this declaration in support of Defendant's Post-Trial Reply Brief the above captioned matter.

2.    Attached hereto as Exhibit 1 is a true and correct copy of *CSX White Paper, available at* http://www.strongercsx.com/whitepaper_051208.pdf.

3.    Attached hereto as Exhibit 2 is a true and correct copy of Alastair McCall, *Sharing Their Good Fortune; Rich List 2008,* The Sunday Times UK, April 27, 2008.

4.    Attached hereto as Exhibit 3 is a true and correct copy of John D. Bowen, *What Does The Children's Investment Fund Really Want?,* Railway Age, November 1, 2007.

5.    Attached hereto as Exhibit 4 is a true and correct copy of Paul Glader, *Mittal Steel Offers $3.2 Billion for Remainder of Arcelor Brasil,* Wall Street Journal, October 26, 2006.

6.    Attached hereto as Exhibit 5 is a true and correct copy of a chart titled "Issues Raised By Treating Hedged Shares as Beneficially Owned."

7.    Attached hereto as Exhibit 6 is a true and correct copy of TCI and 3G Daily Trading Comparison by Month.

_____/S/ Michael E. Swartz_____

Michael E. Swartz

Dated:  New York, New York
May 29, 2008



# CSX: The Case for Change

The Children's Investment Fund Management (UK) LLP ("TCI") &
3G Capital Partners, Ltd. ("3G")

April 2008

The Children's Investment Fund Management (UK) LLP, 7 Clifford Street, London, W1S 2WE, UK
3G Capital Partners, Ltd. c/o 3G Capital Inc., 800 Third Avenue, 31st Floor, New York, New York 10022, US

Tel: +1 212 687 8080 (C/O Sard Verbinnen)

# Disclaimer

THIS PRESENTATION IS FOR GENERAL INFORMATIONAL PURPOSES ONLY. IT DOES NOT HAVE REGARD TO THE SPECIFIC INVESTMENT OBJECTIVE, FINANCIAL SITUATION, SUITABILITY, OR THE PARTICULAR NEED OF ANY SPECIFIC PERSON WHO MAY RECEIVE THIS PRESENTATION, AND SHOULD NOT BE TAKEN AS ADVICE ON THE MERITS OF ANY INVESTMENT DECISION. THE VIEWS EXPRESSED HEREIN REPRESENT THE OPINIONS OF THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND L.P., CHRISTOPHER HOHN, ALEXANDRE BEHRING, GILBERT LAMPHERE, TIMOTHY O'TOOLE AND GARY WILSON (COLLECTIVELY, THE "PARTICIPANTS"), AND ARE BASED ON PUBLICLY AVAILABLE INFORMATION WITH RESPECT TO CSX CORPORATION (THE "ISSUER").

EXCEPT FOR THE HISTORICAL INFORMATION CONTAINED HEREIN, THE MATTERS ADDRESSED IN THIS PRESENTATION ARE FORWARD-LOOKING STATEMENTS THAT INVOLVE CERTAIN RISKS AND UNCERTAINTIES. YOU SHOULD BE AWARE THAT ACTUAL RESULTS COULD DIFFER MATERIALLY FROM THOSE CONTAINED IN THE FORWARD-LOOKING STATEMENTS. THE PARTICIPANTS ASSUME NO OBLIGATION TO UPDATE THE FORWARD-LOOKING INFORMATION.

THE PARTICIPANTS RESERVE THE RIGHT TO CHANGE ANY OF THEIR OPINIONS EXPRESSED HEREIN AT ANY TIME AS THEY DEEM APPROPRIATE. THE PARTICIPANTS DISCLAIM ANY OBLIGATION TO UPDATE THE INFORMATION CONTAINED HEREIN.

THE PARTICIPANTS HAVE NOT SOUGHT OR OBTAINED CONSENT FROM ANY THIRD PARTY TO USE ANY STATEMENTS OR INFORMATION INDICATED IN THIS PRESENTATION AS HAVING BEEN OBTAINED OR DERIVED FROM STATEMENTS MADE OR PUBLISHED BY THIRD PARTIES. ANY SUCH STATEMENTS OR INFORMATION SHOULD NOT BE VIEWED AS INDICATING THE SUPPORT OF SUCH THIRD PARTY FOR THE VIEWS EXPRESSED HEREIN. NO WARRANTY IS MADE THAT DATA OR INFORMATION, WHETHER DERIVED OR OBTAINED FROM FILINGS MADE WITH THE SEC OR FROM ANY THIRD PARTY, ARE ACCURATE.

THE PARTICIPANTS SHALL NOT BE RESPONSIBLE OR HAVE ANY LIABILITY FOR ANY MISINFORMATION CONTAINED IN ANY SEC FILING OR THIRD PARTY REPORT. THERE IS NO ASSURANCE OR GUARANTEE WITH RESPECT TO THE PRICES AT WHICH ANY SECURITIES OF THE ISSUER WILL TRADE, AND SUCH SECURITIES MAY NOT TRADE AT PRICES THAT MAY BE IMPLIED IN THIS PRESENTATION. ANY ESTIMATES, PROJECTIONS AND PRO FORMA INFORMATION SET FORTH IN THIS PRESENTATION ARE BASED ON ASSUMPTIONS THAT THE PARTICIPANTS BELIEVE TO BE REASONABLE, BUT THERE CAN BE NO ASSURANCE OR GUARANTEE THAT ACTUAL RESULTS OR PERFORMANCE OF THE ISSUER WILL NOT DIFFER, AND SUCH DIFFERENCES MAY BE MATERIAL.

THIS PRESENTATION DOES NOT RECOMMEND THE PURCHASE OR SALE OF ANY SECURITY. UNDER NO CIRCUMSTANCES IS THIS PRESENTATION TO BE USED OR CONSIDERED AS AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITY. THE PARTICIPANTS CURRENTLY OWN AN AGGREGATE OF APPROXIMATELY 8.7% OF THE OUTSTANDING COMMON STOCK OF THE ISSUER. THE PARTICIPANTS INCLUDE FUNDS AND ACCOUNTS THAT ARE IN THE BUSINESS OF TRADING – BUYING AND SELLING - PUBLIC SECURITIES. IT IS POSSIBLE THAT THERE WILL BE DEVELOPMENTS IN THE FUTURE THAT CAUSE ONE OR MORE OF THE PARTICIPANTS FROM TIME TO TIME TO SELL ALL OR A PORTION OF THEIR SHARES IN OPEN MARKET TRANSACTIONS OR OTHERWISE (INCLUDING VIA SHORT SALES), BUY ADDITIONAL SHARES (IN OPEN MARKET OR PRIVATELY NEGOTIATED TRANSACTIONS OR OTHERWISE), OR TRADE IN OPTIONS, PUTS, CALLS OR OTHER DERIVATIVE INSTRUMENTS RELATING TO SUCH SHARES.

ALL STOCKHOLDERS OF THE ISSUER ARE ADVISED TO READ THE DEFINITIVE PROXY STATEMENT AND OTHER DOCUMENTS RELATED TO THE SOLICITATION OF PROXIES BY THE PARTICIPANTS FROM THE STOCKHOLDERS OF THE ISSUER FOR USE AT THE 2008 ANNUAL MEETING OF STOCKHOLDERS OF THE ISSUER WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. WHEN COMPLETED, THE DEFINITIVE PROXY STATEMENT AND FORM OF PROXY WILL BE MAILED TO STOCKHOLDERS OF THE ISSUER AND WILL, ALONG WITH OTHER RELEVANT DOCUMENTS, BE AVAILABLE AT NO CHARGE ON THE SEC'S WEB SITE AT HTTP://WWW.SEC.GOV. IN ADDITION, THE PARTICIPANTS IN THE PROXY SOLICITATION WILL PROVIDE COPIES OF THE DEFINITIVE PROXY STATEMENT WITHOUT CHARGE UPON REQUEST. INFORMATION RELATING TO THE PARTICIPANTS IS CONTAINED IN THE DEFINITIVE SCHEDULE 14A FILED BY THE PARTICIPANTS WITH THE SEC ON APRIL 28, 2008.

*"There will always be skeptics.  We hear their voices whenever we try to do something that has never been done before in railroading"*

Paul Tellier, former CEO of Canadian National, 2000

Source: 2000 Canadian National Annual Report

3

# Table of Contents

|  | **Page #** |
|---|---|
| **I. EXECUTIVE SUMMARY AND BACKGROUND** | |
| Executive Summary | 10 |
| Our Nominees vs. CSX Nominees | 11 |
| Our Vision for CSX | 12 |
| Key Questions we are Asking | 13 |
| Overview of TCI | 14 |
| How TCI Formed its View | 15 |
| Overview of 3G Capital | 16 |
| | |
| **II. CORPORATE GOVERNANCE** | |
| Our Nominees vs. Incumbent Board | 18 |
| Brief Bios of Our Nominees | 19 |
| Brief Bios of Incumbent Directors | 20 |
| Entrenchment/Enrichment actions by Board and Management | 21 |

# Table of Contents (continued)

**Page #**

**III. SPECIFIC CORPORATE GOVERNANCE CONCERNS**

| | |
|---|---|
| Shareholder Pressure has been Required for Positive Change | 22 |
| Highest Industry Pay for Lagging Industry Performance | 23 |
| Board and Management Seem to Lack Conviction in CSX Value | 24 |
| Board Not Interested in Allowing Shareholders a Voice | 25 |
| Violations of Insider Trading Policy | 26 |
| Disingenuous Attempt at Special Meeting Bylaw | 27 |
| Filing Baseless Lawsuit to Manipulate Shareholder Vote | 28 |
| Harassment and Intimidation of Workers | 29 |
| Alleged Abusive Use of The Greenbrier | 30 |
| Quotes Indicating Others Share our Concerns | 31 |

# Table of Contents (continued)

| | Page # |
|---|---|
| **IV. THE TRUTH ABOUT CSX PERFORMANCE** | |
| CSX is a Laggard on Key Metrics | 33 |
| Customer Surveys Confirm Poor Performance | 34 |
| Pricing, not Management, Responsible for Improved Results | 35 |
| Industry Share Performance Indicates 'Rising Tide Lifting All Boats' | 36 |
| Productivity Seems to have Stalled | 37 |
| Recent Performance Not as Good as it Looks | 38 |
| The Gap to Canadian National is Widening | 39 |
| | |
| **V. THE PRODUCTIVITY OPPORTUNITY** | |
| Our view of the Potential | 41 |
| The Productivity Opportunity Quantified | 42 |
| The Value of Productivity | 43 |
| Management Guidance indicates no Productivity Improvement | 44 |
| A Typical Rail Shipment Diagrammed | 45 |

# Table of Contents (continued)

|                                                              | Page # |
| ------------------------------------------------------------ | ------ |
| **V. THE PRODUCTIVITY OPPORTUNITY (continued)**              |        |
| Why Canadian National is a Good Model                        | 46     |
| CSX vs. Canadian National                                    | 47     |
| Michael Ward vs. Hunter Harrison                             | 48     |
| Overview of the Canadian National Model                      | 49     |
| CSX Benchmarked to Canadian National                         | 50     |
| Analysis of Capacity Created through Productivity            | 51     |
| Back testing the Analysis to Actual Canadian National Results| 52     |
| Further Opportunities – Locomotives                          | 53     |
| Further Opportunities – Fuel                                 | 54     |
| Further Opportunities – Labor Productivity                   | 55     |
| Further Opportunities – Safety                               | 56     |

## Table of Contents (continued)

|  | Page # |
|---|---|
| **VI. THE PRICING DISCOUNT** | |
| Is there a Smarter way to Price? | 58 |
| CSX vs. Norfolk Southern Pricing Comparison | 59 |
| | |
| **VII. CAPITAL ALLOCATION AND STRUCTURE** | |
| Relationship between Compensation Metric and Capex | 61 |
| Contrasting Statements of Rail CEOs on Capex | 62 |
| Analysis of Volumes vs. Capex | 63 |
| Historical Management Volume Guidance vs. Actual Results | 64 |
| Analysis of Deferred Maintenance Capex Risk | 65 |
| Network Performance | 66 |
| Capital Structure Considerations | 67 |
| The Value of Leverage | 68 |
| Recession Analysis | 69 |
| CSX Revenue Composition | 70 |

## Table of Contents (continued)

|  | Page # |
|---|---|
| **IX. APPENDIX** | |
| Nominee Bio: Chris Hohn | 72 |
| Nominee Bio: Alex Behring | 73 |
| Nominee Bio: Gil Lamphere | 74 |
| Nominee Bio: Tim O'Toole | 75 |
| Nominee Bio: Gary Wilson | 76 |
| Back-up Data for Slide 35 | 77 |
| Back-up Data for Slide 37 | 78 |
| Back-up Data for Slide 38 | 79 |

## Executive Summary

**Electing our minority slate of nominees is in the best long-term interests of CSX shareholders**

- ✓ Over 50 years of railroad experience → know the business in order to ask the right questions
- ✓ Strong, proven business leaders → willing to challenge management
- ✓ Own over $2bn of CSX shares → 'owners' not 'renters'

**The question shouldn't be "where has CSX come from?" but rather "where should CSX be?"**

- ➢ Nothing structural to keep CSX from being best railroad in America
- ➢ We believe CSX's earnings power is *double* its current EBIT
- ➢ Performance has improved, but largely because of a 'rising tide (pricing) lifting all boats'

**We believe the incumbent Board is entrenched, and has not served shareholders well**

- ✖ Independent directors have no railroad operating experience, and an average tenure of ~10 years
- ✖ Highest compensated management and directors in industry, despite industry lagging performance
- ✖ Alleged Impropriety – "spring-loading", violations of Insider Trading Policy, abuse of The Greenbrier

**Shareholder pressure has already resulted in some positive changes, a testament to its merits**

# The Choice

| Our Nominees | | Incumbent Directors To Replace |
|---|---|---|
| **Chris Hohn**<br>*Managing Partner of TCI* | ***Our nominees will refresh the Board…*** | **Elizabeth Bailey**<br>*Business School professor*<br>*(18 years on CSX Board)* |
| **Alex Behring**<br>*Managing Director of 3G & former CEO of ALL railroad*<br>*(~10 years of railroad experience)* | ***…and also bring:*** | **Steven Halverson**<br>*Jacksonville design contractor*<br>*(1 year on CSX Board)* |
| **Gil Lamphere**<br>*Former director Canadian National and Illinois Central*<br>*(~20 years of railroad experience)* | ***more railroad experience*** | **Robert Kunisch**<br>*Ex-Vice Chairman Cendant*<br>*(17 years on CSX Board)* |
| **Tim O'Toole**<br>*MD of London Underground & former CEO of Conrail*<br>*(~25 years of railroad experience)* | ***more business experience*** | **William Richardson**<br>*Ex-CEO Kellogg Foundation, a charitable foundation*<br>*(15 years on CSX Board)* |
| **Gary Wilson**<br>*Former Chairman Northwest Airlines, director/CFO Disney*<br>*(~20 years of transport experience)* | ***and the perspectives of large and engaged shareholders*** | **Frank Royal**<br>*Physician*<br>*(14 years on CSX Board)* |

## Our Vision For CSX

'Best In Class' Corporate Governance

High quality Board

Relentless focus on operations and safety

Improved labor and shipper relations

**"Our goal is a strong CSX that can provide the returns shareholders deserve, the service shippers demand, a safety record communities can count on, and a working environment employees can be proud of"** [1]

Global best practice in management and technology

Appropriate compensation structure

Objective, fact based decision-making

Disciplined and analytical approach to capital allocation

(1) Source: TCI letter to CSX Board, October 16, 2007

12

## Key Questions We Are Asking



**Corporate Governance**
- ❏ Is this Board capable of holding management accountable?
- ❏ Is this Board working for shareholders or for management?

