UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CSX CORPORATION,

                Plaintiff,

        -against-                                  08 Civ. 2764 (LAK)

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Any applications for leave to file an *amicus* brief (save on behalf of the Securities and Exchange Commission) shall be filed at or before 5 p.m. on June 2, 2008 with the proposed brief.

        SO ORDERED.

Dated:      May 29, 2008

                                                    _____
                                                        Lewis A. Kaplan
                                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08