UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX CORPORATION,

Plaintiff,

v.

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, THE CHILDREN'S
INVESTMENT FUND MANAGEMENT
(CAYMAN) LTD., THE CHILDREN'S
INVESTMENT MASTER FUND, 3G CAPITAL
PARTNERS LTD., 3G CAPITAL PARTNERS,
L.P., 3G FUND, L.P., CHRISTOPHER HOHN,
SNEHAL AMIN AND ALEXANDRE
BEHRING, A/K/A ALEXANDRE BEHRING
COSTA,

Defendants.

---

THE CHILDREN'S INVESTMENT MASTER
FUND,

Counterclaim and Third-
Party Plaintiff

v.

CSX CORPORATION AND MICHAEL WARD,

Counterclaim and Third-
Party Defendants.

---

3G CAPITAL PARTNERS LTD., 3G CAPITAL
PARTNERS, L.P. AND 3G FUND, L.P.

Counterclaim Plaintiffs,

v.

CSX CORPORATION AND MICHAEL WARD,

Counterclaim Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

ECF Case

08 Civ. 02764 (LAK) (KNF)

**STIPULATION AND PROPOSED
ORDER REGARDING TRIAL
EXHIBITS AND DEPOSITION
DESIGNATIONS**

WHEREAS this matter is proceeding on an expedited schedule; and

WHEREAS the trial is scheduled to commence on May 21, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.    All joint exhibits (attached as Exhibit A) are deemed admitted into evidence.

2.    All of plaintiff's exhibits (attached as Exhibit B) are deemed admitted into evidence, except as follows:

     (a)    Defendants object to the following exhibits on the grounds of hearsay: PX Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 38, 48, 51, 59, 60, 63, 64, 65, 74, 75, 78, 96, 97, 98, 99, 100, 101, 103, 108, 116, 119, 120, 123, 124, 130, 146, 150, 159, 167, 169, 170, 173, 176, 177, 178, 179, 183, 184, 185, 186, 203 and 207;

     (b)    Defendants object to the following exhibits on the grounds of relevance: PX Nos. 1, 2, 3, 5, 7, 9, 10, 11, 12, 13, 15, 16, 17 and 18;

     (c)    Defendants' objections to PX Nos. 264, 265, 266, 267, 268, 269 and 270 that are set forth in the motions they have filed are not affected by this stipulation; and

     (d)    Defendants object to PX No. 272 as prohibited by the terms of the stipulation regarding experts that had previously been entered into between the parties (and so ordered by the Court).

3.    All of defendants' exhibits (attached as Exhibit C) are deemed admitted into evidence, except as follows:

     (a)    Plaintiff objects to the following exhibits on the grounds of hearsay: DX Nos. 2, 3, 4, 12, 16, 31, 39, 40, 50, 54, 55, 99, 107 and 110.

4.    All objections to deposition designations and counter-designations are withdrawn, and the designated portions are in evidence.

May 27, 2008

SCHULTE ROTH & ZABEL LLP

By: _____
Howard O. Godnick
Michael E. Swartz

919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) LTD, The Children's Investment Master Fund, Christopher Hohn and Snehal Amin*


CRAVATH, SWAINE & MOORE LLP

By: _____
Rory O. Millson
Francis P. Barron
David R. Marriott

825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for CSX Corporation*


KIRKLAND & ELLIS LLP

By: _____
Peter Doyle

153 East 53rd Street
New York, New York 10022
(212) 446-4800

*Attorneys for 3G Capital Partners Ltd, 3G Capital Partners, LP, 3G Fund, LP and Alexandre Behring (a/k/a Alexandre Behring Costa)*


SO ORDERED:

5/30/08

_____
Lewis A. Kaplan
United States District Judge

3

**Exhibit A**
**Joint Exhibit List**

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. |
|---|---|---|---|---|---|
| 1 | SEC Filing | CSX 8K | 5/8/2007 | | |
| 2 | SEC Filing | CSX Form 10-Q | 10/23/2007 | | |
| 3 | SEC Filing | CSX Schedule 14A (CSX Preliminary Proxy) | 2/22/2008 | | |
| 4 | SEC Filing | CSX 10K | 2/22/2008 | | |
| 5 | SEC Filing | CSX Schedule 14A (CSX Definitive Proxy) | 4/25/2008 | | |
| 6 | SEC Filing | CSX 8K (without exhibits) | 2/14/2007 | | Richardson 2 |
| 7 | SEC Filing | TCI/3G Schedule 14A | 12/19/2007 | TCI0947946-TCI0947986 | Fitzsimmons 14, Kelly 10 |
| 8 | SEC Filing | TCI/3G Schedule 13D | 12/19/2007 | | Moura 12 |
| 9 | SEC Filing | TCI/3G Schedule 13D/A | 1/21/2008 | | |
| 10 | SEC Filing | TCI/3G Schedule 13D/A | 1/25/2008 | | |
| 11 | SEC Filing | TCI/3G Schedule 14A | 2/7/2008 | | |
| 12 | SEC Filing | TCI Schedule 14A | 3/10/2008 | | Behring 2, Moura 11 |
| 13 | SEC Filing | TCI/3G Schedule 14A | 3/17/2008 | | |
| 14 | SEC Filing | TCI/3G Schedule 13D/A | 3/18/2008 | | |
| 15 | SEC Filing | TCI/3G Schedule 14A | 4/4/2008 | | |
| 16 | SEC Filing | TCI/3G Schedule 13D/A | 4/7/2008 | | |
| 17 | SEC Filing | TCI/3G Schedule 14A | 4/15/2008 | | |
| 18 | SEC Filing | TCI/3G Schedule 14A | 4/25/2008 | | |
| 19 | SEC Filing | TCI/3G Schedule 14A | 4/28/2008 | | |
| 20 | SEC Filing | TCI/3G Schedule 14A | 4/30/2008 | | Hohn 10 |
| 21 | SEC Filing | TCI/3G Schedule 14A | 5/5/2008 | | |
| 22 | SEC Filing | TCI/3G Schedule 14A | 5/6/2008 | | |
| 23 | CSX Policy | CSX Corporate Governance Guidelines | | CSX_00002756-CSX_00002761 | |
| 24 | CSX Policy | CSX 2007-2009 Long Term Incentive Plan | | CSX_00053461-CSX_00053467 | |
| 25 | CSX Policy | CSX 2006 Insider Trading Policy | | CSX_00053430-CSX_00053434 | |
| 26 | CSX Policy | CSX Code of Ethics | | CSX_00002839-CSX_00002853 | |
| 27 | CSX Policy | CSX 2007 Insider Trading Policy | | CSX_00002777-CSX_00002781 | |
| 28 | CSX Policy | Amended and Restated CSX Stock Plan for Directors | | | |
| 29 | CSX Policy | CSX Omnibus Incentive Plan | 12/12/2007 | CSX_00053446-CSX_00053460 | |
| 30 | CSX Policy | CSX Bylaws | 2/4/2008 | | |