**Productivity Opportunity**
- ❏ Why does CSX lag peers on nearly every operational metric?
- ❏ Why does CSX have barely half the profitability of Canadian National?
- ❏ Why doesn't management have public targets to improve operations?

**Pricing Discount**
- ❏ Is there a smarter way to price?
- ❏ Why does CSX price at a deep discount to competitor Norfolk Southern?

**Capital Allocation & Structure**
- ❏ Is the capital expenditure budget economically justifiable?
- ❏ How can we be comfortable that management will be disciplined?
- ❏ What is the right capital structure for a business as strong as CSX?

## The Children's Investment Fund Management UK LLP ("TCI")

❑ London based investment firm with $15bn+ AUM

❑ Owner oriented approach to investing

    → long-term, fundamental, value-focused

    → conviction based on deep fundamental research

❑ Multi-year locked up capital

❑ Have fought for *shareholders* to have a voice…

    ❑ Deutsche Börse → sought *shareholder vote*

    ❑ ABN Amro → sought *shareholder vote*

    ❑ Arcelor/Mittal → sought *shareholder decision*

❑ Vast majority of TCI's profits have gone to a non-profit organization focused on improving the lives of children living in poverty in developing countries

*We invest with the mindset of being owners of businesses, not owners of shares*

*When necessary, we have acted to give all shareholders, not just TCI, a voice…*

*…with the aim of protecting or enhancing value for all shareholders*

## How TCI Formed Its View

- ➤ Met top management of all major NA railroads"

- ➤ Retained advisors to assist understanding

    - ➤ Five industry consultants (pricing, ops, capex)

    - ➤ Two DC law firms (legislation/regulation)

    - ➤ DC lobbying firm (legislation/regulation)

- ➤ Numerous discussions with key stakeholders

    - ➤ Dozens of shippers and shipper reps

    - ➤ Leaders of largest unions (UTU & BLET)

    - ➤ Surface Transportation Board (regulators)

    - ➤ Federal Railroad Administration (regulators)

    - ➤ Legislators

- ➤ Talked with investment banks & rating agencies

*TCI professionals have devoted years, literally, to understanding CSX and the railroad industry*

*The result is deep understanding and high conviction in our thesis, as a result...*

*US railroads are the largest investment in our fund*

(1) Burlington Northern, CSX, Union Pacific, Norfolk Southern, Canadian Pacific, Canadian National

# 3G Capital Partners, Ltd ("3G")

- ❑ New York based investment firm
- ❑ Focus on global equities and special situations
- ❑ Leverage deep industry knowledge and operating experience to identify attractive long-duration investments
- ❑ **Managing Director Alex Behring served as CEO of Latin America's largest railroad, America Latina Logistica (ALL) for 7 years**
  - ❑ 6,500 employees, 13,000 miles of track, $7.9 billion market capitalization[1]
  - ❑ Alex continues to serve on the Management Committee of ALL's Board

*Alex Behring is a unique combination of large shareholder and experienced railroad executive*

*Alex transformed ALL into one of the most productive, safest and technologically advanced railroads in the world [2]:*

*EBITDA margins 6% → 41%*
*Accident rate down 89%*
*Installed onboard computers*
*Voted one of best companies to work for in Latin America*

*ALL market cap now >40x the original acquisition price*

(1) Source: Bloomberg as of April 25, 2008
(2) Source: ALL Annual reports and company presentations from 2006 and 2007, TCI and 3G ("Group") analysis, and discussions with management

16

## Corporate Governance

*Management are operators,*

*Boards are trustees,*

*Shareholders are owners*

## Corporate Governance
*Is the Board capable of holding management accountable?*

| Incumbent Board | Our Nominees |
|---|---|

**Incumbent Board**

- ❏ *No railroad operating experience* (excluding CEO)

    - ➢ *Philanthropist*

    - ➢ *Doctor*

    - ➢ *Business School Professor*

    - ➢ *Jacksonville Contractor*

- ❏ Chairman is CEO and President

- ❏ Average director tenure of ~10 years

- ❏ 5 directors have served longer than 14 years

- ❏ Total CSX stock ownership of 14bp

**Our Nominees**

- ❏ Directly relevant industry experience (incl. *50+ years of railroad experience*)

    - ➢ *Former Director Canadian National & Former Chairman Illinois Central*

    - ➢ *Former CEO Conrail*

    - ➢ *Former CEO ALL (Brazil)*

    - ➢ *Former Chairman Northwest Airlines, former CFO Disney & Marriot*

- ❏ 2 shareholder representatives

- ❏ Total CSX stock ownership of 8.7%

- ❏ *Not compensated to serve as nominees*

Source: Group analysis, CSX 2008 DEF14A. Average Board Tenure excluding Michael Ward. Total CSX Stock Ownership excludes Michael Ward

# Corporate Governance
## *Our Nominees*

### Chris Hohn

- ❑ Founder/Managing Partner of TCI
- ❑ Long track record of successful fundamental investing
- ❑ Vocal advocate for strong corporate governance globally
- ❑ TCI owns over 4% of CSX's shares
- ❑ MBA (high distinction), Harvard

### Alex Behring

- ❑ Managing Director of 3G
- ❑ Unique combination of large CSX shareholder and railroad executive
- ❑ Highly successful former CEO of Latin America's largest independent railroad company (ALL)
- ❑ 3G owns over 4% of CSX's shares
- ❑ MBA (high distinction), Harvard
- ❑ Locomotive Engineer

### Gil Lamphere

- ❑ Long track record as successful railroad investor / board member
- ❑ Former Chairman/Director at three of the most efficient railroads in North America (including CN)
- ❑ Worked closely with industry leading CEO Hunter Harrison (CN)
- ❑ Highly knowledgeable about best practices in railroad operations
- ❑ MBA (high distinction), Harvard

### Tim O'Toole

- ❑ CEO of the London Underground
- ❑ Spent 20 years at Conrail (now part of CSX)
- ❑ Delivered record results as CEO of Conrail and the London Underground
- ❑ First hand knowledge of CSX's assets
- ❑ JD, Pittsburgh

### Gary Wilson

- ❑ Former Executive/Board Member at Northwest (Chairman), Disney, Marriott
- ❑ Track record in creating substantial shareholder value and leading transitions
- ❑ Former investor/director, Progress Rail
- ❑ MBA, Wharton

19

# Corporate Governance
## Existing Board

**Donna Alvarado**
Founder & President of Aguila International
Former Deputy Assistant Secretary of Defense
Director: Correction Corp of America, Ohio Board of Regents
*Age 59; 1 year on CSX Board*

**John Breaux**
Partner, Breaux-Lott Leadership Group
Former US Senator (Louisiana) 1986-2005
Director: LHC Group, Riverstone Holdings
*Age 64; 3 years on CSX Board*

**Edward Kelly III**
President of Citi Alternative Investments
Former MD at Carlyle Group, Vice-Chairman of PNC Financial Services Group
Former Chairman President and CEO of Merchant Bankshares Corporation
*Age 54; 5 years on CSX Board*

**Donald Shepard**
Chairman and CEO of AEGON
Director: PNC Financial Services Group
Age 61; 5 years on CSX Board

**David Ratcliffe**
Chairman, President and CEO of Southern Company
Former President and CEO of Georgia Power Company
Former Chairman Federal Reserve Bank of Atlanta
*Age 59; 5 years on CSX Board*

**Southwood Morcott** (not standing for re-election in 2008)
Former Chairman and CEO of Dana Corporation
*Director: Johnson Controls, Navistar International Corporation*
*Age 70; 17 years on CSX Board*

Source: CSX 2008 DEF14A

**Michael Ward**
Chairman, President and CEO of CSX Corp
Director: Ashland Inc
*Age 57; 5 years on CSX Board*

## *DIRECTORS WE RECOMMEND TO VOTE AGAINST (avg tenure 13 years)*
**Elizabeth Bailey**
Professor at Wharton School, University of Pennsylvania
Director: Altria Group, Teachers Insurance And Annuity Association
*Age 69; 18 years on CSX Board*

**Robert Kunisch**
Special Partner and Senior Advisor, ABS Capital Partners
Former Vice-Chairman of Cendant Corporation
Former Chairman, President and CEO of PHH Corporation
*Age 66; 17 years on CSX Board*

**William Richardson**
Former President and CEO of Kellogg Foundation
Former President Johns Hopkins University
Director: Bank of New York, Exelon
*Age 67; 15 years on CSX Board*

**Frank Royal MD**
Physician in private practice, health care expert
Director: Dominion Resources, Smithfield Foods, Sun Trust Bank
*Age 68; 14 years on CSX Board*

**Steven Halverson**
CEO of The Haskell Company
Director : ACIG Insurance Company, Construction Industry Roundtable
*Age 54; 1 year on CSX Board*

20

# Corporate Governance
*Is the Board working for shareholders or for management and themselves?*

- ✽ Marketed CSX as a "public service company" in DC
- ✽ Denied shareholders right to elect directors at special meetings
- ✽ Terminated discussions with TCI to settle amicably
- ✽ Lobbied for SEC registration of hedge funds
- ✽ Overstated returns by using ROIC (instead of replacement cost)
- ✽ Repeatedly reset record date and delayed annual meeting
- ✽ Filed baseless lawsuit against TCI and 3G
- ✽ Made false and misleading statements about TCI/3G and their intentions
- ✽ Refused to meet with TCI prior to announcement of proxy contest
- ✽ Permitted screening of attendees at company events (even if shareholder)



**Entrenching Management**

- ✽ Allegedly approved "spring loaded" grants, in violation of Insider Trading Policy
- ✽ Allegedly allowed abusive use of The Greenbrier[1]
- ✽ Changed compensation basis to Operating Ratio (easily manipulated)[2]
- ✽ Compensated management (and themselves) highest in industry
- ✽ Approved $95m golden parachute payment for senior management[3]




**Enriching Management**

(1) Civil Action No. 08-C-62, Paul Ratchford vs. CSX Corporation
(2) Source: CSX 2007 DEF14A
(3) Source: CSX 2008 DEF14A

## Corporate Governance
*Concern: shareholder pressure has been required to force positive change*

| | Pre-Shareholder Pressure | | Now |
|---|---|---|---|
| **SHARE BUYBACKS** | $500 million over 1 year[1] |  | $3 billion over 2 years (6x) *(but now buying stock 30% more expensive and paying 2x spread over LIBOR as would have in Q1 07)* |
| **SHAREHOLDER MEETINGS** | No ability for shareholders to call special meeting |  | Ability for only certain shareholders, and only for limited purposes |
| **BOARD RAILROAD EXPERIENCE** | No directors with railroad experience (excluding CEO) |  | One CSX nominee with railroad experience |
| **FINANCIAL TARGETS** | Understate realistic potential |  | Raised ~20% (but still understate realistic potential) |

*Shareholder pressure is working, so why deny shareholders a voice?*

(1) CSX Press Release, July 18, 2006

## Corporate Governance
*Concern: highest industry compensation for lagging industry performance*



| | 2007 | | | | |
|---|---|---|---|---|---|
| | **CSX** | **NSC** | **BNI** | **UNP** | **CN** |
| TOTAL EXECUTIVE COMPENSATION (top 5 executives) | **$38m** | $32m | $20m | $23m | $19m |
| AVERAGE NON-EXEC DIRECTOR COMPENSATION | **$343k** | $266k | $258k | $175k | $306k |
| TOTAL "GOLDEN PARACHUTE" PAYMENTS | $95m | **$99m** | $73m | $73m | ~$12m |

*CSX management made 62% more than their peers…*

*CSX directors made 34% more than their peers…*

*Despite CSX lagging peers on performance*

| Velocity | Dwell Time | Accident Rate | Labor/Sales | Cost Inflation | Cost / Unit Inflation |
|---|---|---|---|---|---|
| CN | CN | NSC | CN | NSC | CN |
| BNSF | NSC | CN | BNSF | CN | UP |
| UP | CSX | CSX | NSC | UP | NSC |
| NSC | BNSF | BNSF | UP | CSX | CSX |
| CSX | UP | UP | CSX | BNSF | BNSF |