**Exhibit B**
**Exhibit List of CSX and Michael Ward**

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 1 | Board Minutes | Minutes of CSX Governance Committee | 12/12/2006 | CSX CORP 00007845-CSX CORP 00007855 | | Hearsay; Relevance |
| 2 | Board Minutes | Minutes of CSX Board Meeting | 02/14/2007 | CSX CORP 00007811-CSX CORP 00007827 | | Hearsay; Relevance |
| 3 | Board Minutes | Minutes of CSX Board Meeting | 04/01/2007 | CSX CORP 00007828-CSX CORP 00007831 | | Hearsay; Relevance |
| 4 | Board Minutes | Minutes of CSX Board Meeting | 04/03/2007 | CSX_0045776-CSX_00045780 | Kelly 4, Munoz 7, Richardson 4 | Hearsay |
| 5 | Board Minutes | Minutes of CSX Finance Committee | 04/13/2007 | CSX_0042034-CSX_0042037 | Bryson 13 | Hearsay; Relevance |
| 6 | Board Minutes | Minutes of CSX Board Meeting | 04/16/2007 | CSX_0045781-CSX_00045786 | Kelly 8, Richardson 8 | Hearsay |
| 7 | Board Minutes | CSX Compensation Committee Minutes | 05/01/2007 | CSX CORP 00007432-CSX CORP 00007436 | | Hearsay; Relevance |
| 8 | Board Minutes | Minutes of CSX Board Meeting | 05/01/2007 | CSX_00041996-CSX_00042006 | Fitzsimmons 8, Kelly 1, Munoz 25, Richardson 8 | Hearsay |
| 9 | Board Minutes | Minutes of CSX Board Meeting | 05/07/2007 | CSX CORP 00007484-CSX CORP00007487 | | Hearsay; Relevance |
| 10 | Board Minutes | Minutes of CSX Board Meeting | 07/11/2007 | CSX_0042007-CSX_0042018 | | Hearsay; Relevance |
| 11 | Board Minutes | Minutes of CSX Board Meeting | 09/12/2007 | CSX_00042019-CSX_0042033 | | Hearsay; Relevance |
| 12 | Board Minutes | Minutes of CSX Board Meeting | 11/15/2007 | CSX_00045825-CSX_00045829 | Munoz 16 | Hearsay; Relevance |
| 13 | Board Minutes | Minutes of CSX Governance Committee | 12/11/2007 | CSX_00077268-CSX_00077291 | | Hearsay; Relevance |
| 14 | Board Minutes | Minutes of CSX Board Meeting | 12/12/2007 | CSX_0045830-CSX_00045863 | | Hearsay; Relevance |
| 15 | Board Minutes | Minutes of CSX Board Meeting | 01/16/2008 | CSX CORP 00008171-CSX CORP 00008174 | Kelly 13 | Hearsay; Relevance |
| 16 | Board Minutes | Minutes of CSX Board Meeting | 02/04/2008 | CSX CORP 00008175-CSX CORP 00008179 | | Hearsay; Relevance |
| 17 | Board Minutes | Minutes of CSX Board Meeting | 02/13/2008 | CSX CORP 00008180-CSX CORP 00008202 | Miller 13 | Hearsay; Relevance |
| 18 | Board Minutes | Minutes of CSX Board Meeting | 03/14/2008 | CSX CORP000008203-CSX CORP000008209 | | Hearsay; Relevance |
| 19 | Board Minutes | TCI Board Meeting Minutes | 07.19.2007 | TCI00113384-TCI00113388 | Amin 2 | Hearsay; Relevance |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 20 | Email | Email to A. Jones from R. Sunak re: CSX Quick LBO Model Sent to AJ.xls | 12/08/2006 | TCI0159799-TCI0159802 | Amin 9; Sunak 8 | |
| 21 | Email | Email to C. Hohn from S. Amin re: Mittal and Union Pacific | 12/18/2006 | TCI0170440-TCI0170440 | Amin 10 | |
| 22 | Email | Email to S. Amin from R. Sunak re: CSX Swap Positions | 12/18/2006 | TCI0170905-TCI0170905 | Amin 23 | |
| 23 | Email | Email to C. Hohn from P. Degorce re: Fund leverage | 12/22/2006 | TCI0002892-TCI0002893 | | |
| 24 | Email | Email to D. Tran from C. Hohn | 12/24/2006 | TCI0003053-TCI0003054 | Hohn 8 | |
| 25 | Email | Email to C. Hohn from P. Degorce re: Gerry's altria model | 12/24/2006 | TCI0002980-TCI0002905 | | |
| 26 | Email | Email to S. Powers from C. Hohn re: Best Ideas and Swiss Market Outlook 2007 (Vontobel) | 12/24/2006 | TCI0002996-TCI 0002997 | | |
| 27 | Email | Email to T. Keough from C. Hohn re: Friday's CSX Swap Execution | 12/25/2006 | TCI0175685-TCI0175685 | | |
| 28 | Email | Email to S. Amin et al. from C. Hohn re: Disclosure Requirements | 12/27/2006 | TCI0176368-TCI0176368 | Hohn 6, Sunak 11 | |
| 29 | Email | Email to C. Hohn from R. Ottley et al. re: Broker Requirements | 12/27/2006 | TCI0291163-TCI0291165 | | |
| 30 | Email | Email to R. Ottley et al. from C. Hohn re: CSX Swaps | 12/27/2006 | TCI0291166-TCI0291169 | | |
| 31 | Email | Email from S. Amin to R. Sunak re: Takeover Defense Profile | 12/29/2006 | TCI0957195-TCI0957200 | Amin 11 | |
| 32 | | [Deleted] | | | | |
| 33 | Email | Email to S. Amin from N. Walsh re: CSX | 01/12/2007 | TCI0003882-TCI0003883 | | |
| 34 | Email | Email to R. Sunak from S. Amin re: CSX | 01/12/2007 | TCI0003887-TCI0003889 | | |
| 35 | | [Deleted] | | | | |
| 36 | Email | Email to J. McCall from C. Hohn re: Hunter Harrison | 04/09/2007 | TCI0397175-TCI0397175 | | |
| 37 | Presentation | CSX Presentation prepared for N. Walsh | 01/22/2007 | TCI0153568-TCI0153577 | Munoz 3 | |
| 38 | Email | Email to E. Gross and M. Elchom from P. Donahue re: CSX Swaps | 01/26/2007 | MS-TCI_000496-MS-TCI_000496 | | Hearsay |

2

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 39 | Email | Email to D. Baggs et al. from N. Walsh re: TCI | 02/01/2007 | CSX_00006435-CSX_00006435 | Munoz 4 | |
| 40 | Email | Email to S. Amin from J. Ho re: Today's Trading | 02/01/2007 | TCI0024086-TCI0024089 | | |
| 41 | Email | Email to D. Das from A. Behring re: CSX Board Election | 02/08/2007 | 3GC00006814-3GC00006814 | Behring 6, Schwartz 2 | |
| 42 | Email | Email to C. Hohn from S. Amin re: Arcelor Brasil MTO - urgent | 02/13/2007 | TCI0338565-TCI0338565 | Amin 16, Behring 12, Hohn 4 | |
| 43 | Presentation | CSX Discussion Materials | 02/14/2007 | CSX_00041506-CSX_00041539 | | |
| 44 | Email | Email to R. Sunak from S. Amin re: Volume Response | 02/19/2007 | TCI0024377-TCI0024385 | Amin 26 | |
| 45 | Email | Email to C. Hohn from M. Gaonkar re: CSX | 02/19/2007 | TCI0024365-TCI0024367 | | |
| 46 | Email | Email to S. Amin from V. Bodas re: CSX | 02/20/2007 | TCI0345190-TCI0345192 | Amin 15, Hohn 1 | |
| 47 | Email | Email to C. Hohn et al. from P. Degorce re: Investment Strategizing | 02/24/2007 | TCI0350650-TCI0350652 | Amin 27 | |
| 48 | Email | Email to C. Hohn from V. Bodas re: TCI Stake in CSX | 02/24/2007 | TCI0255599-TCI0255561 | Hohn 2 | |
| 49 | Email | Email to S. Amin et al. from S. Amin re: rails | 02/25/2007 | TCI0025730-TCI0025733 | Amin 28, Sunak 13 | Hearsay |
| 50 | | [Deleted] | | | | |
| 51 | Email | Email to N. Walsh et al. from P. Donahue re: Swap Agreement | 03/01/2007 | MS-TCI_000503-MS-TCI_000503 | | Hearsay |
| 52 | Email | Email to D. Baggs from S. Amin re: questions | 03/01/2007 | TCI0027055-TCI0027055 | | |
| 53 | Email | Email to V. Bodas from C. Hohn re: Buy CSX | 03/02/2007 | TCI0356128-TCI0356130 | Hohn 3 | |
| 54 | Email | Email to ek@jpcap.com from C. Hohn re: Contacts with Other Funds | 03/02/2007 | TCI0028286-TCI0028286 | | |
| 55 | Letter | Letter to M. Ward from S. Amin re: Hart-Scott-Rodino Notification | 03/02/2007 | CSX CORP 00007142-CSX CORP 00007142 | | |
| 56 | Email | Email to S. Amin from C. Hohn re: Skadden arps | 03/04/2007 | TCI0028323-TCI0028323 | | |
| 57 | Email | Email to A. Crawford-Brunt from S. Amin re: Call | 03/05/2007 | TCI0028523-TCI0028525 | Sunak 5 | |
| 58 | Email | Email to ek@jpcap.com from S. Amin re: CSX | 03/05/2007 | TCI0028526-TCI0028526 | | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 59 | Email | Email to R. Sunak from B. Lonergan re: Project Lionel; Final Presentation | 03/06/2007 | TCI0028788-TCI0028826 | | Hearsay |
| 60 | Email | Email to S. Amin from E. Krishnan re: CSX | 03/08/2007 | TCI0029355-TCI0029355 | | |
| 61 | Letter | TCI Letter to M. Ward et al. from S. Amin re: Requesting Meeting With CSX | 03/08/2007 | CSX CORP 00007143-CSX CORP 00007144 | | |
| 62 | Letter | Letter to S. Amin from O. Munoz re: CSX | 03/12/2007 | CSX_00004277-CSX_00004277 | Munoz 6 | |
| 63 | Email | Email to R. Alleyn from C. Babbout re: 3G Capital-CSX trades | 03/14/2007 | 3GC00006398-3GC00006398 | Behring 3 | Hearsay |
| 64 | Email | Email to R. Sunak from B. Goldberg re: DB Next Week | 03/18/2007 | TCI0874677-TCI0874682 | Amin 6 | Hearsay |
| 65 | Presentation | TCI Discussion Materials Presentation | 03/21/2007 | TCI0962468-TCI0962527 | Amin 7 | Hearsay |
| 66 | Miscellaneous | Calendar Entry re: TCI Meeting | 03/29/2007 | TCI0962541-TCI0962541 | Amin 10, Behring 10, Sunak 14 | |
| 67 | Email | Email to D. Schwartz from A. Behring re: Very important to figure out how the 5% rule applies, etc. | 04/02/2007 | 3GC00006633-3GC00006633 | Behring 20 | |
| 68 | Email | Email to C. Babbout from A. Behring re: CSX cds | 04/03/2007 | 3GC00006396-3GC00006397 | Behring 19 | |
| 69 | Email | Email to C. Babbout from D. Schwartz re: shrs | 04/03/2007 | 3GC00006727-3GC00006727 | | |
| 70 | Email | Email to K. Graham et al. from S. Amin re: Another CSX derailment this morning | 04/04/2007 | TCI0393668-TCI0393669 | | |
| 71 | Email | Email to N. Bryson et al. from G. Ha re: Bann Conclusions Presentation | 04/05/2007 | EVR00277-EVR00296 | Ha 6 | |
| 72 | Email | Email to G. Ha from S. Amin Re: CSX | 04/05/2007 | EVR04135-EVR04137 | | |
| 73 | Email | Email to S. Amin from S. Amin Re: CSX.xls | 04/05/2007 | TCI00587790-TCI00587823 | | |
| 74 | Notes | Notes of 4/7/07 Call with TCI Re: Pricing Power | 04/07/2007 | EVR02552-EVR02555 | | Hearsay |
| 75 | Email | Email to C. Hohn from J. McCall re: Hunter Harrison | 04/09/2007 | TCI0397192-TCI0397193 | | Hearsay |