Source: Group analysis of 2008 Schedule 14A Filings for CSX, NSC, BNI, and UNP, Management Information Circular for CNI, and conversations with CNI management. For all companies, compensation is listed for actively serving named executive officers. Norfolk Southern excludes former executive Wolf

23

# Corporate Governance
*Concern: Board and management don't seem to have conviction in CSX value*

| Last Two Years Activity In CSX stock | | |
|---|---|---|
| | **Senior Management Team** | **Board** |
| **TOTAL GRANTS** | $28.9m | $5.3m |
| **TOTAL SALES** | $(38.9)m | $(1.1)m |
| **TOTAL OPEN MARKET PURCHASES** | $0m | $0m |
| **CHANGE IN NET EXPOSURE TO CSX** | $(10.0)m | $4.2m |

*Senior management have been large sellers of CSX stock…*

*And neither senior management nor directors have bought a single CSX share out of their own pockets…*

*How can we be sure they understand the value and potential of CSX?*

Source: Group Analysis of CSX 2008 DEF14A. Senior Management Team includes: Ward, Munoz, Gooden, Ingram and Fitzsimmons. "Grants" include "grant or award", "payment of director's fees and/or annual retainer pursuant to the CSX Corporation Stock Plan for Directors" and "dividend reinvestment and employer contributions". "Sales" include "exercise of common stock options" and "open market sale of common stock", "gift of common stock" and exclude "payment of tax liability by withholding securities incident to the receipt, exercise, or vesting of a security"

24

## Corporate Governance
*Concern: Board not interested in allowing shareholders a voice without ties*

| TCI/3G Concessions | CSX Position |
|---|---|
| ❑ Conceded on number of board seats | ❑ Was unwilling to ever articulate a full list of concerns |
| ❑ Offered to work with CSX Board to find mutually agreeable directors | ❑ Demanded TCI/3G sign a multi-year standstill |
| ❑ Suggested leaving contentious issue of separating Chairman/CEO roles to a shareholder vote | ❑ Wanted a commitment to maintaining joint Chairman/CEO role |
| ❑ Offered to sign a one-year standstill *(unprecedented for TCI)* | ❑ Abruptly terminated discussions |

*In the end was it more important to CSX directors to protect Michael Ward as Chairman and CEO, and tie our hands for years, than to come to an amicable solution…?*

*CSX terminated discussions*

## Corporate Governance
*Concern: "spring-loading" and violations of Insider Trading Policy*

### Major Allegations against Board and Michael Ward

□ *Setting "spring-loaded" grants for CSX executives*

  □ Set grants while in possession of material non-public information, in violation of Insider Trading Policy and bylaws

    □ *May 1, 2007 – Set millions of dollars of LTIP performance grants to CSX Executives and Directors*

    □ *May 8, 2007 – Announce 50% increase in buyback and higher guidance. Stock price 7.4% higher than on May 1*

  □ In contrast, in 2006, the company set its LTIP grants immediately following the public release of material information

□ *Issuing stock grants to Directors during the blackout period (December 2007)*

**Publicly available information suggests that the Board violated Insider Trading Policy, Corporate Governance guidelines, and the CSX bylaws...**

**...for the benefit of themselves and senior management**

Source: Counterclaims and Third-Party Claims of The Children's Investment Master Fund, CSX Corp. v. The Children's Investment Fund (UK) LLP, et al., No. 08 Civ. 2764 (LAK) (KNF) (S.D.N.Y. Apr. 4, 2008)

## Corporate Governance
*Concern: disingenuous attempt at special meeting bylaw*

**Shareholders vote for ability to call special meetings (passed 2:1), May 07**



*May 07 – Jan 08 : Board takes no action*

**A shareholder (RAM Trust) proposes a similar resolution for the 2008 Annual Meeting, Jan 08**



*CSX goes to SEC to try to avoid putting RAM's resolution on its proxy. Says it will amend bylaws in a way which "substantially implements the [RAM] proposal"*

*CSX amends bylaws (Feb 08), but:*

*(i) special meetings cannot be called to elect or remove directors*

*(ii) requesting shareholder must own stock on record date AND meeting date*

*(iii) Requesting shareholder must be 'shareholder of record' (vs. beneficial owner as is typical)*

**SEC *denies* CSX's request, Mar 08. SEC "unable to concur in [CSX's] view"**

*"At first glance, the bylaw would appear to be positive for shareholders....A closer reading, however, casts doubt on the bylaw's impact." (ISS, February 2008)*

**Why is the Board unwilling to give shareholders what they voted for?**

27

## Corporate Governance
*Concern: filing baseless lawsuit to manipulate shareholder vote*

### Real Rationale Behind CSX's Baseless Lawsuit?

- ❑ Did CSX use this lawsuit as an excuse to reset the record date? Waited until after the initial record date had passed, had time to evaluate likelihood of its success, then filed lawsuit and reset record date…

- ❑ CSX could have made the same allegations months (or even a year) ago...

*Would CSX have delayed the shareholder meeting to June if it was going to win in May?*

| CSX's Major Allegations | The Truth |
|---|---|
| ❑ TCI/3G have an agreement with swap counterparties to vote stock (if any) hedging swaps | ❑ There is no agreement to vote stock (if any) hedging the swaps |
| ❑ TCI/3G formed a group much earlier than disclosed | ❑ TCI and 3G formed a group in December, as disclosed, and are not working with any other shareholders |
| ❑ TCI/3G are seeking control of CSX | ❑ TCI and 3G are not seeking control. Proposing only a minority slate, and if successful only 2 directors on a Board of 12 will be from TCI/3G |

## Corporate Governance
*Concern: harassment and intimidation of workers*

**In March 2008 the Federal Railroad Administration published "CSX Transportation Harassment and Intimidation Investigation":**

- ❑ The investigation followed an August 2006 joint letter from the two largest rail unions (UTU and BLET) concerning their "outrage that CSXT was engaged in targeted selective stalking, and harassment and intimidation of its train and engine service employees who had reported on-duty injuries"

- ❑ FRA conducted an extensive, one year investigation

- ❑ FRA concluded "that certain CSXT officers had created an atmosphere or culture that tends to have a *chilling effect* on employee injury/illness reporting"

- ❑ FRA recommended 30 civil penalties against CSXT

*The FRA investigation and our discussions with union leaders confirm a culture of intimidation at CSX*

*Roughly 50% of all intimidation cases reported to the UTU are from CSX workers, despite them being less than 25% of UTU membership*

*This is not acceptable...*

Source: "CSX Transportation Harassment and Intimidation Investigation" March 2008, Federal Railroad Administration.  TCI discussions with UTU

## Corporate Governance
*Concern: alleged abusive use of the The Greenbrier*

**The former Greenbrier President has alleged widespread abuse of the resort by executives and Board members, who treat it as their own private country club. Allegations include:**

- ❑ Unaccounted for use, "comped" use, and unpaid tabs

- ❑ Executives charge under-market rent to Greenbrier clinic for "free" medical examinations

- ❑ Benefits not properly accounted for as compensation, to avoid tax

*Is this why management insists on keeping The Greenbrier?*

*Is this why it is losing money? (apparently $15m loss annually)*

*Is this why CSX just spent $50m to renovate it?*

*Is this investment economically justifiable?*

*If so, why wasn't it openly disclosed to shareholders?*

Source: Civil Action No. 08-C-62, Paul Ratchford vs. CSX Corporation

## Corporate Governance
*Our concerns are shared...*

*"As time goes on, I get more and more convinced that the right method in investment is to put fairly large sums into enterprises which one thinks one knows something about and in the management of which one thoroughly believes."*
*Warren Buffett (1991)*

*Mr. Buffett invested in every one of the large four US railroads...*
*except CSX*

*Corporate Responsibility Officer Magazine just named three of the top four US railroads to a list of the nation's 100 Best Corporate Citizens...*
*except CSX*

*"We've little doubt the railroad CEO's dictate and control the agenda for the Boards."*
*Rick Paterson, UBS Research (2008)*

Source: Large four US railroads refers to the four largest Class I US railroads: Norfolk Southern, CSX, Burlington Northern Santa Fe, Union Pacific. An example of Warren Buffet's investment philosophy: 'As time goes on, I get more and more convinced that the right method in investment is to put fairly large sums into enterprises which one thinks one knows something about and in the management of which one thoroughly believes." *1991 Letter to Berkshire Hathaway shareholders, quoting John Maynard Keynes. www.theCRO.com*. Rick Patterson, UBS Research, 6 March 2008

31



The Truth About Performance

*"If what you did yesterday seems big, you*

*haven't done anything today"*

Lou Holtz

Source: http://www.louholtzhalloffame.com/ Holtz is the only coach in NCAA history to lead six different programs to bowl games and the only coach to guide four different programs to final top 20 rankings. He is also a multiple winner of Coach of the Year honors

32

## The Truth About Performance
*The Simple Truth – CSX is a laggard on key operational metrics*

**Best**

| Velocity | Dwell Time | Accident Rate | Labor/Sales | Cost Inflation | Cost / Unit Inflation |
|----------|-----------|---------------|-------------|----------------|----------------------|
| CN | CN | NSC | CN | NSC | CN |
| BNSF | NSC | CN | BNSF | CN | UP |
| UP | CSX | CSX | NSC | UP | NSC |
| NSC | BNSF | BNSF | UP | CSX | CSX |
| CSX | UP | UP | CSX | BNSF | BNSF |

**Worst**

➔ **Difference not due to geography: one of each network type is often better than CSX**

Source: Velocity and Dwell figures are the annual average of the weekly data reported by the AAR for 2007. Accident rate defined as accidents per million train miles. Accident Rate for CN per 2007 Full Year Report. Accident Rate for CSX, NSC, BNSF, and UP per FRA data for the 12 months ended December 31, 2007. Labor / Sales, Cost Inflation, and Cost Inflation / Unit all per company 2007 Full Year Reports. Labor / Sales is the ratio of labor expense divided by total revenues for full year 2007. Cost inflation is total operating expense (excluding fuel) growth from 2006 to 2007. Cost inflation per unit is the growth of total operating expenses (excluding fuel) divided by total carloads from 2006 to 2007

33

## The Truth About Performance
*Customer surveys confirm poor performance relative to peers*

☐ **Independent**, third-party customer surveys done **this year** paint a worrying picture…

| **Morgan Stanley Research** | **Credit Suisse Research** |

*Q. Delivery When Expected?*      *% Of Shippers Rating Service "Fair" or "Poor"*




**CSX's internal surveys show improvement, but service is still among the industry's worst**

Source: Morgan Stanley Research April 18, 2008. Credit Suisse Research April 14,2008. Morgan Stanley survey was actually cited by the Norfolk Southern CEO on NSC Q1 call, April 23, 2008

34

# The Truth About Performance
*Has the business improved?  Yes…but largely not the result of management*



### Evolution of CSX Adjusted EBIT 2003-2007

### Sources of EBIT Growth

| | |
|---|---|
| Inflationary Pricing / Costs | 10% |
| Real Pricing | 88% |
| Productivity | 6% |
| Volume | -4% |
| **TOTAL** | **100%** |

**Nearly 90% of EBIT improvement is from pricing…**

Source: Group analysis of 2003 and 2007 Quarterly Financial Reports. Inflationary Pricing/Costs assumes annual growth of 3.5% of Revenue Per Unit and Cost per Unit. 3.5% is the industry's cost inflation CAGR (03-07) as measured by the AAR's ALL-LF Index (costs excluding fuel). Productivity refers to actual CSX Cost per Unit performance (excluding Fuel). Volume refers to total volume declines between 2003 and 2007. Real Pricing refers to actual CSX Revenue per Unit performance (with associated fuel cost increase). Sources of EBIT Growth based on Adjusted EBIT for 2003 and 2007. For Adjusted EBIT reconciliation see Slide 77. Michael Ward was appointed CEO of CSX in January 2003, current management team all together from early 2004

35

## The Truth About Performance
*Industry stock prices performance confirms 'rising tide lifting all boats'*

| Railroad | Annualized Total Return (2004-2007) |
|---|---|
| Burlington Northern | 28.4% |
| CSX | 26.5% |
| Union Pacific | 25.0% |
| Canadian National | 23.8% |
| Norfolk Southern | 22.6% |
| **Railroad Average** | **25.3%** |
| **S&P** | **9.2%** |

**"Railroad Industry Renaissance"**

- ✓ Railroad capacity constraints → better pricing
- ✓ Higher fuel prices benefit rail over truck
- ✓ Increasing highway congestion
- ✓ Resurgence of coal and agricultural volumes
- ✓ Growth of intermodal

**Industry-wide factors, not CSX management, have largely driven stock performance**

Source: Bloomberg Total Return Analysis, 31st December 2003 through 31st December 2007. Michael Ward was appointed CEO of CSX in January 2003, current management team all together from early 2004

36

# The Truth About Performance
*Productivity, which is under management's control, seems to have stalled*



**Productivity has been declining at CSX, especially after the company began raising prices. In fact, in 2007, CSX had the second worst cost control in the industry.**

Source: Group analysis. CSX and Company Annual Reports and Q4 Financial report. "Productivity" defined as assumed Cost Inflation of 3% less Adjusted Actual Unit Cost (ex-fuel) Growth. 3% is the industry's cost inflation CAGR (00-07) as measured by the AAR's ALL-LF Index (costs excluding fuel). Unit cost defined as total operating expenses (excluding fuel) per carload. For reconciliation of adjusted numbers used in analysis see slide 78

37

## The Truth About Performance
*Recent performance flattered by non-recurrings, it's not as good as it looks...*



□ Q1 2008 performance flattered by $38m of "one-off" serious derailment expenses in Q1 2007