4

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 76 | Email | Email to O. Munoz et al. from N. Bryson re: Typed Notes | 04/10/2007 | EVR00077-EVR00081 | Ha 7 | |
| 77 | Email | Email to Ha@evercore.com from R. Sunak | 04/12/2007 | TCI0874854-TCI0874861 | Amin 21 | |
| 78 | Email | Email to G. Ha from N. Bryson re: Notes from Q&A session | 04/13/2007 | EVR00057-EVR00057 | | Hearsay |
| 79 | Presentation | CSX Corporation Discussion Materials | 04/13/2007 | EVR00467-EVR00500 | Ha 9 | |
| 80 | Presentation | CSX Discussion Materials | 04/13/2007 | CSX_00021817-CSX_00021850 | Kelly 7 | |
| 81 | Presentation | CSX Board of Directors Update | 04/16/2007 | CSX_00042118-CSX_00042152 | Richardson 5 | |
| 82 | Email | Email to C. Balhour from A. Behring re: Important to update tomorrow, etc. | 04/17/2007 | 3GC00006750-3GC00006750 | Behring 9 | |
| 83 | Email | Email to C. Hohn from S. Amin re: question for YOU | 04/18/2007 | TCI0254261-TCI0254263 | | |
| 84 | Email | Email to S. Amin from R. Sunak re: Working with Other Funds | 04/24/2007 | TCI0033599-TCI0033599 | Sunak 15 | |
| 85 | Email | Email to R. Sunak from S. Amin re: Letter to CSX Board | 04/24/2007 | TCI0033844-TCI0033847 | Sunak 4 | |
| 86 | Email | Email to R. Sunak from C. Hohn | 04/24/2007 | TCI0033598-TCI0033598 | | |
| 87A | Email | Email to R. Moodgal from C. Hohn re: Monthly TCI Update | 04/29/2007 | TCI0418758-TCI0418759 | Amin 30 | |
| 88 | Presentation | CSX Board of Directors Meeting Materials | 05/01/2007 | CSX_0042163-CSX_0042184 | Richardson 7 | |
| 89 | Presentation | Compensation Market Review and New Long Term Incentive Plan | 05/01/2007 | CSX_00084434-CSX_00084452 | | |
| 90 | Presentation | 3GC Capital January-April 07 Review | May-07 | 3GC00014051-3GC00014097 | Moura 5 | |
| 91 | Presentation | CSX Board of Directors Meeting | 05/02/2007 | CSX_00035131-CSX_00035151 | | |
| 92 | Miscellaneous | Rating Agency Meeting Notes | 05/04/2007 | CSX CORP 00007569-CSX CORP 00007570 | Munoz 26 | |
| 93 | Email | Email to richard@rsharp.co.uk from S. Amin re: URGENT | 05/06/2007 | TCI0957765-TCI0957772 | | |
| 94 | Email | Email to D. Schwartz from C. Balhour re: are you selling your mot? | 05/08/2007 | 3GC00006331-3GC00006331 | | |
| 95 | Miscellaneous | Calendar entry re: Snehal Amin Speaks at Bear Stearns Conference | 05/08/2007 | 3GC00012471-3GC00012471 | Behring 13 | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|-----|-----------|---------------|------|-------------|----------|------------|
| 96 | Presentation | Snehal Amin's Bear Stearns Speech | 05/08/2007 | CSX_00000380-CSX_00000397 | | Hearsay |
| 97 | Press Release | CSX Announces Actions to Enhance Shareholder Value Based on Higher Expectations for its Businesses | 05/08/2007 | CSX_00053058-CSX_00053059 | Goldman 12 | Hearsay |
| 98 | Email | Email to C. Hohn from S. Amin re: TCI Holds Stakes in Three U.S. Railroads, Partner Says (Upd | 05/09/2007 | TCI0431873-TCI0431876 | | Hearsay |
| 99 | Email | Email to A. Behring and S. Amin from C. Hohn re: CSX | 01/16/2008 | TCI0742256-TCI0742256 | | Hearsay |
| 100 | Email | Email to R. Sunak from S. Amin re: CSX Follow-up | 05/15/2007 | TCI0437441-TCI0437462 | Amin 8 | Hearsay |
| 101 | Email | Email to E. Fitzsimmons from D. Baggs re: Shareholder Proposals | 05/22/2007 | CSX_00024001-CSX_00024001 | | Hearsay |
| 102 | Email | Email to D. Baggs from S. Amin re: CSX Accountability and Rationale | 06/04/2007 | CSX CORP 00007160-CSX CORP 00007160 | | |
| 103 | Email | Email to N. Bryson et al. from E. Mestre re: TCI Communication | 06/05/2007 | EVR00099-EVR00101 | Ha 25 | Hearsay |
| 104 | Presentation | Project Blue Ridge Discussion Materials | 06/20/2007 | CSX_00041455-CSX_00041489 | Ward 13 | |
| 105 | Letter | Letter to O. Munoz from A. Behring re: Acquisition of Common Stock (Notice of 3G HSR Filing) | 06/20/2007 | CSX_00011725-CSX_00011727 | | |
| 106A | Email | Email to S. Capstick from S. Beckman re: DB-Rates | 06/14/2007 | TCI0472696-TCI0472699 | | |
| 107 | Presentation | TCI 3rd Annual Investor Conference | 06/19/2007 | TCI0262542-TCI0262571 | Behring 14 | |
| 108 | Letter | Letter to O. Munoz from Evercore Team re: Meeting with TCI | 06/20/2007 | CSX_00001475-CSX_00001475 | | Hearsay |
| 109 | Email | Email to G. Ha et al. from F. Pernabos re: TCI Meeting | 06/21/2007 | EVR00102-EVR00103 | Bryson 9 | |
| 110 | Email | Email to C. Hohn from R. Moolgal re: Q2 Letter | 07/07/2007 | TCI0209472-TCI0209472 | | |
| 111 | Email | Email to G. Ha et al. from E. Mestre re: TCI | 07/17/2007 | EVR00152-EVR00153 | Ha 28 | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 112 | Email | Email to O. Munoz from E. Mestre re: TCI | 07/18/2007 | EVR00151-EVR00151 | | |
| 113 | Email | Email to W. Greene et al. from R. Sunak | 07/25/2007 | TCI0010352-TCI0010354 | | |
| 114 | Email | Email to S. Amin from C. Hohn re: Lawyer for CSX | 07/26/2007 | TCI0234553-TCI0234553 | | |
| 115 | Email | Email to A. Hatch from S. Amin re: dinner with A. Crown | 07/24/2007 | TCI0009931-TCI0009932 | | |
| 116 | Miscellaneous | TCI Initial Meeting Agenda | 08/02/2007 | TCI0154476-TCI0154477 | | Hearsay |
| 117 | Letter | Letter to P.C. Harkins from M.E. Goodall re: Preliminary Assessment | 08/06/2007 | TCI0890041-TCI0890048 | | |
| 118 | Letter | Letter to S. Amin and R. Sunak from P.C. Harkins et al. re: Response to Email Inquiries | 08/07/2007 | TCI0890032-TCI0890037 | | |
| 119 | Email | Email to J. Hawks from S. Amin re: Alternative Structure | 08/08/2007 | TCI0932176-TCI0932180 | | Hearsay |
| 120 | Email | Email to O. Munoz from G. Ha re: TCI | 08/20/2007 | EVR00232-EVR00232 | | Hearsay |
| 121 | Email | Email to O. Munoz from C. Hohn re: Rail Regulation Bill | 08/23/2007 | CSX CORP 00007174-CSX CORP 00007175 | | |
| 122 | Email | Email to A. Behring et al. from D. Schwartz re: main points from CSX Investor Day | 09/06/2007 | 3GC0000624-3GC00006245 | Schwartz 9 | |
| 123 | Email | Email to E. Mestre from G. Ha re: UBS Railroads Weekly: Oink | 09/06/2007 | EVR00195-EVR00225 | | Hearsay |
| 124 | Email | Email to E. Fitzsimmons et al from O. Munoz re: TCI Conversation Notes | 09/07/2007 | CSX_0011503-CSX_00011505 | Munoz 12 | Hearsay |
| 125 | Email | Email to C. Hohn from P. Degrce re: CSX | 09/09/2007 | TCI0015876-TCI0015876 | | |
| 126 | Email | Email to C. Hohn from S. Amin re: rails | 09/12/2007 | TCI0017049-TCI0017051 | Amin 29 | |
| 127 | Letter | TCI Letter to Investors re: The Children's Investment Master Fund | 09/13/2007 | 3GC00012232-3GC00012247 | Moura 3 | |
| 128 | Email | Email to P. Harkins from S. Amin re: D. F. King | 09/20/2007 | TCI0934909-TCI0934910 | | |
| 129 | Email | Email to R. Bom from B. Piquet re: Revised Children's Investment Fund documentation | 09/25/2007 | 3GC00012146-3GC00012149 | | |