□ Q4 2007 performance flattered by $56m positive change in personal injury reserves

**Adjusting for one-off items illustrates CSX's continued inability to realize productivity**

Source: Group analysis. CSX Q4 2007 and Q1 2008 Quarterly Financial Reports and Presentations. For reconciliation of Reported Financials to Adjusted Financials see slide 79

38

## The Truth About Performance
*And the gap to industry leader, Canadian National, is actually widening*



In 2002 CSX's costs/GTM were 11% higher than CN. In 2007 the gap widened to 28%

Source: Group analysis. CSX and Canadian National Annual Reports and Q4 2007 Financial Report. For CSX adjusted cost reconciliation see Slide 78

## The Productivity Opportunity

*"Perhaps the most ingrained barrier is human nature, the*

*tendency to stick with the familiar and the comfortable,*

*to keep doing things the way we've always done them"*

Hunter Harrison, CEO of Canadian National (on the barriers to change)

Source: *How We Work and Why* by Hunter Harrison (2005)

# The Productivity Opportunity
*Productivity can offset cost inflation and accommodate free growth*

## The Potential

- We believe that over the next decade CSX can achieve, as a result of productivity improvement:
  - Zero cost inflation
  - 1% volume growth per year *(without growth capex)*

- Implications
  - $2.2bn run-rate EBIT improvement[1]
  - $100m annual saving in capex

- No structural reason CSX cannot be most productive railroad in America

- Canadian National is the model

## The Present

- Current situation (2007):
  - Costs increasing > inflation
  - $700+ million in growth capex
  - While volumes declining

- **No long-term productivity targets**

- Excuses for why CSX cannot be most productive railroad in America

Note: Costs refer to operating expenses excluding fuel and depreciation expenses
(1) Run-rate refers to incremental annual EBIT contribution as a result of productivity gains. We believe improvements can be captured within five years, although presented here over 10 years

## The Productivity Opportunity
### Summary of potential benefits

| Issue | Benefit ($mm) | Potential Actionable Opportunities |
|---|---|---|
| Emulating CN's Revolution. Becoming a *Scheduled Precision Railroad* | 1,800 | ❑ Dramatically improve yard operations, consolidate freight, and optimize scheduling<br>❑ Increase velocity 3mph (12%), reduce handlings per carload by ~1.5 (44%), reduce dwell by 5 hours (22%), increase train length (23%), and decrease loading time (25%) |
| Locomotive Maintenance Expense | 100 | ❑ Eliminate inefficient maintenance outsourcing agreement with General Electric (GE)<br>❑ Implement more disciplined maintenance processes |
| Fuel Consumption | 130 | ❑ Monitor engineer decisions with tools CSX already has but does not use<br>❑ Reduce number of yards and incentivize/manage yard workers to improve execution and discipline |
| Labor Productivity | | ❑ Optimize scheduling to increase labor productivity<br>❑ Reduce the time employees are paid for hours not worked |
| **Total annual benefit** | **2,200** | |

Source: Group analysis.  Percentages in parenthesis reflect the percentage change of each metric. See slide 50 and 51 for more detail.  While we believe the assumptions and productivity benefits stated herein are reasonable, actual improvements may be materially different than assumed

# The Productivity Opportunity
*Realizing even part of the opportunity is hugely valuable*

| | 2007 | % of Productivity Benefits Achieved | | | |
| --- | --- | --- | --- | --- | --- |
| | | **25%** | **50%** | **75%** | **100%** |
| Op. Income | $2,224m | 2,774 | 3,324 | 3,874 | 4,424 |
| *Increase* | | *25%* | *49%* | *74%* | *99%* |
| EPS | $2.70 | $3.50 | $4.30 | $5.11 | $5.91 |
| *Increase* | | *30%* | *59%* | *89%* | *119%* |

Source: Group analysis and CSX Fourth Quarter Quarterly Financial Report 2007. While we believe the assumptions and productivity benefits stated herein are reasonable, actual improvements may be materially different than assumed

43

## The Productivity Opportunity
*Management guidance implies no improvement in productivity*

☐ Management's 2010 margin target ("low 70s") can be achieved **by pricing alone**

  ➢ **Implies management has no plan to improve productivity**

  ➢ Implies no volume growth

  ➢ Implies 0% return on the $2 billion of growth capex in budget[1]

|  | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| Revenue | 10.0 | 10.6 | 11.2 | 11.7 |
| *price growth* |  | *6.0%* | *5.0%* | *5.0%* |
| *volume growth* |  | *0%* | *0%* | *0%* |
| Operating expenses | (7.8) | (8.0) | (8.3) | (8.5) |
| *growth* |  | *3.0%* | *3.0%* | *3.0%* |
| Core operating income | 2.2 | 2.6 | 2.9 | 3.2 |
| *operating ratio* | *78%* | *76%* | *74%* | *73%* |

Management target of low 70s

**If management doesn't target to improve operations, how can we know it will?**

Source: Group analysis, CSX 10K. 2008 price growth based on management guidance of 6%+. Cost inflation of 3% in line with AAR All-LF Cost Index for since 2000. (1) CSX's announced capex plan contains $1.6bn of expansion capex through 2010 – we assume current maintenance capex of c.$1 billion

44

The Productivity Opportunity
Focus on dwell, as cars move only 10% of the time in a typical shipment

Loading Process at Shipper → Local Train → Wait at Local Yard to build train → Mainline Train → Switched at Regional Yard    1 day dwell

3-4 days dwell

10 days of "dwell" time
+ 1 day of travel time
  (500+ miles @ 20 miles / hour)
= 11 day trip (and then back again)

Switched at System Yard    1 day dwell

3-4 days dwell

Unloading Process at Consignee ← Local Train ← Wait at Destination Yard to split ← Mainline Train ← Switched at Regional Yard    1 day dwell

## The Productivity Opportunity
*Why is Canadian National a good model?*

❑ Canadian National ("CN") is the best-in-class railroad

    ❑ Most profitable and most productive railroad in America (margins 60% higher than CSX)

    ❑ CN went from "worst" to "first" in industry profitability. It can be done, despite skeptics…

    *"CN? It's going to be very difficult for them to compete. Look at them. Miles and miles of inefficient track. Operating ratio of 85 – sure, they were in the high nineties three years ago, but the leaders south of the border are at 78 and improving. They're a railroad. How can they catch up? They can't".[1]*

❑ What is our view based on?

    ❑ The expertise of our nominees (50+ years of railroad experience)

        ❑ Gil Lamphere has 15 years of experience with Hunter Harrison, CEO of CN

    ❑ Numerous discussions with current and former Canadian National management

    ❑ Discussions with former CSX executives (senior and mid-level)

    ❑ Studies conducted by several consultants retained by TCI and 3G

**We see a tremendous opportunity to learn from the best-in-class railroad**

(1) Canadian National Annual Report 2000 referring to a view of Canadian National in 1996

46

# The Productivity Opportunity
*The arguments against using CN as the model are often one-sided*

## CN's Perceived Advantages

✓ CN has a simple "T" network, CSX is complex
- ✓ *CSX's complex network is really a few simple networks as well*

✓ CN benefits from nationalized healthcare
- ✓ *Payroll taxes, FELA and healthcare differences are worth ~2-3% on the operating ratio*

✓ CN has flatter grades/terrain

✓ CN inherited a gold plated network from the government
- ✓ *It's been 12 years since CN privatization. CSX says its network is well-maintained*

✓ CN has longer length of hauls
- ✓ *~600 miles vs. 540 miles for CSX*

## Rarely Mentioned Disadvantages

✗ Canadian weather is much harsher
- ✗ *Effectively reduces capacity by 10%+ for two months of the year*

✗ CN has less highly-efficient unit train business
- ✗ *Coal/Grain represent only 18% of CN's volume vs. 32% at CSX*

✗ CN has a less favorable regulatory environment
- ✗ *Interswitching, Final Offer Arbitration, Grain rates semi-regulated*

✗ CN has a much less dense network
- ✗ *CSX's network is 27% more dense than CN, making it easier to leverage fixed costs*

✗ CN has an older and less powerful fleet of locomotives

Source: AAR Analysis of Class I Railroads 2006, conversations with CSX and CN management, conversations with independent industry consultants, Group analysis of CN Q4 Release and CSX Q4 Financial Report

47

# The Productivity Opportunity
*We believe Hunter Harrison…*

| Michael Ward on CN vs. CSX | Hunter Harrison, CEO of CN |
|---|---|
| ✖ "People who really understand the industry would not draw direct comparisons between an American railroad and a Canadian Railroad" | ✓ The CN railroading model will work anywhere |
| ✖ "They do not run through many urban centers" | ✓ There are no overall structural differences that give Canada an advantage over the US |
| ✖ "It's a very streamlined railroad, it's sort of a "T" if you will" | ✓ Infrastructure is similar across all railroads, CN just manages the network and terminals differently |
| ✖ "Very different health and welfare system" | ✓ No reason you can't take any of the Class I's to something close to CN's level |
| ✖ "A lot of their business is grain and coal" | ✓ In 1998, there was cultural resistance…today, all of CN understands how to support the precision scheduled railroad model |
| ✖ "We're really talking about apples and oranges" | |

Source: Michael Ward testimony in Congress, March 5 2008. Hunter Harrison comments from meetings with investors, February 27, 2008

## The Productivity Opportunity
*What is the Canadian National model?*

- ❑ Optimize railroad → better service → better value for customer → customers help optimize
- ❑ Precision Scheduled Railroading
    - ❑ Every railcar has a trip plan
    - ❑ "Every aspect of train operations…exists to keep each railcar shipment moving"[1]
    - ❑ Strict, and optimized, scheduling allows for crew and yard optimization
        - ❑ Less dwell time
        - ❑ Crews able to switch "half-way" with another crew, so both crews arrive home at night
        - ❑ Brings optimal amount of cars and power to the right yards
- ❑ Smart Yards – Computer program that helps yards work more like assembly plants
- ❑ Use price to influence customer behavior
    - ❑ Auction pricing system used to balance traffic across days of week
    - ❑ Charges and penalties used to reduce railcars being used as inventory storage
- ❑ "Precision Railroading model permeates the entire company and creates a system of continuous improvement"[1]

(1) Canadian National Fact Sheet. Other source: discussions with CN management

# The Productivity Opportunity
## CSX's metrics are generally worse than CN's were *pre-revolution*

| | CN 1998 | CN Improvement | CN Today | CSX Today | CN Advantage vs. CSX |
|---|---|---|---|---|---|
| Carloads (000s) / Hump and Major Flat Yard [1] | NA | | 206 | 66 | 212% |
| Gross Ton Miles (bn) / Horse Power (mm) [2] | 41 | 33% | 55 | 33 | 67% |
| Miles / Car / Day [3] | 104 | 28% | 133 | 95 | 40% |
| Velocity (MPH) [4] | 21 | 12% | 24 | 21 | 14% |
| Cars / Train [5] | 67 | 23% | 82 | 60 | 37% |
| Handlings / Car [6] | >3 | 44% | <2 | >3 | >50% |
| Dwell (Hours) [7] | 26 | 31% | 18 | 23 | 22% |
| Hours / Load/Unload [8] | 96 | 25% | 72 | 96 | 25% |

Source: Group Analysis. (1) Hump and major flat yards per as defined by independent industry consultant. Carloads per 2007 year end report for CN and 2007 10K for CSX; excludes coal and intermodal carloads. (2) Group analysis of 2007 year end reports for CN and CSX, 1999 year end report for CN, and independent industry consultant's analysis of data from *The Official 1998 Edition Locomotives Rosters & News* and *The Official 2008 Edition Locomotives Rosters & News* written by James W. Kerr. (3) Group analysis of AAR reports (cars on line, CSX length of haul), Company reports (carloads) and discussions with company management (CN length of haul). Ratios calculated based on Group Analysis of data. CN 1998 figures estimated from CN 1999 data. (4) CN and CSX "Today" Velocity figures are the annual average of the weekly data reported by the AAR for 2007; CN 1998 Velocity is estimated by applying the rate of improvement from CN US Velocity (per R1 report) from 1998 to 2006 to the 2007 CN AAR reported Velocity (due to lack of CN company wide data from 1998). (5) Data for entire CN is not available. CN 1998 data is pro forma for merger of Illinois Central and Grand Trunk Corporation per 1998 R1 Reports. CN and CSX "Today" data per 2006 R1 reports for CSX and Grand Trunk Corporation. (6) CSX Handlings per industry consultant research and CN per 1998 Annual Report and discussions with company management. (7) CSX "Today" Dwell figures are the annual average of the weekly data reported by the AAR for 2007. CN 1998 data per 1999 Annual report and "Today" per discussions with management and company presentations. CN reported AAR weekly Dwell data not comparable to CSX data. (8) Hours / Load/Unload for CN per discussions with company management and for CSX per independent industry consultant

# The Productivity Opportunity
*How much capacity could CSX theoretically create by emulating CN's revolution?*

|  | CSX Today | Improve to CN[1] | CSX Potential |
|---|---|---|---|
| Velocity | 21 | 12% | 24 |
| Dwell | 23 | 22% | 18 |
| Handlings / Car | >3 | 44% | <2 |
| Hrs / Load/Unload | 96 | 25% | 72 |
| Cars / Train | 60 | 23% | 74 |