7

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 130 | Email | Email to N. Goldman et al. from A. Miller re: Voting Patterns | 09/26/2007 | INNIS3-000002494-INNIS3-000002495 | Miller 9 | Hearsay |
| 131A | Miscellaneous | TCI Master Fund Q3 2007 Report | October, 2007 | TCI0565764-TCI0565773 | | |
| 132 | Presentation | 3G Capital 3Q07 Review | October, 2007 | 3GC00014152; 3GC00014187-3GC00014190 | Schwartz 5 | |
| 133 | Email | Email to R. Sunak from R. Sunak re: TCI Stake in CSX | 10/04/2007 | TCI0081104-TCI0081104 | Sunak 3 | |
| 134 | Email | Email to P. Harkins from S. Amin re: D.F. King | 10/05/2007 | TCI0955604-TCI0955608 | Harkins 2 | |
| 135 | Email | Email to S. Amin from C. Hohn re: D.F. King | 10/07/2007 | TCI0955614-TCI0955619 | Harkins 3 | |
| 136 | Email | Email to R. Sunak from R. Sunak re: FW: meeting | 10/04/2007 | TCI0079687-TCI0079687 | | |
| 137 | Email | Email to C. Hohn et al. from S. Amin re: Confidential Transportation Proposal 9-11-07 | 10/07/2007 | TCI0512732-TCI0512756 | | |
| 138 | Email | Email to C. Hohn from S. Amin re: Urgent | 10/07/2007 | TCI0878855-TCI0878857 | | |
| 139 | Email | Email to tto45@hotmail.com from S. Amin re: T. O'Toole and Process | 10/08/2007 | TCI0955131-TCI0955131 | | |
| 140 | Letter | Letter to CSX Board of Directors from C. Hohn and S. Amin re: Attempted Communication with CSX | 10/16/2007 | CSX CORP 00007180-CSX CORP00007193 | | |
| 141 | Letter | Letter to CSX Board of Directors from S. Amin re: CSX Statements | 10/22/2007 | CSX_00007206-CSX_00007207 | | |
| 142 | Miscellaneous | CSX Confidential Operating Plan entitled "Project Improve" | 10/22/2007 | LAM 0000003-LAM 0000013 | Behring 17; Moura 7; Lamphere 4; Schwartz 7 | |
| 143 | Email | Email to L. Moura from D. Schwartz re: CSX hedge | 10/24/2007 | 3GC00007627-3GC00007627 | | |
| 144 | Miscellaneous | Project Chester Working Group List | 11/01/2007 | LAM0000289-LAM0000290 | Lamphere 2 | |
| 145 | Email | Email to G. Lamphere from N. Gelliher re: 3G/Project Chester | 11/02/2007 | LAM000178-LAM000178 | Lamphere 1 | |

8

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|-----|-----------|---------------|------|-------------|----------|------------|
| 146 | Email | Email to R. Sunak from S. Okeefe re: Aggressive Case Scenario NS Performance Level | 11/06/2007 | TCI0582333-TCI0582334 | | Hearsay |
| 147 | Email | Email to J. McPherson from S. Amin re: CSX- the case for change: Ppt | 11/16/2007 | TCI0602839-TCI0602842 | | |
| 148 | Email | Email to J. O'Flynn from C. Hohn re: cash | 11/18/2007 | TCI0945770-TCI0945771 | | |
| 149 | Email | Email to N. Bryson from G. Ha re: FW: Chris Hohn | 12/19/2007 | EVR00166-EVR00166 | Ha 17 | |
| 150 | Email | Email to O. Munoz from G. Ha re: Chris Hohn | 12/19/2007 | CSX_00000703-CSX_00000703 | Munoz 15 | Hearsay |
| 151 | | [Deleted] | | | | |
| 152 | Miscellaneous | Operating Plan/Model: Project Improve | 12/20/2007 | TCI0961756-TCI0961767 | Amin 31; Schwartz 8 | |
| 153 | Email | Email to A. Behring et al. from M. Bianchini re: Working Group List | 12/21/2007 | LAM 00000249-LAM 0000264 | Lamphere 3 | |
| 154 | Email | Email to S. Amin from C. Hohn re: Meeting with Ned Kelly of Carlyle, lead director of csx | 12/22/2007 | TCI0674511-TCI0674511 | | |
| 155 | Email | Email to D. Schwartz from L. Moura re: CSX Development | 12/23/2007 | 3GC00007935-3GC00007936 | Moura 14 | |
| 156 | Miscellaneous | D.F. King: "Short-Slate Voting Dynamics" | 01/02/2008 | TCI0891594-TCI0891602 | Harkins 7 | |
| 157 | Email | Email to E. Kelly from C. Hohn re: Gary Wilson | 01/08/2008 | TCI0874539-TCI0874540 | | |
| 158 | Email | Email to E. Kelly from C. Hohn re: Other Directors for you to consider | 01/08/2008 | TCI0874541-TCI0874542 | | |
| 159 | Letter | TCI Letter to E. Fitzsimmons from C. Hohn re: Official Notice | 01/08/2008 | | Fitzsimmons 3? | Hearsay |
| 160 | Presentation | D.F. King Preliminary Vote Outlook Presentation | 01/08/2008 | TCI0891556-TCI0891593 | Hohn 5; Harkins 4 | |
| 161 | Email | Email to G. Wilson from C. Hohn re: Gary Wilson | 01/09/2008 | TCI0874906-TCI0874909 | | |
| 162 | Email | Email to C. Hohn from E. Kelly re: Other Directors for you to consider | 01/09/2008 | TCI0880833-TCI0880835 | | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|-----|-----------|---------------|------|-------------|----------|------------|
| 163 | Email | Email to E. Kelly from C. Hohn re: Any progress on John Wilder checks? | 01/12/2008 | TCI0874572-TCI0874573 | | |
| 164 | Email | Email to S. Amin from C. Hohn re: Any progress on John Wilder checks? | 01/14/2008 | TCI0880853-TCI0880854 | | |
| 165 | Email | Email to E. Kelly from C. Hohn re: Your proposal | 01/14/2008 | TCI0874575-TCI0874576 | | |
| 166 | Letter | Letter to M. Weingarten from E. Fitzsimmons Responding to TCI's Notice | 01/15/2007 | CSX_00011825-CSX_00011825 | Goldman 9; Fitzsimmons 4 | |
| 167 | Email | Email to G. Sard et al. from S. Amin re: CSX | 01/16/2008 | TCI0959372-TCI0959373 | | Hearsay |
| 168 | Letter | Letter to E. Fitzsimmons from M. Weingarten Replying to CSX Letter | 01/16/2008 | CSX_00011790-CSX_00011804 | Fitzsimmons 5 | |
| 169 | Email | Email to A. Behring et al. from C. Hohn | 01/18/2008 | TCI0873120-TCI0873120 | | Hearsay |
| 170 | Email | Email to M. Austin from G. Nathan re: As Information | 01/18/2008 | CSX_00008018-CSX_00008021 | | Hearsay |
| 171 | Email | Email to V. Fleischmann from N. Damon re: Unanimous Written Consent | 01/30/2008 | CSX_00094758-CSX_00094770 | Fitzsimmons 15 | |
| 172 | Miscellaneous | CSX Unanimous Written Consents | 02/04/2008 | CSX CORP 00008210-CSX CORP 00008223 | | |
| 173 | Email | Email to N. Damon from N. Goldman re: FW: NK Jan 16 Message to C. Hohn | 02/06/2008 | CSX_00008414-CSX_00008415 | | Hearsay |
| 174 | Email | Email to B. Piquet from J. Karis re: 3G Capital: Margin | 02/08/2008 | 3GC00012120-3GC00012121 | | |
| 175 | Email | Email to J. Karis from B. Piquet Re: CSX Proxy | 02/12/2008 | 3GC00005153-3GC00005155 | | |
| 176 | Letter | CSX Board Responds to TCI | 02/14/2008 | CSX_00003029-CSX_00003031 | | Hearsay |
| 177 | Email | Email to A. Stephenson from A. Miller re: CSX Settlement Information | 02/28/2008 | INNIS3-00002388-INNIS3-00002392 | | Hearsay |
| 178 | Email | Email to E. Fitzsimmons from A. Miller re: CSX Settlement Information. | 02/28/2008 | INNIS3-00002394-INNIS3-00002398 | | Hearsay |