**36% more carload capacity and 19% more total capacity can generate incremental EBIT of $1.8 billion over time**

| CSX Illustrative Carload Cycle Analysis | Current | % of Cycle | Improved | % of Cycle |
|---|---|---|---|---|
| Average Round Trip (miles) | 1,080 | | 1,080 | |
| Velocity (miles/hour) | 21 | | 24 | |
| Hours in Transit | 51 | 13% | 45 | 18% |
| Average Handlings / Haul | 3.3 | | 1.8 | |
| Avg. Handlings / Cycle | 6.6 | | 3.6 | |
| Dwell / Stop (Hours) | 23 | | 18 | |
| Total Dwell at Stops (Hrs) | 152 | | 65 | |
| Hours per Load/Unload | 96 | | 72 | |
| Load/Unload Hours / Cycle | 192 | | 144 | |
| Total Idle Hours | 344 | 87% | 209 | 82% |
| Total Trip Hours | 395 | | 254 | |
| Time Saved | | | 141 | |
| % Cycle Reduction / % Capacity Created | | | 36% | |

| CSX Incremental EBIT Potential | |
|---|---|
| Capacity Creation through Cycle Time Reduction | 36% |
| Current Carload Revenue | $4.9bn |
| Incremental Revenue | $1.8bn |
| Capacity Creation through More Cars per Train | 19% |
| Current Total Revenue | $10.0bn |
| Incremental Revenue | $1.9bn |
| Total Incremental Revenue | $3.7bn |
| Incremental Margin | 50% |
| **Incremental EBIT** | **$1.8bn** |

Source: Group analysis. Velocity, Dwell, Handlings, Hours / Load/Unload, and Cars / Train as per previous footnote. Average Haul per Analysis of Class I Railroads 2006, AAR. (1) Improve to the worse of absolute CN level today or level reached at CN percentage improvement

# The Productivity Opportunity
*Although only indicative, our analysis ties closely with what happened at CN*

## CN Estimated Capacity Created Through Productivity

| CN Illustrative Carload Cycle Analysis | 1998 | % of Cycle | 2007 | % of Cycle |
|---|---|---|---|---|
| Average Round Trip (miles) | 1,200 | | 1,200 | |
| Velocity (miles/hour) | 21 | | 24 | |
| *Hours in Transit* | *57* | *14%* | *50* | *19%* |
| Average Handlings / Haul | 3.2 | | 1.8 | |
| Avg. Handlings / Cycle | 6.4 | | 3.6 | |
| Dwell / Stop (Hours) | 26 | | 18 | |
| Total Dwell at Stops (Hrs) | 166 | | 65 | |
| Hours per Load/Unload | 96 | | 72 | |
| Load/Unload Hours / Cycle | 192 | | 144 | |
| *Total Idle Hours* | *358* | *86%* | *209* | *81%* |
| *Total Trip Hours* | *416* | | *259* | |
| Time Saved | | | 157 | |
| **% Cycle Reduction or % Capacity Created** | | | **38%** | |

## CN Estimated Incremental EBIT From Growth Capex
(CAD in millions)

| | 1998 - 2007 |
|---|---|
| Total Capex | 10,968 |
|    Maintenance | 8,246 |
|    Growth | 2,722 |
| Estimated Pre-Tax Return on Capex | 14% |
| EBIT Benefit (following year) | 313 |
| EBIT Benefit adjusted for inflation | 336 |
| **Total EBIT Benefit from Growth Capex 1998-2007** | **336** |

## CN Backtest Analysis
(CAD in millions)

| | |
|---|---|
| *Capacity Creation through Cycle Time Reduction* | 38% |
| Inflation Adjusted '98 Carload Revenue | 3,352 |
| Implied Incremental Revenue | 1,264 |
| *Capacity Creation through More Cars per Train* | 18% |
| Inflation Adjusted '98 Total Revenue | 6,139 |
| Implied Incremental Revenue | 1,123 |
| Total Incremental Revenue | **2,387** |
| Incremental Margin | **50%** |
| Incremental EBIT - Capacity Creation | 1,194 |
| Incremental EBIT - Growth Capex | 336 |
| **Total Incremental EBIT** | **1,530** |

**Our analysis would predict CN should have generated incremental EBIT of $1.5bn, which ties closely to actual incremental EBIT of $1.6bn**

| | 1998 Reported | 2007 Reported |
|---|---|---|
| Revenue | 5,137 | 7,897 |
| EBIT | 1,281 | 2,876 |
| % OR | 75% | 64% |
| **Actual EBIT Growth** | | **1,595** |

Source: Group Analysis. CN Average haul per discussion with company management. Velocity, dwell, and handling per previous footnote. Capital expenditures per CN Annual Reports and maintenance level per discussions with company management. Estimated pre-tax return on capex and incremental margin based on group analysis. Revenue and EBIT data per Annual Reports

# The Productivity Opportunity
## *Further opportunities – Locomotives*

***CSX outspends Norfolk Southern on locomotives by almost any measure…***

***Despite similar fleet size, age, power and similar operating environment***

|  | NS | CSX | % Diff |
|---|---|---|---|
| Locomotive Opex / HP | 24 | 33 | +37% |
| Locomotive Opex ($k) / Locomotive | 82 | 116 | +41% |
| Locomotive Opex ($k) / GTM (Bn) | 737 | 827 | +12% |
| Locomotive Opex ($mm) | 309 | 424 | +37% |
| Age of Fleet (Yrs) | 18 | 19 | |
| | 3,367 | 3,475 | |

❑ Is this because CSX has a locomotive maintenance outsourcing agreement with General Electric (GE) on all GE manufactured engines?

    ❑ This outsourcing agreement results in parallel locomotive shops throughout the network – a GE shop employing CSX labor and a CSX shop, also employing CSX labor, resulting in duplicative locomotive shops at many CSX yards?

❑ Is this because CSX has too many leased units which are typically more expensive to maintain (8% of units leased vs NSC at 3%)?

    ❑ CSX's reduction of leased units from 13% to 8% of the fleet over the past three years suggests this is true

**A 25% reduction to CSX locomotive operating expense would save CSX $100 million**

Source: 2006 R1 Reports for CSX and NS, Group analysis, and independent industry consultant. Locomotive opex excludes lease and depreciation expenses to increase comparability

53

## The Productivity Opportunity
*Further opportunities – Fuel*

Gallons of Fuel (mm) / GTM (bn)



**Why does CSX consume more fuel per GTM than CN, despite CSX having a younger locomotive fleet?**

*A 9% reduction in Fuel / GTM consumption would save CSX over $130 million*

**Potential is even greater…ALL in Brazil, under Alex Behring's leadership, implemented on-board computers which helped <u>reduce fuel consumption by over 20%</u>**

Source: 2007 Q4 Reports for CSX and CN.  Savings based on CSX Q407 average price of fuel

54

## The Productivity Opportunity
*Further opportunities – Labor Productivity*

| | CSX | NSC |
|---|---|---|
| % of Hours Paid but Not Worked | 23% | 12% |
| Transportation Wage | $1,046m | |
| Savings @ 12% | $150m | |

Crews are paid for 8 hour shifts (regardless of whether they work for 8 hours or not). Trips not completing as planned and bad scheduling will lead to under-utilization of train crews

*23% of the hours CSX pays for do not actually get worked (vs. 12% at Norfolk Southern)*

*Is CSX using its workers to the best of their ability?*

*Does CSX have a sub-optimal schedule?*

*Does NS maintain a more disciplined operation?*

*Does NS organize to have train crews finish shifts by doing yard work?*

**If CSX improved to NSC's level, the company would save $150 million**

Source: Independent consultant, 2006 R1 Reports for CSX and NSC, AAR and STB reports

## The Productivity Opportunity
*Further opportunities – Safety (unquantifiable)*



Accidents per million train miles — **22% Worse** (NS vs CSX)

Accidents per million train miles Caused by Human Factor — **11% Worse** (NS vs CSX)

FRA Personal Injuries Frequency Index — **3% Worse** (NS vs CSX)

- Accident rates are an important indicator of network performance
- There are numerous costs to accidents
    - Employees – takes lives, hurts morale, reduces labor availability
    - Communities – takes lives and disrupts widely
    - Shippers – worsens service, damages goods, hinders business
    - Railroad – increases costs, reduces capacity, and heightens regulatory/government scrutiny

*"With proper attention to a good safety culture, the safety record will follow."*
*Joseph Boardman*

**"Safety is great for business" – Joseph Boardman, Administrator of FRA**

Source: Group analysis. FRA Reports. Written Testimony before House Transportation and Infrastructure Hearings, March 5, 2008

## Pricing Discount

*A picture is worth a*

*thousand words. . .*



## Pricing Discount
*Is there a smarter way to price?*

❑ US railroad pricing models haven't really changed since deregulation

❑ What can we learn from other models?

    ❑ **Airline yield management** – uses price to 'balance' demand across times of day, days of week and weeks of year. It is our understanding that CSX does not do this

    ❑ **CN pricing system (Intermodal)** – allocates a fixed number of loading slots per day and then allows shippers to bid on slots. Successfully balanced traffic across days

❑ Balancing demand results in increased throughput and more profitable traffic without simply raising prices to shippers. A win-win situation for CSX and its shippers

❑ Gary Wilson (former Chairman of Northwest Airlines) and Gil Lamphere (former Canadian National Board Director) are uniquely positioned to bring 'best practice' in pricing to CSX

58



## Pricing Discount
*Why does CSX price at a deep discount to Norfolk Southern?*

**Comparison of Revenue per Revenue-Ton-Mile for Key Commodities (cents)**
NS versus CSX - 2007

*Revenue Per Ton Mile best controls for distance and weight differentials*

*$2.3bn business alone*

■ Norfolk Southern ■ CSX

**In 2007, CSX on average priced 16% below NSC on a revenue base of $10 billion Service, haul, mix and competition may be factors but gap needs to be addressed**

Source: Group analysis of CSX and Norfolk Southern Q4 Financial Reports

59

## Capital Allocation And Structure

*"Over time, the skill with which a company's managers allocate capital has an enormous impact on the enterprise's value."*

Warren Buffet

Source: Berkshire Hathaway Letter To Shareholders, 1994

## Capital Allocation And Structure
*How can we be comfortable management will be disciplined?*

❑ Until early 2006, CSX management were compensated on Free Cash Flow

❑ But now, long term compensation is based largely on the operating ratio (OR)

    ❑ How does this incentivize management to be capital disciplined?

❑ **Capex has increased by over 50% since this change to the compensation scheme**

❑ We believe the OR can be manipulated (e.g. re-classifying opex as capex)



> *"The most important management act is allocation of the company's capital. It ranks first because, over time, allocation of capital determines shareholder value."*
> **Robert Hagstrom, The Essential Buffet**

Source: Group analysis. CSX 2007 DEF14A, 10-Ks and Quarterly Financial Reports

## Capital Allocation And Structure
### How can we be comfortable management will be disciplined?

**We note a stark contrast between comments by other railroad CEOs and those by Michael Ward**

*"Increased investment in additional capacity cannot always be economically justified if it becomes questionable whether a company can meet its cost of capital on an ongoing basis."* **Wick Moorman, CEO of Norfolk Southern**

*"As a private company, BNSF will only invest in added capacity to the extent we believe we can earn an adequate return on those investments."* **Matt Rose, CEO of Burlington Northern**

*"The owners of the Union Pacific (our shareholders) have a fiduciary responsibility to ensure that management will operate the Company in a profitable manner and make prudent decisions regarding future capital investments."* **Jim Young, CEO of Union Pacific**

"Have you heard the joke about the farmer who won the lottery?  Friends came to him and said, Oh my God, you've won the lottery, what are you going to do with all that money?  He said, I am a farmer, and I love farming and I am going to keep farming **until every penny of it is gone.**  Railroaders are like that too."

"**We are not concerned about what Congress may do**…We intend to continue to invest in our business."

*Michael Ward, CEO of CSX*

Source:  Michael Ward Interview with Bloomberg's Rhonda Schaffler on September 2007 and testimony in Congress, March 5 2008. Other CEO comments taken from letters to the STB, Fall 2007

# Capital Allocation And Structure
## *Is the capital expenditure budget economically justifiable?*

### Volumes Declining, and yet Capex Increasing



- Management has consistently over-estimated volume growth[1]

- Volumes are now at the same level as they were in 2001 and yet capex is **almost double**

- In spite of this, CSX's capex plan seems to provide for **16% capacity expansion by 2010**[2]

- **Is this level of growth realistic?**

- Management has denied there is further deferred maintenance capex to us

Source: Group analysis of CSX 10K Reports and Q4 Financial Reports
(1) See next slide for backup. (2) CSX's announced capex plan contains $1.6bn of expansion capex thru 2010. We assume $100m creates 1% of volume growth as per CSX 2005 Investor Day where company said $1.2bn in annual capex would accommodate volume growth of 2-3% (assumes maintenance capex of c.$1 billion)

63

## CSX management has consistently over-estimated volume growth

| Management Forecast | | Reality |
|---|---|---|
| **2005 CSX Investor Day** | Budgeted for 2-3% annual volume *growth* for 2006-2010 | Since 2005, volumes have been ***down*** |
| **2005 Q4 Earnings Call** | "I think you could expect 1-3% *[growth]*" [in 2006] | In 2006, volumes were ***flat*** |
| **2006 Q3 Earnings Call** | "We expect 2 to 3% volume ***growth*** for the fourth quarter" | Q4 volumes were ***flat*** |
| **2006 Q4 Earnings Call** | "Strong expectations for [intermodal] volume ***growth***" | Intermodal volumes in 2007 were ***down*** over 3% |

### Management's consistent over-estimation of growth is concerning

Source: CSX Investor Day Presentation, 11 August 2005, Q4 2005 Earnings Call (January 24, 2006), Q3 2006 Earnings Call (October 18, 2006), Q4 2006 Earnings Call (January 3, 2007)

## Capital Allocation And Structure
*Is there significant deferred maintenance liability? Data says no…*

**CSX appears to have made up for historic deficits in tie/rail maintenance programs**



### CSX Rail and Tie Replacement Analysis (1985-2006)

**CSX's network does not appear to need "catch-up" maintenance capex**

Source: Group Analysis of Class I Railroads – various lines and R-1 Schedule 721
Base scenario assumes that CSX and NS maintains and replaces rail and ties independent of expected changes in track miles
Assets integrated from Conrail in 1999 assumed to be maintained to normalized standards