10

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 179 | Email | Email to A. Miller et al. from L. Lefcourt re: CSX Compare--HOLY SHIT WHAT THE HELL WENT ON HERE SWAP-O-RAMA | 02/28/2008 | INNIS3-000001998-INNIS3-000002001 | | Hearsay |
| 180 | Email | Email to L. Moura et al. from B. Piquet re: CSX | 02/29/2008 | 3GC00007520-3GC00007521 | Moura 15 | |
| 181A | Email | Email to C. Hohn from P. Degorce re: Credit Markets are in awful shape | 03/02/2008 | TCI0837650-TCI0837657 | | |
| 182A | Email | Email to P. Degorce from C. Hohn re: Mkt and portfolio | 03/03/2008 | TCI0858749-TCI0858750 | | |
| 183 | Email | Email to S. Amin from P. Harkins re: Roadshow | 03/09/2008 | TCI0962609-TCI0962610 | | Hearsay |
| 184 | Publication | Washington Times Editorial entitled "Rewards for Railroads" | 03/11/2008 | CSX_00024257-CSX_00024258 | | Hearsay |
| 185 | Press Release | CSX Brings Action Against Hedge Funds TCI and 3G for Violating Federal Securities Laws | 03/17/2008 | CSX_00009579-CSX_00009581 | | Hearsay |
| 186 | Press Release | CSX Provides Earnings Guidance; Announces Share Repurchase Program and Dividend Increase | 03/17/2008 | CSX_00009576-CSX_00009578 | | Hearsay |
| 187 | Letter | Letter to M. Swartz from R.J. Nelson re: Citigroup Subpoena | 05/07/2008 | | | |
| 188 | Miscellaneous | TCI Broker Expenses Summary 2006-2008 | 05/07/2008 | | | |
| 189 | CSX Snapshots | Collection of CSX Shareholder Snapshots | | See Exhibit B.24 of Subrahmanyam Expert Report | | |
| 190 | Email | Email to S. Amin from A. Hatch re: TCI would like to speak to Al Crown. | | TCI0015874-TCI0015875 | | |
| 191 | Miscellaneous | Spreadsheet with December 2007 "Share Scenarios" Chart About Proxy Fight That Includes TCI Swap Info | | TCI0888184-TCI0888185 | Sunak 6 | |
| 192 | Miscellaneous | C. Hohn's Calendar October 2007 | | TCI0961858-TCI0961858 | | |
| 193 | Miscellaneous | A. Behring's Calendar August 2007-March 2008 | | 3GC00013894-3GC00013925 | Behring 15 | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 194 | Miscellaneous | G. Lamphere Calendar October 2007-March 2008 | | LAM00000236-1-LAM00000241 | | |
| 195 | Miscellaneous | 3G Swap Transactions | | 3GC00013926-3GC00013926 | | |
| 196 | Miscellaneous | TCI Swap and Stock Trading Information, October 2006 - February 2008 | | TCI0928579-TCI0928588 | Behring 5 | |
| 197 | Miscellaneous | TCI Swap and Stock Trading Information, October 2006 - April 2007 (attachment to 8/16/2007 email to S. Amin from P. Parmar) | | TCI0252277-TCI0252284 | | |
| 198 | Miscellaneous | TCI Stock and Swap Summary | | TCI0453324-TCI0453324 | | |
| 199 | Presentation | 3G Presentation on US Railroads | March, 2007 | TCI0153608-TCI0153700 | Amin 18, Behring 11, Moura 10 | |
| 200 | Presentation | 3G Review Presentation covering Jan - April 2007 | May, 2007 | 3GC00014051-3GC00014151 | Schwartz 3 | |
| 201 | Presentation | CSX Investment Case | | 3GC00009024-3GC00000040 | Behring 18, Moura 4 | |
| 202 | Presentation | 3G Capital 1H07 Review | July, 2007 | 3GC00014252-3GC00014358 | Schwartz 4 | |
| 203 | Presentation | Evercore and Morgan Stanley Presentation re: Functioning of Total Return Swaps for Equity Investments | June, 2007 | MS-TCI_000561-MS-TCI_000570 | | Hearsay |
| 204 | Presentation | 3G Capital: 4Q07 Review | February, 2007 | 3GC00013951-3GC00014050 | | |
| 205 | SEC Filing | CSX 10K | 02/22/2008 | 3GC00001353-3GC00001555 | | |
| 206 | Miscellaneous | List of all known swap and stock transactions | 05/03/2008 | | Amin 1 | |
| 207 | Email | Email from D. Baggs to S. Amin re: AGM vote | 05/14/2007 | CSX_00012176-CSX_00012177 | | Hearsay |
| 208 | SEC Filing | CSX 8K | 05/08/2007 | Reclassified as JX 1 | | |
| 209 | SEC Filing | CSX Form 10-Q | 10/23/2007 | Reclassified as JX 2 | | |
| 210 | SEC Filing | CSX Schedule 14A (CSX Preliminary Proxy) | 02/22/2008 | Reclassified as JX 3 | | |
| 211 | SEC Filing | CSX 10K | 02/22/2008 | Reclassified as JX 4 | | |
| 212 | SEC Filing | CSX Schedule 14A (CSX Definitive Proxy) | 04/25/2008 | Reclassified as JX 5 | | |
| 213 | SEC Filing | CSX 8K (without exhibits) | 02/14/2007 | Reclassified as JX 6 | Richardson 2 | |
| 214 | SEC Filing | TCI/3G Schedule 14A | 12/19/2007 | Reclassified as JX 7 | Fitzsimmons 14, Kelly 10 | |
| 215 | SEC Filing | TCI/3G Schedule 13D | 12/19/2007 | Reclassified as JX 8 | Moura 12 | |
| 216 | SEC Filing | TCI/3G Schedule 13D/A | 01/21/2008 | Reclassified as JX 9 | | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 217 | SEC Filing | TCI/3G Schedule 13D/A | 01/25/2008 | Reclassified as JX 10 | | |
| 218 | SEC Filing | TCI/3G Schedule 14A | 02/07/2008 | Reclassified as JX 11 | | |
| 219 | SEC Filing | TCI Schedule 14A | 03/10/2008 | Reclassified as JX 12 | Behring 2, Moura 11 | |
| 220 | SEC Filing | TCI/3G Schedule 13D/A | 03/17/2008 | Reclassified as JX 13 | | |
| 221 | SEC Filing | TCI/3G Schedule 13D/A | 03/18/2008 | Reclassified as JX 14 | | |
| 222 | SEC Filing | TCI/3G Schedule 14A | 04/04/2008 | Reclassified as JX 15 | | |
| 223 | SEC Filing | TCI/3G Schedule 13D/A | 04/07/2008 | Reclassified as JX 16 | | |
| 224 | SEC Filing | TCI/3G Schedule 14A | 04/15/2008 | Reclassified as JX 17 | | |
| 225 | SEC Filing | TCI/3G Schedule 14A | 04/25/2008 | Reclassified as JX 18 | | |
| 226 | SEC Filing | TCI/3G Schedule 14A | 04/28/2008 | Reclassified as JX 19 | | |
| 227 | SEC Filing | TCI/3G Schedule 14A | 04/30/2008 | Reclassified as JX 20 | Hohn 10 | |
| 228 | SEC Filing | TCI/3G Schedule 14A | 05/05/2008 | Reclassified as JX 21 | | |
| 229 | SEC Filing | TCI/3G Schedule 14A | 05/06/2008 | Reclassified as JX 22 | | |
| 230 | Swap Agreement | Agreements Between Citigroup and TCI | | See Exhibit B.1 of Subrahmanyam Expert Report | | |
| 231 | Swap Agreement | Agreements Between Credit Suisse and TCI | | See Exhibit B.2 of Subrahmanyam Expert Report | | |
| 232 | Swap Agreement | Agreements Between Deutsche Bank and TCI | | See Exhibit B.3 of Subrahmanyam Expert Report | | |
| 233 | Swap Agreement | Agreements Between Goldman Sachs and TCI | | See Exhibit B.4 of Subrahmanyam Expert Report | | |
| 234 | Swap Agreement | Agreements Between JPMorgan Chase and TCI | | See Exhibit B.5 of Subrahmanyam Expert Report | | |
| 235 | Swap Agreement | Agreements Between Merrill Lynch and TCI | | See Exhibit B.6 of Subrahmanyam Expert Report | | |
| 236 | Swap Agreement | Agreements Between Morgan Stanley and TCI | | See Exhibit B.7 of Subrahmanyam Expert Report | | |
| 237 | Swap Agreement | Agreements Between Morgan Stanley and 3G | | See Exhibit B.8 of Subrahmanyam Expert Report | | |
| 238 | Swap Agreement | Agreements Between UBS and TCI | | See Exhibit B.9 of Subrahmanyam Expert Report | | |
| 239A | Swap Confirmation | Collection of Swap Trading Records between Citigroup and TCI | | See Exhibit B.12 of Subrahmanyam Expert Report | | |
| 240A | Swap Confirmation | Collection of Swap Trading Records between Credit Suisse and TCI | | See Exhibit B.13 of Subrahmanyam Expert Report | | |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 241A | Swap Confirmation | Collection of Swap Trading Records between Deutsche Bank and TCI | | See Exhibit B.14 of Subrahmanyam Expert Report | | |
| 242A | Swap Confirmation | Collection of Swap Trading Records between Goldman Sachs and TCI | | See Exhibit B.15 of Subrahmanyam Expert Report | | |
| 243 | Swap Confirmation | Collection of Swap Trading Records between JPMorgan Chase and TCI | | See Exhibit B.16 of Subrahmanyam Expert Report | | |
| 244A | Swap Confirmation | Collection of Swap Trading Records between Merrill Lynch and TCI | | See Exhibit B.17 of Subrahmanyam Expert Report | | |
| 245A | Swap Confirmation | Collection of Swap Trading Records between Morgan Stanley and TCI | | See Exhibit B.18 of Subrahmanyam Expert Report | | |
| 246 | Swap Confirmation | Collection of Swap Trading Records between Morgan Stanley and 3G | | See Exhibit B.20 of Subrahmanyam Expert Report | | |
| 247A | Swap Confirmation | Collection of Swap Trading Records between UBS and TCI | | See Exhibit B.19 of Subrahmanyam Expert Report | | |
| 248 | Stock Confirmation | Collection of Stock Confirmations | | See Exhibit B.21 of Subrahmanyam Expert Report | | |
| 249A | Stock Confirmation | Collection of Counterparty Hedging Documents | | See Exhibit B.23 of Subrahmanyam Expert Report and Exhibit 1.1 of Subrahmanyam Rebuttal Expert Report | | |
| 250 | CSX Policy | CSX Corporate Governance Guidelines | | Reclassified as JX 23 | | |
| 251 | CSX Policy | CSX 2007-2009 Long Term Incentive Plan | | Reclassified as JX 24 | | |
| 252 | CSX Policy | CSX 2006 Insider Trading Policy | | Reclassified as JX 25 | | |
| 253 | CSX Policy | CSX Code of Ethics | | Reclassified as JX 26 | | |
| 254 | CSX Policy | CSX 2007 Insider Trading Policy | | Reclassified as JX 27 | | |
| 255 | CSX Policy | Amended and Restated CSX Stock Plan for Directors | 12/08/2004 | Reclassified as PX 261 | | |
| 256 | CSX Policy | CSX Omnibus Incentive Plan | 12/12/2007 | Reclassified as JX 29 | | |
| 257 | CSX Policy | CSX Bylaws | 02/04/2008 | Reclassified as JX 30 | | |
| 258 | SEC Filing | TCI/3G Schedule 14A | 05/09/2008 | | | |
| 259 | SEC Filing | TCI/3G Schedule 14A | 05/12/2008 | | | |