65

## Capital Allocation And Structure
*Network performance doesn't indicate deferred maintenance either*

**CSX has lowest % of network on slow orders and average performance on network caused accidents…performance that does <u>not</u> indicate an under-invested network**

### Slow Orders (1997 – 2006)

*Slow Orders require trains to run at reduced speeds on sections of track. Common reasons include track condition, accidents, weather.*

### <u>Network Caused</u> Accident Rate (2007)



Source: Slow Orders – Group analysis of R1 Reports, Schedule 720. Network Accident Rate is Group Analysis of FRA Reports and refers to "Track and Signal" accidents between January – December 2007

66

# Capital Allocation And Structure
*Factors to consider in capital structure*

**Strength of Business**  **Volatility of Cash flows**  **Serviceable Leverage**

✓ Infrastructure asset

✓ Pricing stability

✓ Diverse revenue base

✓ Non-core real estate

✓ Low-cost provider

✓ Cost opportunities

✗ Fixed cost base

✗ Capital intensive

✓ Downside case quantifiable

✓ Must be able to service taxes, interest and maintenance capex in a downside case

✓ Not as severe as imagined

✓ Raise capital for both investment and buybacks

✓ Increase returns

✓ Maintain access to capital

67



## Capital Allocation And Structure
*What is the appropriate capital structure for CSX?*

| | CSX Today 2x Net Debt / EBITDA | Each Incremental 1x Net Debt / EBITDA | |
|---|---|---|---|
| Net Debt ($bn) | $6.5bn | $3bn | |
| (EBITDA – Maint capex) / Interest | 4.6x | - | |
| Potential decline in EBITDA possible[1] | 49% | 7% less | What is the appropriate risk… |
| New Capital Raised For Investment | | $3bn | Uses for capital raised |
| Or % of shares repurchased [2] | | 13% | |
| Value Created per Share[3] | | $12 | … for the reward? |
| Upside per share[4] | | 20% | |

**Each incremental turn of leverage creates $12 per share in value**

Source: Group analysis, CSX 2007 10-K. (1) Amount EBITDA can decline and with CSX still being able to service Interest, Taxes and Maintenance Capex. Subject to covenants. (2) Assumes purchase price of $61.94 as of April 25, 2008. (3) Calculated as value created by investing debt at an pre-tax cost of 7% in either equity or capex projects returning 15% after tax and capitalizing resulting value at 15x. (4) Upside calculated based on price of $61.94 as of April 25, 2008

68

## Capital Allocation And Structure

*Even in a severe downturn EBITDA is relatively resilient*

### Pro Forma Financials

### "Downside" Case Rationale

| | 2007A | Downside | % |
|---|---|---|---|
| Revenue / Unit | 1,409 | 1,452 | *3%* |
| Units | 7,116 | 6,760 | *-5%* |
| **Revenue** | **10,030** | **9,814** | ***-2%*** |
| | | | |
| Operating Costs | 5,708 | 5,850 | *2%* |
| Depreciation | 883 | 909 | *3%* |
| Diesel | 1,210 | 1,150 | *-5%* |
| **Total Costs** | **7,801** | **7,909** | ***1%*** |
| | | | |
| **EBIT** | 2,229 | 1,906 | *-15%* |
| *Margin* | *22%* | *19%* | |
| | | | |
| **EBITDA** | **3,112** | **2,815** | ***-10%*** |
| *Margin* | *31%* | *29%* | |
| | | | |
| **% of Total Costs Fixed** | | **77%** | |

Inflation escalators on vast majority of contracts

Previous recessions have seen units fall 4-5%

90%+ of Operating Costs fixed over the short-term

Diesel Fuel variable (fuel surcharges now in place)

→ 10% EBITDA decline

Potential mitigants:

❑ Real pricing above inflation

❑ Cost cutting

❑ In the current "freight recession" good rails are getting 5-6% pricing and reducing absolute costs

Source: Group analysis. CSX 10K Report and Q4 Financial Report, adjusted for Insurance Recoveries

69

## Capital Allocation And Structure
### *Diversity of revenue base limits volume downside*



**CSX Revenue Breakdown**

**Other = 43%**
❑ Chemicals 13%
❑ Automotive 8%
❑ Forest Products 7%
❑ Metals 7%
❑ Other 8%

**Coal = 26%**
❑ Utility coal used for heating/lighting/AC
❑ Stable over time
❑ Short term weather/inventory influence

**Intermodal = 14%**
❑ Structural growth from trade/share gain
❑ Can be cyclical in short term

**Agriculture/Food/Fertilizers = ~14%**
❑ Feedstock and food input/outputs
❑ Growth from ethanol related moves

**Waste = ~3%**
❑ Population dependent

Source: Group analysis. CSX 10K Report 2007 and Q4 Quarterly Financial Report 2007

# Appendix

## Our Nominees
### Christopher Hohn (41)

Before founding TCI in 2003, Mr. Hohn spent seven years at Perry Capital and was the portfolio manager leading its European investment strategy from 1997 to 2003. Mr. Hohn has previously served on the Board of RIT Capital Partners plc, which is publicly listed on the London Stock Exchange

❑ Key reasons Mr. Hohn is being nominated and can add value to CSX are

  ❑ Mr. Hohn has a long and successful track record of fundamental investing and actively maximizing value of public companies, including the Deutsche Börse Group, ABN AMRO, and Euronext N.V.

  ❑ Mr. Hohn has successfully advocated for strong corporate governance and shareholder rights in situations around the world

  ❑ TCI owns approximately 4.4% of CSX's outstanding shares

❑ Mr. Hohn received a B.S. degree in Accounting and Business Economics (1st Class Honors) from Southampton University and an M.B.A. degree (high distinction) from Harvard Business School

## Our Nominees
### Alexandre Behring (41)

Mr. Behring is the Managing Director of 3G, a private investment firm. Previously, he spent 10 years at GP Investments, Latin America's largest private-equity firm, including eight years as a Partner and Member of the firm's Investment Committee. He served for seven years as CEO of America Latina Logistica (ALL), Latin America's largest independent railroad and logistics company, which operates more than 13,000 miles of track in Brazil and Argentina. He remains on the Management Committee of ALL's Board

❑ Key reasons Mr. Behring is being nominated and can add value to CSX are:

❑ Mr. Behring is a unique combination of a large CSX shareholder (3G owns approximately 4.3% of CSX's outstanding shares) and an experienced, accomplished, hands-on railroad executive

❑ Under his leadership, ALL's accident rate was reduced by 86%, locomotive productivity increased at a double-digit compound annual growth rate, and its EBITDA margin improved from 6% to 41%

❑ ALL is now one of the most efficient and technologically advanced freight railroads in the world and has been voted several times by its employees as one of the best companies to work for in LatAm

❑ As a publicly traded company, ALL's market capitalization of $7.7 billion is over 40 times the amount Mr. Behring and his partners paid for the company 10 years ago

❑ Mr. Behring received a B.S. degree in Electric Engineering from Pontifícia Universidade Católica and an M.B.A. degree (high distinction) from Harvard Business School. He is also a locomotive engineer

## Our Nominees
### Gilbert Lamphere (55)

Mr. Lamphere is the Managing Director of Lamphere Capital Management, a private investment firm. Previously, he was a Director of Canadian National Railway, Chairman of Illinois Central Railroad prior to its sale to Canadian National in 1998, and a Director of Florida East Coast Industries (a railroad and real estate company). He also participated in the acquisition, financing, and oversight of MidSouth Rail. Mr. Lamphere has served as a Director of nine other public companies, including Carlyle Industries, Inc., Cleveland-Cliffs Inc., R. P. Scherer Corporation and Global Natural Resources Corporation. Earlier in his career, Mr. Lamphere was a Vice President of Mergers & Acquisitions at Morgan Stanley.

❑ Key reasons Mr. Lamphere is being nominated and can add value to CSX are:

    ❑ Mr. Lamphere has been Chairman or a director at three of the most successful and efficient railroads in North America

    ❑ During his tenure on the Boards of Canadian National and Illinois Central, where he worked closely with Hunter Harrison, the Companies' operating ratios improved from 76% to 64% and from over 90% to 63%, respectively

    ❑ Mr. Lamphere is deeply knowledgeable of the best practices in railroad operations and a proven value-added railroad board director

❑ Mr. Lamphere received an A.B. degree in Economics from Princeton University and an M.B.A. degree (high distinction) from Harvard Business School.

## Our Nominees
*Timothy O'Toole (52)*

Mr. O'Toole has over 25 years of railroad industry experience. He is currently the Managing Director of the London Underground, where he is responsible for operating and rebuilding the Tube, the world's oldest metropolitan railway. Previously, he served as President and Chief Executive Officer of Conrail from 1998 to 2001. During his more than 20 years at Conrail, he served in various senior management roles, including Senior Vice President of Law and Government Affairs, Senior Vice President of Finance and Chief Financial Officer, Vice President and Treasurer, and Vice President and General Counsel.

❑ Key reasons Mr. O'Toole is being nominated and can add value to CSX are:

❑ Mr. O'Toole was a prominent figure in the transaction splitting the former Conrail business between CSX and Norfolk Southern, providing him with first-hand knowledge of CSX's assets and operations

❑ Under his leadership, Conrail achieved record financial results and safety performance. Similarly, under his leadership the London Underground has improved service and safety and moved record numbers of passengers, all while undergoing an historic rebuilding program

❑ Mr. O'Toole was made an Honorary Commander of the British Empire in recognition of his performance following the terrorist attack on London's transport system in 2005.

❑ Mr. O'Toole received a B.A. degree in English Literature (Maxima Cum Laude) from LaSalle University, a J.D. degree from the University of Pittsburgh School of Law, and an Honorary Doctor of Humane Letters degree from LaSalle University.

## Our Nominees
### Gary Wilson (68)

Mr. Wilson was a principal investor and Co-Chairman of the Board of Northwest Airlines from 1991 to 1997 and Chairman from 1997 to 2007. From 1985 to1990, he was Chief Financial Officer and a director of The Walt Disney Company and served on its Board until 2006. Prior to joining Disney, Mr. Wilson served for 11 years in senior executive positions at Marriott Corp., including Executive Vice President and Chief Financial Officer, Head of Corporate Development, and Treasurer. He is a current director of Yahoo! Inc. (NASDAQ: YHOO) and CB Richard Ellis Group Inc. (NYSE: CBG).

❑ Key reasons Mr. Wilson is being nominated and can add value to CSX are:

   ❑ Mr. Wilson has a track record – as an executive, director and investor – of leading major companies through strategic transitions and creating substantial shareholder value. He is also a strong advocate of improved corporate governance in public companies

   ❑ Mr. Wilson successfully transitioned Marriott from an owner-operator to the more profitable and scaleable business model of a hotel management company

   ❑ During his tenure as CFO, Disney's market value increased significantly and Mr. Wilson expanded its hotel and theme park assets while utilizing innovative financing techniques

   ❑ Mr. Wilson was an investor in and a director of Progress Rail, one of North America's largest providers of railroad products and services

❑ Mr. Wilson received a B.A. degree from Duke University and an M.B.A. degree from The Wharton School of the University of Pennsylvania

## Back-Up Data
*For Slide 35*

| | |
|---|---:|
| **CSX 2007 Reported Operating Income** | **2,251** |
| - Gains on Insurance Recoveries | (28) |
| + Serious Derailments in Q1 | 38 |
| - 80% of $56m Personal Injury Reserve in Q4 | (45) |
| - 80% of $30m Personal Injury Reserve in Q2 | (24) |
| - 1/7 of previously taken Personal Casualty Claim | (33) |
| **CSX 2007 Adjusted Operating Income Used In Analysis** | **2,159** |

| | |
|---|---:|
| **CSX 2003 Reported Operating Income** | **651** |
| + 6/7 of 7 year Personal Casualty Claims in Q3 | 196 |
| + Restructuring Charges | 22 |
| **CSX 2003 Adjusted Operating Income Used In Analysis** | **869** |

Source: Group Analysis of CSX Quarterly Reports, 10-Qs, and 10-Ks

# Back-Up Data
## *For Slide 37*

| CSX 2007 Reported Total Expenses | 7,779 |
|---|---|
| + Gains on Insurance Recoveries | 28 |
| - Serious Derailments in Q1 | (38) |
| + 80% of $56m Personal Injury Reserve in Q4 | 45 |
| + 80% of $30m Personal Injury Reserve in Q2 | 24 |
| + 1/7 of previously taken Personal Casualty Claim | 33 |
| **CSX 2007 Adjusted Total Expenses Used In Analysis** | **7,871** |

| 2006 Reported Total Expenses | 7,440 |
|---|---|
| + Gain on Insurance Recoveries | 168 |
| + 1/7 of previously taken Personal Casualty Claim | 33 |
| **2006 Adjusted Total Expenses Used in Calculations** | **7,641** |

| 2005 Reported Total Expenses | 7,069 |
|---|---|
| + 1/7 of previously taken Personal Casualty Claim | 33 |
| **2005 Adjusted Total Expenses Used in Calculations** | **7,102** |

| 2004 Reported Total Expenses | 7,047 |
|---|---|
| - Restructuring Charge | (71) |
| + Materials, Supplies, and Other Recoveries and Settlements | 6 |
| + Fuel Recoveries from Foreign Line Fuel Billing Disputes | 8 |
| + 1/7 of previously taken Personal Casualty Claim | 33 |
| **2004 Adjusted Total Expenses Used in Calculations** | **7,023** |

| CSX 2003 Reported Total Expenses | 6,788 |
|---|---|
| - 6/7 of 7 year Personal Casualty Claims in Q3 | (196) |
| - Restructuring Charges | (22) |
| **CSX 2003 Adjusted Total Expenses Used In Analysis** | **6,570** |

| 2002 Reported Total Expenses | 6,188 |
|---|---|
| - Severance and Other Costs | (6) |
| + State and Local Tax Adjustments | 17 |
| + Net Contract Settlement Expense | 11 |
| **2002 Adjusted Total Expenses Used in Calculations** | **6,210** |

| 2001 Reported Total Expenses | 6,347 |
|---|---|
| + Insurance Settlements | 14 |
| - New Orleans Litigation | (60) |
| - Baltimore Tunnel Fire | (13) |
| **2001 Adjusted Total Expenses Used in Calculations** | **6,288** |

| 2000 Reported Total Expenses | 6,530 |
|---|---|
| **2000 Adjusted Total Expenses Used in Calculations** | **6,530** |

Source: Group Analysis of CSX Quarterly Reports, 10-Qs, and 10-Ks

78

## Back-Up Data
### For Slide 38

| | Q1 2007 | Q1 2008 | | Q4 2006 | Q4 2007 |
|---|---|---|---|---|---|
| CSX Reported Non-Fuel Operating Expenses | 1,653 | 1,646 | | 1,620 | 1,611 |
| + Insurance Recoveries | 18 | 2 | | 27 | 8 |
| - Serious Derailments | -38 | | | | |
| + 80% of change in Personal Injury Reserves | | | | | 45 |
| CSX Adjusted Non-Fuel Operating Expenses | 1,633 | 1,648 | | 1,647 | 1,664 |
| Volume | 1,755 | 1,717 | | 1,810 | 1,761 |
| Reported Opex Per Unit | $942 | $959 | | $895 | $915 |
| Adjusted Opex Per Unit | $930 | $960 | | $910 | $945 |
| Reported Growth | | -0.4% | | | -0.6% |
| Adjusted Growth | | 0.9% | | | 1.0% |
| **Reported Per Unit Growth** | | **1.8%** | | | **2.2%** |
| **Adjusted Per Unit Growth** | | **3.2%** | | | **3.8%** |

Source: Group Analysis of CSX Quarterly Reports, 10-Qs, and 10-Ks

Westlaw.