14

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|-----|-----------|---------------|------|-------------|----------|------------|
| 260 | SEC Filing | TCI/3G Schedule 14A | 05/12/2008 | | | |
| 261 | CSX Policy | Amended and Restated CSX Stock Plan for Directors | 12/08/2004 | CSX_00053438-CSX_00053445 | | |
| 262 | Email | Email to D. Baggs from R. Sunak re: Investor Presentation October 2006 | 10/17/2006 | TCI0956635-TCI0956649 | | |
| 263 | | [Deleted] | | | | |
| 264 | Witness Statement | Witness Statement of Michael J. Ward | | | | Objections are set forth in defendants' motions filed |
| 265 | Witness Statement | Witness Statement of William C. Richardson | | | | Objections are set forth in defendants' motions filed |
| 266 | Witness Statement | Witness Statement of Edward J. Kelly III | | | | Objections are set forth in defendants' motions filed |
| 267 | Witness Statement | Witness Statement of Oscar Munoz | | | | Objections are set forth in defendants' motions filed |
| 268 | Witness Statement | Witness Statement of David H. Baggs | | | | Objections are set forth in defendants' motions filed |
| 269 | Witness Statement | Witness Statement of Ellen M. Fitzsimmons | | | | Objections are set forth in defendants' motions filed |
| 270 | Witness Statement | Witness Statement of Alan Miller | | | | Objections are set forth in defendants' motions filed |
| 271 | Deposition Designations | Deposition Designations | | | | Objections are set forth in defendants' motions filed |

| No. | Doc. Type | Title/Subject | Date | Bates Range | Dep. Ex. | Objections |
|---|---|---|---|---|---|---|
| 272 | Miscellaneous | Schedule Analyzing Recently Produced Credit Suisse Hedging Documents (and Documents) | | Schedule Analyzing Recently Produced Credit Suisse Hedging Documents; CS 001319-CS 001415 | | Prohibited by the terms of the stipulation regarding experts previously entered into between the parties (and so ordered by the Court) |
| 273 | Email | Email to M. Ward from P. Ratchford re: D Draper | 7/31/2007 | CSX CORP 00008137-CSX CORP 00008138 | | |
| 274 | Miscellaneous | Chart of CDS | | 3GC00015054-3GC00015054 | | |
| 275 | Email | Email to G. Sard from S. Amin re: Lunch? | 1/15/08 | TCI0959364-TCI0959368 | | |

**Exhibit C**
**Defendants' Exhibit List With Plaintiff's Objections**

| DEF. EX NO | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 1 | 33GC 00000024 | 3GC 00000040 | | CSX Investment Case | |
| 2 | 3GC 00000363 3GC 00000404 3GC 00000336 3GC 00000388 3GC 00000331 3GC 00000339 3GC 00000356 3GC 00000393 3GC 00000409 3GC 00000411 3GC 00000294 3GC 00000299 3GC 00000304 3GC 00000309 3GC 00000289 3GC 00000258 | 3GC 00000367 3GC 00000407 3GC 00000338 3GC 00000392 3GC 00000335 3GC 00000340 3GC 00000358 3GC 00000394 3GC 00000410 3GC 00000415 3GC 00000298 3GC 00000303 3GC 00000308 3GC 00000313 3GC 00000293 3GC 00000262 | | Compilation of 3G Railroad Analysis post-February 9, 2007 | Hearsay |
| 3 | 3GC 00000612 | 3GC 00000616 | 2007-02-24 | Summary of 3G Rail Customer Analysis | Hearsay |
| 4 | 3GC 00000617 | 3GC 00000622 | 2007-02-24 | Appendix - 3G Call Transcripts | Hearsay |
| 5 | 3GC 00002930 | 3GC 00002931 | 2007-03 | CSX Investment Summary, March 2007 | |
| 6 | 3GC 00003187 | 3GC 00003279 | 2007-03 | US Railroads Investment Discussion | |
| 7 | 3GC 00003280 | 3GC 00003330 | 2007-03 | US Railroads Investment Discussion | |
| 8 | CSX 00000015 | CSX 00000041 | 2007-03-02 | HSR notification letter from Snehal Amin to Michael Ward | |

| DFF EX. NO | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 9 | CSX 00045776 | CSX 00045780 | 2007-03-03 | CSX Board minutes | |
| 10 | CSX 00011000 | CSX 00011001 | 2007-03-08 | Letter from Snehal Amin to Michael Ward, Oscar Munoz, and Ellen Fitzsimmons | |
| 11 | | CSX 00007287 | 2007-03-23 | Email from K.Sharpe to T.Rogan; cc: D.Baggs | |
| 12 | 3GC 00000488 | 3GC 00000488 | 2007-03-23 | Meeting Notes | Hearsay |
| 13 | 3GC 00005770 | 3GC 00005771 | 2007-04 | CSX Investment Summary, April 2007 | |
| 14 | 3GC 00003158 | 3GC 00003172 | 2007-04 | Potential CSX Productivity Improvement Opportunities | |
| 15 | 3GC 00006633 | 3GC 00006633 | 2007-04-02 | Email from C.Bahbout to A.Behring, D.Schwartz | |
| 16 | 3GC 00000504 | 3GC 00000508 | 2007-04-07 | Summary (Highlights/Conclusion from Each Meeting) | Hearsay |
| 17 | CSX 00045781 | CSX 00045786 | 2007-04-16 | CSX Minutes of Special Board Meeting | |
| 18 | 3GC 00006759 | 3GC 00006759 | 2007-04-17 | Email from A.Behring to C.Bahbout; cc: B.Piquet, D.Schwartz | |
| 19 | 3GC 00014051, 3GC 00014090 | 3GC 00014151, 3GC 00014095 | 2007-05 | 3G Capital, January - April 2007 Review | |
| 20 | -- | -- | 2007-05-01 | Historical Price Lookup | |
| 21 | CSX 00041996 | CSX 00042006 | 2007-05-01 | CSX Minutes of Board Meeting | |
| 22 | CSX 00035131 | CSX 00035140 | 2007-05-02 | CSX Presentation for Board of Directors Meeting | |
| 23 | 3GC 00005514 | 3GC 00005515 | 2007-05-04 | Email from B.Piquet to L.Moura, A.Behring | |
| 24 | | | 2007-05-07 | CSX May 7, 2008 8-K | |