4/27/08 SUNDTUK 8

NewsRoom

Page 1

4/27/08 Sunday Times (U.K.) 8
2008 WLNR 8824267

Sunday Times (UK)
Copyright 2008 The Sunday Times

April 27, 2008

Section: Features

Sharing    their    good    fortune ;Rich List 2008

Alastair McCall

Philanthropy is growing rapidly as the wealthy look to make a lasting impact  on
an international scale, says Alastair McCall

A new age of philanthropy is revealed by this year's Sunday Times Giving
List.  Our barometer of charitable activity shows that the super-rich are engaged
in  unprecedented levels of giving.

They are more directly engaged in the distribution of that money than
ever  before. Many of the predominantly self-made men and women who top this
year's  Giving List are demanding the same level of control over their giving as
has  served them so well in their wealth-creation activities.

The leading 30 philanthropists among Britain's richest 1,000 people
have  pledged or given away almost Pounds 2.38 billion in the past year,
nearly  double last year's figure of Pounds 1.21 billion, and more than five times
the  amount in 2006. To make the top 30, an individual had to give to charity
at  least 3% of their residual worth, up from last year's record figure of
1.36%.  Indeed, in our expanded table of the top 50 givers, right, all are donating
at  levels greater than last year's top 30.

Their entrepreneurial confidence is fuelling a giving spree of a scale
never  seen before. "Sea-change is not too strong a word for what we are seeing,"
says  John Low, chief executive of the Charities Aid Foundation.

"There are two distinct trends: one is a move towards being more open
about  giving, the other is a move towards planned giving and wanting to take
greater  ownership of it. This has been going on for a while but it is gaining
momentum."

While some still regard discussion of their philanthropic activities as
rather  vulgar and rebuff our annual survey, increasing numbers are happy to talk

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

about  their charity work. "These people are being influenced by stories in the
media  about giving and it is encouraging them to stick their heads above
the  parapet," Low says.

   They are providing a vital lead for others. Sir Tom Hunter, third in
the  Giving List, having pledged to give away Pounds 1 billion in his
lifetime  through the Hunter Foundation, embraces the role he believes is incumbent
on  him and those like him. "I'm having the time of my life doing this," the
retail  entrepreneur says. "I am evangelical about telling people about it. I
still  enjoy the wealth-creation side of things; it still stimulates me. But
my  foundation work stimulates me too, and I can't think of a better balance."

   Hunter is working in Rwanda and Malawi with Bill Clinton, the former
American  president, through the Clinton-Hunter Development Initiative. The
watchword for  his charitable work there is partnership. He seeks significant, if
not  matching, funding for most projects from within the two countries - and
he  demands results, bringing his business acumen to bear. "Handouts breed
a  dependency culture," he says. "We try to deal with solutions rather than
the  fallout from problems and we do what we do for a commercial and social
return."

   As Britain's leading "venture philanthropist", Hunter adopts a
business  approach to the funding that will sustain his giving over the coming
decades.  He keeps the cash earmarked for philanthropy within his core West Coast
Capital  investment vehicle, allowing it to grow with his own business.

   As well as taking on local partners for initiatives, Hunter seeks out
world  experts in agriculture, healthcare and education to provide the
detailed  knowledge he freely admits he does not have himself. "We can't solve
every  world problem. Our approach is to find the best in the world at dealing
with  the particular challenge we are facing and to create a framework - and then
let  them get on with it."

   Results are tangible. Hunter has helped Rwandan coffee growers to create
a  brand of their own to avoid the limited profit margin going to middlemen.
The  coffee is to be sold by Sainsbury's. "It's been a case of getting the
farmers  to think as business people," Hunter says.

   His hands-on involvement in charitable spending is characteristic of much
of  the increased levels of giving seen this year. Several personal
charitable  foundations have been created in the past 12 months (see list of
notable  donations), servicing causes close to the hearts of the
philanthropic  millionaires underwriting them and often administered by relatives -
typically  wives, sons or daughters - to ensure enduring emotional as well as
financial  commitment.

   A good example is the Children's Investment Fund Foundation (CIFF), created
by  London hedge fund manager Christopher Hohn. It is run by his wife,
Jamie  Cooper-Hohn, who has substantial experience in the charity sector.
The  foundation is bankrolled by a specific hedge fund, the Children's
Investment  Fund, which last year contributed profits of almost Pounds 200m to

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

CIFF. The Hohns' charitable gifts and expenditure are running at more than double their wealth, giving them the highest-ever Giving Index score.

    Sir Ian Wood, the second-richest person in Scotland (behind Hunter), acknowledges Hunter's leading philanthropic role, in particular the "very useful information" he provided before the Wood Family Trust was launched last September. Wood has hired a chief executive with voluntary sector experience but he, his wife Lady Helen and son Garreth will work part-time for the charity, which will spend 75% of its Pounds 50m endowment in Africa and the rest in the UK, with a particular focus on developing young people in Scotland.

    Completing a triumvirate of Scottish philanthropists, all worthy successors to Andrew Carnegie, perhaps the ultimate philanthropist (Scottish or otherwise), is Margie Moffat, co-founder of the AT Mays travel agency. Her family ranks second on this year's Giving List, having given away more than its residual worth with the decision to put Pounds 50m into their charitable trust for distribution among Scottish causes. "It's more money than I can spend," Moffat, 85, said shortly after the endowment was announced. "I can't even spend the interest. It's good to make use of it."

    The galvanising effect of high-profile giving on the wider population can be dramatic. Take Terry Pratchett's Pounds 500,000 commitment to the Alzheimer's Research Trust, shortly after he disclosed that he was in the early stages of the condition. Within days, bloggers and fans had launched a Match it for Pratchett website to gather more funding.

    A spokesman for the Alzheimer's Research Trust said that Pratchett's

    benefaction had generated an extra Pounds 50,000 of directly attributable donations from the public within days, and had also been invaluable in raising the profile of the disease. "Before Terry spoke we were on a par with Amy Winehouse in terms of column inches, and about 50% less than David Beckham. Now we are on a par with Madonna."

    Rebecca Wood, chief executive of the trust, added: "Hearing Terry Pratchett speak out about what is still too often a taboo subject offered comfort to many of the 700,000 people in the UK who live with dementia and moved all who work in dementia research."

    When wealth is combined with celebrity, the giving of time can be an even more potent charitable currency than hard cash. David Beckham's role as a goodwill ambassador for Unicef, the international children's charity, gives it a guaranteed profile. The footballer's visit to Sierra Leone in January made the news worldwide and publicised the charity's humanitarian work in the war-torn African state.

    He and his wife, Victoria, are also generous with their money. His eponymous football academy is reckoned to have given about Pounds 2m charitably in benefits in kind and the Full Length and Fabulous Ball, held at their home before the World Cup, raised a similar sum to help disadvantaged children.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

   Quite how far the spirit of philanthropy has extended in the past year became  apparent last month when Simon Cowell, television's "Mr Nasty", showed his  softer side on American primetime television. During an appearance on the Oprah  Winfrey Show, he wrote a cheque to clear the Pounds 80,000 mortgage of a couple  whose three-year-old daughter has cancer.

   Cowell, the television and music entrepreneur, whose fortune has increased to  Pounds 112m this year, said after the programme: "I never knew that doing good  could feel so good." He also made a frank admission to Winfrey: "It has taken  me 48 years. I credit you with this."

   That feelgood factor, coupled with the entrepreneurial confidence that allows  our self-made philanthropists to spend charitably in the belief that the sums  can easily be earned again, bodes well for the future of giving among the  super-rich.

   With many having transferred shares and other assets into foundations and  charitable investment vehicles in the past few weeks to beat rule changes on  capital-gains tax, the prospects for another bumper year are good.

                    ---- INDEX REFERENCES ----

NEWS SUBJECT:  (Social Issues (1SO05); Foundations (1FO95); Philanthropy (1PH09))

INDUSTRY:  (Entertainment (1EN08); Sports (1SP75))

REGION:  (England (1EN10); Africa (1AF90); Europe (1EU83); United Kingdom (1UN38); Scotland (1SC90); Western Europe (1WE41))

Language:  EN

OTHER INDEXING:  (ALASTAIR MCCALL; ALZHEIMER; AMY WINEHOUSE; CHARITIES AID FOUNDATION; CIFF; HUNTER DEVELOPMENT INITIATIVE; HUNTER FOUNDATION; INVESTMENT FUND; INVESTMENT FUND FOUNDATION; OPRAH WINFREY SHOW; POUNDS; RESEARCH TRUST; RICH; SCOTTISH; SHARING; UK; WOOD FAMILY TRUST)  (Andrew Carnegie; Christopher Hohn; Clinton; Completing; Cowell; David Beckham; Fabulous Ball; Handouts; Helen; Hohn; Hohns; Hunter; Ian Wood; Jamie; John Low; Margie Moffat; Moffat; Nasty; Pratchett; Rebecca Wood; Simon Cowell; Terry Pratchett; Tom Hunter; Wood)

Word Count: 1778
4/27/08 SUNDTUK 8
END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Westlaw.

11/1/07 RLWYAGE 12

**News**Room

Page 1

11/1/07 Railway Age 12
2007 WLNR 23712393

Railway Age
COPYRIGHT 2007 Simmons-Boardman Publishing Corporation

November 1, 2007

Volume 208; Issue 11

What does The Children's Fund really want?(Rail Update)
**Bowen**, Douglas John

 Stripped of financial figures, formal public pronouncements, and legal niceties,
the mid-October sparring between CSX Corp. and The Children's Investment Fund took
on all the diplomatic subtlety of a playground argument--or a bar fight. The
supposed small kid on the block complained that the big kid wouldn't talk with him.
But any superficial "David and Goliath" analogy can be deceiving.

 (ILLUSTRATION OMITTED)

 And while the London-based activist hedge fund may portray itself as a victim to
the financial excesses of a venerable Class I rail-road, The Children's Investment
Fund is staking an aggressive posture that is anything but meek.

 Founded in 2003, with assets of roughly $3 billion, TCI has amassed a 4.1% stake
in CSX, insists it won't be ignored, and says it has every right to weigh in on the
railroad's performance, and, moreover, persuade others on the same fiscal
playground to make the big kid relent.

 In an interview with Railway Age, founding partner Snehal Amin suggested that TCI
had considerable moral clout that could persuade--or force--CSX management to adopt
significant changes.

 As precedent, Amin points to TCI's impact on Dutch giant ABN Amro Bank NV. Early
this year, TCI demanded that the bank split up or sell itself to the highest bidder
to maximize shareholder value, resulting in a bidding war for the company. Three
European banks announced last month that their offer for ABN Amro was accepted,
trumping an initial offer by Barclays plc.

 TCI held just 1% of ABN Amro shares, Amin points out. "Yet 70% voted in favor of
our changes," he claims, adding, "Our views are generally widely felt." Asked if
TCI would seek allies to boost pressure on CSX, Amin says, "We're not working with
other investors."

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

But TCI has done just that at least once in 2007. With an 8% stake in Deutsche Borse, it forced the company's chief executive to resign May 9, and prompted its chairman to step down by year-end, enlisting the aid of partners such as Atticus Capital, Merrill Lynch, and Fidelity Investments.

Such success may explain TCI's willingness to challenge a Class I railroad with seeming impunity; its Oct. 17 letter to the CSX board calls for similar changes, Amin says, to what it advocated in the ABN Amro case. Those changes include:

* Separating the roles of CEO and chairman, both now held by Michael Ward.

* Revamping the current board--accused of having little railroad management experience--with fresh blood.

* The right of shareholders to call special meetings.

* Aligning management compensation with shareholder interests.

* Forming a plan to improve operations.

* Improving relations with shareholders, shippers, and labor.

A spokesman for CSX responded promptly to resultant press inquiries by stating, "The company has received the letter from TCI and is reviewing it." Shortly after, CEO Michael Ward responded, though not directly. He dismissed TCI's itemized suggestions and defended CSX's three-year capital expansion program of $4.9 billion:

"The amount of capital we're spending is right in line with what everybody else in this industry is spending," Ward told the Financial Times.