3

| DEF EX NO | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 25 | -- | -- | 2007-05-08 | CSX May 8, 2007 8-K (attaching May 8 press release) | -- |
| 26 | REMOVED | | | | |
| 27 | REMOVED | | | | |
| 28 | CSX 0053058 | CSX 0053059 | 2007-05-08 | CSX Press Release | -- |
| 29 | -- | -- | 2007-05-08 | Historical Price Lookup | -- |
| 30 | CSX 00010891 | CSX 00010891 | 2007-05-25 | Morgan Stanley Letter | -- |
| 31 | 3GC 00000490 | 3GC 00000490 | 2007-05-30 | Meeting Notes | Hearsay |
| 32 | 3GC 0005659 | 3GC 0005660 | 2007-06-08 | Email from B.Piquet | -- |
| 33 | 3GC 00000239 | 3GC 00000257 | 2007-06-13 | Affidavit of Alexandre Behring | -- |
| 34 | CSX 00000079 | CSX 00000080 | 2007-06-14 | Kirkland & Ellis LLP Fax Transmittal, Letter from A.Behring to O.Munoz | -- |
| 35 | 3GC 00000485 | 3GC 00000487 | 2007-06-21 | Summary of Meeting in Jacksonville w/CEO, CFO, IR, Legal | -- |
| 36 | 3GC 00014252 3GC 00014297 | 3GC 00014252 3GC 00014302 | 2007-07 | 3G Capital 1H07 Review | -- |
| 37 | 3GC 00005022 | 3GC 00005023 | 2007-07-13 | Email from B.Piquet | -- |
| 38 | 3GC 00005586 | 3GC 00005587 | 2007-08-09 | Email from B.Piquet to A.Behring | -- |
| 39 | 3GC 00000465 | 3GC 00000465 | 2007-08-10 | Meeting Notes | Hearsay |
| 40 | 3GC 00000464 | 3GC 00000464 | 2007-08-13 | Summary of Lunch with A.Crown, Former COO of CSX | Hearsay |

4

| DEF. EX NO. | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 41 | CS 000001 | CS 000044 | 2007-09 | Credit Suisse Compliance Manual | |
| 42 | MS-CSX 000054 | MS-CSX 000061 | 2007-09-12 | Morgan Stanley ATS Series Confirmation | |
| 43 | 3GC 00005220 | 3GC 00005221 | 2007-09-12 | Email from B.Piquet to A. Behring | |
| 44 | 3GC 00014152 3GC 00014187 | 3GC 00014252 3GC 00014190 | 2007-10 | 3G Capital 3Q07 Review | |
| 45 | LAM 0000170 | LAM 0000170 | 2007-10-05 | Email from A.Behring to G. Lamphere | |
| 46 | 3GC 00005565 | 3GC 00005566 | 2007-10-09 | Email from B.Piquet to A.Behring | |
| 47 | TCI 0151825 | TCI 0151838 | 2007-10-16 | Letter from Chris Hohn and Snehal Amin to the CSX Board of Directors | |
| 48 | 3GC 00004493 | 3GC 00004494 | 2007-10-16 | Email from A.Behring | |
| 49 | TCI 0541923 | TCI 0541924 | 2007-10-17 | E-mail from Anthony Hatch to Snehal Amin and Rishi Sunak | |
| 50 | | | 2007-10-17 | Michael Ward's CNBC interview transcript. | Hearsay |
| 51 | TCI0943646 | TCI0943650 | 2007-10-18 | E-mail from Jared Levy to Snehal Amin and others. | |
| 52 | CSX 0001013 | CSX 0001014 | 2007-10-22 | Letter from Snehal Amin to CSX Board of Directors | |
| 53 | LAM 0000003 | LAM 0000013 | 2007-10-22 | Project Improve Template | |
| 54 | 3GC 00004591 | 3GC 00004592 | 2007-10-22 | Email from D.Schwartz to A.Behring | Hearsay |
| 55 | 3GC 00007326 | 3GC 00007327 | 2007-10-23 | Email from D.Schwartz to A.Behring, L.Moura, C.Balhout | Hearsay |
| 56 | 3GC 00012065 | 3GC 0012072 | 2007-11-06 | Morgan Stanley ATS Series Confirmation | Hearsay |

| DEF. EX. NO. | Beginning Bates Number | Bates Number End | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 57 | 3GC 00012057 | 3GC 00012064 | 2007-11-06 | Morgan Stanley ATS Series Confirmation | |
| 58 | 3GC 00004588 | 3GC 00004589 | 2007-11-09 | Email from B.Piquet to A.Behring | |
| 59 | CSX 00004488 | CSX 00004496 | 2007-11-16 | Letter from the CSX Board of Directors to Chris Hohn and Snehal Amin | |
| 60 | 3GC 00007419 | 3GC 00007419 | 2007-11-22 | Email from D.Schwartz to L.Moura, A. Behring | |
| 61 | TCI 0962243 | TCI 0962245 | 2007-12-10 | Letter from TCI to Tim O'Toole | |
| 62 | 3GC 00000047 | 3GC 00000049 | 2007-12-10 | Letter from 3G Fund L.P. to A.Behring | |
| 63 | 3GC 00004763 | 3GC 00004764 | 2007-12-10 | Email to B Piquet to A.Behring | |
| 64 | TCI 0962339 | TCI 0962342 | 2007-12-11 | Letter from TCI to Gary Wilson | |
| 65 | TCI 0661641 | TCI 0661645 | 2007-12-12 | TCI and 3G Group Agreement | |
| 66 | CSX 00045830 | CSX 00045863 | 2007-12-12 | CSX Board minutes | |
| 67 | CSX CORP 00007228 | CSX CORP 00007302 | 2007-12-14 | CSX letter to S.Amin, M.Weingarten, D. Rosewater | |
| 68 | CSX_00011825 | CSX_00011825 | 2007-12-15 | Letter from Ellen Fitzsimmons to Schulte Roth & Zabel acknowledging receipt of TCI's notice of intent. | |
| 69 | CSX_00011790 | CSX_00011804 | 2007-12-16 | Letter from Marc Weingarten to Ellen Fitzsimmons to acknowledge receipt of the January 15, 2007 letter. | |
| 70 | LAM 0000055 | LAM0000058 | 2007-12-18 | Form of Director Nominee Agreement | |
| 71 | -- | -- | 2007-12-19 | Schedule 13D filing of CSX | |

| DEF EX NO. | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 72 | -- | -- | 2008-01-08 | Letter from The Children's Investment Master Fund to E. Fitzsimmons | |
| 73 | 3GC 00004527 | 3GC 00004528 | 2008-01-14 | Email from B.Piquet to A.Behring | |
| 74 | CSX 00011790 | CSX 00011804 | 2008-01-16 | Letter from M.Weingarten to E.Fitzsimmons | |
| 75 | CSX 00008022 | | 2008-01-18 | Email from Kelly to Hohn | |
| 76 | CSX 00011773 | CSX 00011789 | 2008-01-22 | Schedule 13D/A filing of TCI and 3G | |
| 77 | 3GC 00004832 | 3GC 00004832 | 2008-01-23 | Email from A.Behring to D.Schwartz, L.Moura | |
| 78 | 3GC 00012657 | 3GC 00012657 | 2008-02-08 | Email from B.Piquet to J.Karis | |
| 79 | CSX_00001528 | CSX_00001530 | 2008-2-14 | CSX Board Responds to TCI's February 7, 2008. | |
| 80 | REMOVED | | | | |
| 81 | 3GC 00007520 | 3GC 00007521 | 2008-02-29 | Email from B.Piquet to L.Moura, A.Behring | |
| 82 | -- | -- | 2008-03-05 | Transcript of Ward Congressional Testimony | |
| 83 | TCI0839083 | TCI0839123 | 2008-3-05 | Snehal Amin's Congressional Testimony | |
| 84 | -- | -- | 2008-03-14 | Inquiry Letter | |
| 85 | CSX 00009590 | CSX 00009620 | 2008-03-17 | Complaint | |
| 86 | -- | -- | 2008-03-17 | CSX Form 8-K | |
| 87 | CSX CORP 00000184 | CSX CORP0000192 | 2008-03-17 | Letter from A.Caples to N.Panos | |
| 88 | G-000091 | G-000093 | 2008-03-20 | Goldman Sachs Compliance Manual | |