TCI also has invested in NS and UP, and it could choose to ignore CSX in favor of other railroads, something the Oracle of Omaha, Warren Buffett, has done. TCI has used Buffett as a reference point in its attack on CSX, even as it simultaneously insists it won't (or can't) operate as Buffett's Berkshire Hathaway, Inc., does. TCI's philosophical difference, Amin says, was that "shareholders are the owner; management works for you."

But Amin says the midmonth public relations blast was hardly an opening salvo, claiming TCI had sought constructive dialogue since at least mid-2006. TCI's patience was exhausted after it sought answers from CSX management during an "Investors Day" conference in early September, scheduled to last two days, that Amin says ended after two hours. "After that, we concluded something had to be done." The incendiary "something" was the letter to the CSX board, dated Oct. 17.

Refusing to tip his hand, Amin says TCI has no set game plan and will keep its options open. "The ball is in their (CSX's) court right now," he says. "We'll evaluate every opportunity we can; there's no timeline." But he adds, "We feel we've been very patient." Clearly, it's in TCI's interest to generate enough angst among CSX investors to be anything but.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

(See also "Mugging a Class I," page 10.)

---- INDEX REFERENCES ----

COMPANY: FIDELITY INVESTMENTS; FMR CORP; NZSKI COM; MERRILL LYNCH; ABN AMRO BANK;
ABN AMRO BANK (CHILE); FIDELITY GLOBAL SPECIAL SITUATIONS; MERRILL LYNCH AND CO
INC; TELECOMMUNICATIONS COOPERATIVE NETWORK INC; MERRILL LYNCH AND CO CANADA LTD;
ORACLE; FIDELITY INVESTMENT; ABN AMRO BANK AO; ABN AMRO HOLDING NV; CSX CORP;
FIDELITY RETIREMENT GROWTH FUND; ORACLE CORP; NBH INC; BERKSHIRE HATHAWAY INC

NEWS SUBJECT:  (Major Corporations (1MA93))

INDUSTRY:  (Transportation (1TR48); Banking (1BA20); Railroads (1RA98); Land
Transportation (1LA43); Financial Services (1FI37))

Language:  EN

OTHER INDEXING:  (ABN AMRO; ABN AMRO BANK; BERKSHIRE HATHAWAY INC; CSX; CSX BOARD;
CSX CORP; FIDELITY INVESTMENTS; MERRILL LYNCH; ORACLE; TCI)  (Amin; Buffett;
Michael Ward; Refusing; Snehal Amin; Ward; Warren Buffett)  (Railroads (Services);
Railroads (Finance))  (Services information (360); Financial management (250))

COMPANY TERMS: CSX CORP (Services); CSX CORP (Finance)

PRODUCT: Railroads; Railroads; Rail Transportation4010000

SIC: 4010

NAICS CODE: 48211

TICKER SYMBOL: CSX

Word Count: 889
11/1/07 RLWYAGE 12
END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

*Mittal Steel Offers $3.2 Billion For Remainder of Arcelor Brasil The Wall Street Journal*
*October 26, 2006 Thursday*

Copyright 2006 Factiva ®, from Dow Jones
All Rights Reserved

## Dow Jones Factiva

(Copyright (c) 2006, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL.

The Wall Street Journal

October 26, 2006 Thursday

**SECTION:** Pg. A13

**LENGTH:** 587 words

**HEADLINE: Mittal Steel Offers** $3.2 Billion For Remainder of Arcelor Brasil

**BYLINE:** By Paul **Glader**

**BODY:**

Mittal Steel Co. has proposed paying $3.2 billion to buy out minority shareholders of Arcelor SA's Brazil arm, in a defeat for the steel maker that will raise the cost of its combination with Arcelor and of creating a global steel giant.

It's not clear, though, whether Brazilian shareholders will accept Mittal's offer or demand more. Indeed, some shareholders are already indicating they will contest Mittal's offer.

Brazil's market-regulating body, Commissao de Valores Mobilarios, or CVM, ruled earlier this year that Rotterdam-based Mittal needed to buy out the 34% of Arcelor Brasil SA that Arcelor didn't own. The commission said Mittal moved to acquire "indirect control" of Arcelor Brasil when it bid for Arcelor earlier this year, triggering rights embedded in Arcelor Brasil's bylaws. Mittal had lodged an appeal, saying it wasn't obligated to make an offer because the deal with Arcelor was a "merger of equals" rather than a takeover, but the appeal was rejected.

Under Mittal's proposed buyout, Arcelor Brasil's shareholders can decide whether they want cash or a combination of cash and shares. If 100% accept the offer in cash, it would be worth $3.2 billion, valuing the entire Arcelor Brasil unit at $9.79 billion. Aditya Mittal, Mittal Steel's chief financial officer, said the Mittal proposal would be sent to CVM for comment and approval and could be presented to shareholders in the first quarter.

The offer is valued at 12.12 euros ($15.23), or 32.73 reais per Arcelor Brasil share. In Sao Paulo, Arcelor Brasil's shares fell 2.95 reais, or 7.4%, to 36.80 reais.

When the board of parent company Arcelor, of Luxembourg, this past summer recommended shareholders accept Mittal's offer, the offer was valued at 26.6 billion euros in cash and stock. Most of the shares have since changed hands, but the combination still awaits regulatory approval in some places.

Daniel Altman, senior managing director for metals in emerging markets at Bear Stearns, believes Mittal will have to boost its price. "I see this as kind of an opening salvo. I think the

price is too low for [Mittal] to actually have a successful tender," Mr. Altman said.

Mr. Mittal said during a conference call yesterday that, "if this offer can be completed earlier, it is better for everyone. Clearly if there is a challenge to our calculation, it could take a long time in Brazilian courts."

The Children's Investment Fund, a shareholder in Arcelor Brasil, said the Mittal offer was "unfair and in violation of the Arcelor Brasil bylaws," which require Mittal to provide equal treatment to the Arcelor Brasil minority shareholders. "We are entitled to the same 82% premium as Arcelor shareholders received, and in Mittal stock priced as of the offer date of June 25," said Snehal Amin, an executive with the fund. "We will go to the Brazilian market regulator to contest the offer, and failing that, to court."

Mr. Mittal said Brazil remains "a clear growth area" for the company, which had provided 11% of pro forma sales last year for a combined Arcelor-Mittal. Brazil, with plentiful iron ore and reasonably priced labor and energy, is a low-cost place to make steel slabs and other products.

"This offer does not impact our strategy or growth plans for Arcelor-Brazil whether in flat or long products as well as in Argentina," said Mr. Mittal, noting the company is expanding steel-making capacity on a major furnace and several steel-rolling mills in the region.

License this article from Dow Jones Reprint Service

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** February 17, 2008

Source: News & Business > Individual Publications > W > **Wall Street Journal** i
Terms: **BYLINE (glader) and HEADLINE (mittal steel offers)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Thursday, May 29, 2008 - 10:19 AM EDT

 **LexisNexis®** About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# ISSUES RAISED BY TREATING HEDGED SHARES AS BENEFICIALLY OWNED

| SCHEDULE 13D SECTION | ISSUE |
|---|---|
| *Instructions & Coverpages* | |
| *Date of Event Which Requires Filing of Schedule 13D* | • Trigger date unclear for beneficial ownership of swap counterparty shares (*i.e.*, date swap agreement executed or when (and if) swap counterparty has actually acquired hedge shares). Also unclear is whether an amended 13D would need to be filed if the counterparty bank sold, lent, or otherwise disposed of its hedged shares. |
| | • Also unclear would be the obligation of the counterparty bank to disclose to the filer its hedging strategy, including when that strategy might change during the term of the swap contract |
| *Names of Reporting Persons; Notice Parties* | • Number of filing persons will include all financial institution counterparties and, perhaps, all separate accounts whether discretionary or not and proprietary accounts. Similarly, there will be a related increase in the number of individuals authorized to receive notices. |
| | • Identity disclosure (*Instruction C*)[1] will be extremely burdensome given organizational structures of swap counterparties but will be unlikely to provide useful information. |

---

[1]    Instruction C states that:  If the statement is filed by a general or limited partnership, syndicate, or other group, the information called for by Items 2-6, inclusive, shall be given with respect to

i.    each partner of such general partnership;

ii.    each partner who is denominated as a general partner or who functions as a general partner of such limited partnership;

iii.    each member of such syndicate or group; and

iv.    each person controlling such partner or member. If the statement is filed by a corporation or if a person referred to in (i),(ii), (iii) or (iv) of this Instruction is a corporation, the information called for by the above mentioned items shall be given with respect to

    a.    each executive officer and director of such corporation;

    b.    each person controlling such corporation; and

    c.    each executive officer and director of any corporation or other person ultimately in control of such corporation.

1

| SCHEDULE 13D SECTION | ISSUE |
|---|---|
| Box to Check for "Group" | • Unclear whether a separate group is formed between Traditional Filer and each swap counterparty, or whether one large group is formed.<br><br>• Added complexity if there are multiple Traditional Filers that have formed a traditional group, one or more of which have entered into swap contracts. |
| Source of Funds | • Including source of funds disclosure for all issuer securities owned by swap counterparties will be extremely burdensome (perhaps impossible) and could obscure Traditional Filer's disclosure. |
| Aggregate Amount Beneficially Owned by Each Reporting Person | • Need guidelines to determine the number of securities beneficially owned by each reporting person. Where a reporting person is a swap counterparty, the aggregate amount owned would include shares held on behalf of all that counterparty's customers (both in discretionary and non-discretionary accounts), its own proprietary trading positions and possibly in collective investment vehicle accounts. Thus, all those shares would have to be reported on each reporting person's Schedule 13D |
| *Item 1. Security and Issuer.* | -- |
| *Item 2. Identity and Background.* | • Need guidelines to determine which natural persons are to be included pursuant to Instruction C.<br><br>• Identity disclosure will be extremely burdensome given organizational structures of swap counterparties. |

| SCHEDULE 13D SECTION | ISSUE |
|---|---|
| Item 3. *Source and Amount of Funds or Other Consideration.* | • Over-disclosure obscures information provided by Traditional Filers. |
| Item 4. *Purpose of Transaction.* | • Disclosure will be unduly complex and burdensome because swap counterparty would be required to disclose source of funds for hedge shares, shares held on behalf of customers (both in discretionary and non-discretionary accounts), proprietary trading positions, potentially in collective investment vehicle accounts, and in any other accounts.<br><br>• Swap counterparties will have different purposes for acquiring securities of the issuer from those of Traditional Filers, obscuring disclosure that is the primary purpose of the Williams Act.<br><br>• Swap counterparties will have different purposes for acquiring hedge shares from those relating to other securities of the issuer that are beneficially owned (*e.g.* those shares held on behalf of customers (both in discretionary and non-discretionary accounts), proprietary trading positions and potentially in collective investment vehicle accounts).<br><br>• Changes in purpose by swap counterparties may trigger an amendment, even where the changed purpose relates to securities not used for hedging or is unrelated to any change in purpose by the Traditional Filer. |
| Item 5. *Interest in Securities of the Issuer.* | • Swap counterparties are not required to hedge their swap exposure. If they hedge, may not fully hedge exposure with issuer securities or may hedge using means other than issuer securities. |

3

| SCHEDULE 13D SECTION | ISSUE |
|---|---|
| | These positions may change frequently.<br><br>• Swap contracts may reference multiple securities or may provide economic exposure not perfectly correlated by the nominal amount of reference securities.<br><br>• Traditional Filers may be deemed to have beneficial ownership of securities held by swap counterparties beyond hedge shares.<br><br>• Frequent amendments to the Schedule 13D could result if swap counterparties change hedged position over time which cause material changes in beneficial ownership of the group. This could be the case even absent changes in swap agreements or Traditional Filer's investment portfolio. Similarly, amendments may result from changes in the number of securities beneficially owned by swap counterparties which are not part of the hedge shares. |
| *Item 6. Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer.* | • If required, disclosure by swap counterparties of all swap arrangements with third parties relating to securities of the same issuer creates extreme practical burden and produces unhelpful information. Moreover, it could impose on the swap counterparties an obligation to disclose confidential information about the identity of its other swap clients.<br><br>• Disclosure by swap counterparties of other arrangements relating to their holdings of the issuer's securities which are not swap shares results in unhelpful disclosure (*e.g.* brokerage agreements).<br><br>• Disclosure required regarding other types of contracts of multipurpose financial institutions, even though not relevant to the swap agreement or the purposes of the Traditional Filers (e.g. agreements related to managing pension funds, financing agreements and agreements to provide financial advisory |

4

| SCHEDULE 13D SECTION | ISSUE |
|---|---|
| | services).<br><br>• Disclosure of agreements governing customer accounts regarding account type, (*i.e.* discretionary or non-discretionary), may be required by swap counterparty.<br><br>• Disclosure of other derivative contracts entered into by swap counterparties results in over-disclosure and obscures information provided by Traditional Filers. |
| *Item 7. Material to be Filed as Exhibits.* | • Filing of agreements relating to securities beneficially owned by swap counterparties, particularly those that are not hedge shares, results in over-disclosure and obscures information provided by Traditional Filers (e.g. filing by swap counterparties of agreements related to managing pension funds, financing agreements, agreements to provide financial advisory services, etc.). |



**TCI/3G CSX Trades - November 20006**





**TCI/3G CSX Trades - December 2006**



**TCI/3G CSX Trades - January 2007**



TCI/3G CSX Trades - February 2007



**TCI/3G CSX Trades - March 2007**



TCI/3G CSX Trades - April 2007



**TCI/3G CSX Trades - May 2007**





**TCI/3G CSX Trades - September 2007**





**TCI/3G CSX Trades - November 2007**