| DEF EX NO | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 89 | -- | | | Schedule 14A filing for TCI and 3G | |
| 90 | -- | -- | 2008-05-12 | Schedule 14A Preliminary Proxy Statement for TCI and 3G | |
| 91 | -- | -- | 2008-05-12 | Schedule 14A filing for TCI and 3G | |
| 92 | TCI 0155602 | -- | 2008-05-09 | Deutsche Bank Portfolio Swaps Standard Terms | |
| 93 | TCI 0155823 | TCI 0155841 | | Deutsche Bank Portfolio Swaps Standard Terms | |
| 94 | UBS 00292 | UBS 00299 | | UBS Compliance Manual | |
| 95 | TCI 0888184 | TCI 0888185 | | Chart of Share Scenarios | |
| 96 | TCI 0888187 | TCI 0888188 | -- | Chart of Share Scenarios | |
| 97 | -- | -- | -- | List of All Known TCI Swap and Stock Transactions (Amin 1) | |
| 98 | -- | -- | -- | CSX Articles of Incorporation | |
| 99 | -- | -- | -- | Chart of Fees Paid to Investment Banks by CSX as Derived from Information Provided by CSX and Public Filings | Hearsay |
| 100 | -- | -- | 2008-03-25 | Rule 424(b)(5) Filing Issuing $600,000,000 of CSX Corp. Notes | |
| 101 | -- | -- | 2007-12-11 | Rule 424(b)(5) Filing Issuing $380,821,000 of CSX Transportation, Inc. Secured Equipment Notes | |
| 102 | -- | -- | 2007-09-06 | Rule 424(b)(5) Filing Issuing $400,000,000 of CSX Corp. Notes | |
| 103 | -- | -- | 2007-04-23 | Rule 424(b)(5) Filing Issuing $300,000,000 of CSX Corp. Notes | |
| 104 | -- | -- | 2006-09-18 | Rule 424(b)(5) Filing Issuing $400,000,000 of CSX Corp. Notes | |
| 105 | -- | -- | -- | Chart of TCI's Terminated Swap Agreements and Physical Share Purchases | |

| DEF EX NO. | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 106 | 3GC 00006185 | 3GC 00006186 | -- | Compilation of 3G documents re: safety | -- |
| 107 | 3GC 0013926 | 3GC 0013926 | -- | 3G Swap Transactions | Hearsay |
| 108 | BLANK | | | | |
| 109 | CSX 00032208 | CSX 00032208 | -- | Blue Ridge Action Items | -- |
| | CSX 00032900 | CSX 00032902 | | | |
| | CSX 00048070 | CSX 00048070 | | | |
| | CSX 00044663 | CSX 00044664 | | | |
| | CSX 00048099 | CSX 00048101 | | | |
| | CSX 00048064 | CSX 00048066 | | | |
| | CSX 00048091 | CSX 00048094 | | | |
| | CSX 00044922 | CSX 00044925 | | | |
| | CSX 00047214 | CSX 00047217 | | | |
| | CSX 00048079 | CSX 00048082 | | | |
| | CSX 00048095 | CSX 00048098 | | | |
| | CSX 00032989 | CSX 00032992 | | | |
| | CSX 00037385 | CSX 00037385 | | | |
| | CSX 00037385 | CSX 00037385 | | | |
| | CSX 00040247 | CSX 00040248 | | | |
| | CSX 00037381 | CSX 00037383 | | | |
| | CSX 00041583 | CSX 00041585 | | | |
| | CSX 00040679 | CSX 00040681 | | | |
| | CSX 00042993 | CSX 00042995 | | | |
| | CSX 00041108 | CSX 00041111 | | | |
| | CSX 00041839 | CSX 00041842 | | | |
| | CSX 00041758 | CSX 00041761 | | | |
| 110 | 3GC 00000341 | 3GC 00000345 | -- | Compilation of 3G Railroad Analysis pre-February 9, 2007 | Hearsay |
| | 3GC 00000446 | 3GC 00000450 | | | |
| 111 | BLANK | | | | |
| 112 | CSX 00004101 | CSX 00004103 | -- | Letter from D. Baggs to Executive Team | -- |

[NY1 IT 2474698x1 4619w 05 15 08—12 02 a]]

| DEF. EX. NO. | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 113 | CSX 00035076 | CSX 00035077 | -- | 2008 Share Repurchase Recommendations | -- |
| 114 | -- | -- | -- | CSX Q1 2007 10-Q | -- |
| 115 | REMOVED | | | | |
| 116 | TCI 0155986 | TCI 0156022 | 2003-12-23 | UBS ISDA Agreement | -- |
| 117 | TCI 0962101 | TCI 0962120 | 2004 | Citigroup Swaps Standards Terms | -- |
| 118 | DB 00020 | DB 00035 | 2004-04-16 | Deutsche Bank ISDA Agreement | -- |
| 119 | TCI 0155787 | TCI 0155822 | 2004-04-16 | Deutsche Bank ISDA Agreement | -- |
| 120 | TCI 0155621 | TCI 0155635 | 2004-04-16 | Deutsche Bank ISDA Credit Annex | -- |
| 121 | TCI 0156024 | TCI 0156061 | 2004-07-28 | JPMorgan Chase ISDA Agreement | -- |
| 122 | TCI 0156062 | TCI 0156071 | 2004-07-28 | JPMorgan Chase ISDA Credit Annex | -- |
| 123 | TCI 0155704 | TCI 0155722 | 2004-09-07 | Citigroup ISDA Agreement | -- |
| 124 | TCI 0155723 | TCI 0155732 | 2004-09-07 | Citigroup ISDA Credit Annex | -- |
| 125 | TCI 0155863 | TCI 0155928 | 2005-12-22 | Morgan Stanley ISDA Agreement (includes April 24, 2006 Credit Annex) | -- |
| 126 | TCI 0155733 | TCI 0155786 | 2006-01-09 | Goldman Sachs ISDA Agreement | -- |
| 127 | TCI 0155842 | TCI 0155855 | 2006-01-09 | Goldman Sachs ISDA Credit Annex | -- |
| 128 | 3GC 00013563 | 3GC 00013588 | 2006-01-30 | ISDA Master Agreement | -- |
| 129 | TCI 0155636 | TCI 0155667 | 2006-02 | Credit Suisse ISDA Agreement | -- |

[NYLIT 2474694v1 4010a_05 15/08_12_02 a]

| DEF EX NO | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 130 | TCI 0155668 | TCI 0155703 | 2006-02 | Credit Suisse ISDA Credit Annex | |
| 131 | TCI 0155856 | TCI 0155862 | 2006-04-24 | Morgan Stanley ISDA Credit Annex | |
| 132 | TCI 0155929 | TCI 0155935 | 2006-09-14 | Merrill Lynch Swap Agreement | |
| 133 | TCI 0155936 | TCI 0155973 | 2006-09-14 | Merrill Lynch ISDA Agreement | |
| 134 | TCI 0155974 | TCI 0155985 | 2006-10-02 | Merrill Lynch Master Swaps Confirmation | |
| 135 | -- | -- | -- | DTC List Comparison, 4/30/2007 to 11/30/2007 | |
| 136 | -- | -- | -- | DTC participant listings for April 30, May 31, June 29, July 31, August 31, September 28, October 31 and November 30, 2007 | |
| 137 | DB 00279 | DB 00369 | -- | Deutsche Bank's CSX Daily Stock Records from February 15, 2008 to March 10, 2008 | |
| 138 | DB 00379 | DB 00405 | -- | Deutsche Bank's Depository Trust Records from February 15, 2008 to March 10, 2008 | |
| 139 | | | | Counterparty Revenues | |
| 140 | | | | Summary Exhibit to be prepared based on Exhibits 137 and 138 | |
| 141 | | | | CSX's Press Release entitled "CSX Reports Strong Double Digit Earnings Growth in Fourth Quarter" dated January 22, 2008. | |
| 142 | | | | CSX's Schedule 14A Definitive Proxy Statement filed on March 30, 2007 | |

11

| DEF. EX. NO. | Beginning Bates Number | End Bates Number | DATE | DESCRIPTION OF EXHIBITS | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 143 | | | | CSX's Press Release entitled "CSX Corporation Declares Dividend" dated May 3, 2006. | |
| 144 | | | | Hohn witness statement | |
| 145 | | | | Amin witness statement | |
| 146 | | | | Behring witness statement | |
| 151 | | | | Banker deposition | |
| 152 | | | | Banker deposition | |
| 153 | | | | Banker deposition | |
| 306 | | | 1/8/2008 | Ward's notes from conversations with Mr. Kelly and various reports Mr. Kelly made | |
| 307 | | | | Ward's handwritten notes | |

NB: Defendants reserve the right to use any exhibits included on the Exhibit List of CSX and Michael Ward.

[[NYLIT 2474698v1 401636_05_15_08_17_02_a]]