UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CSX CORPORATION

    Plaintiffs,

    v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN, AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

THE CHILDREN'S INVESTMENT MASTER FUND

    Counterclaim and Third-Party Plaintiff,

    v.

CSX CORPORATION AND MICHAEL J. WARD,

    Counterclaim and Third-Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P.

    Counterclaim Plaintiffs,

    v.

CSX CORPORATION AND MICHAEL J. WARD,

    Counterclaim Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 02764 (LAK) (KNF)

**NOTICE OF APPEARANCE**

2

      PLEASE TAKE NOTICE THAT, in the above-captioned action, Gibson, Dunn & Crutcher LLP, with office address and telephone number as set forth below, hereby appears as counsel for proposed *amicus curiae* Coalition of Private Investment Companies.

Dated: New York, New York
       June 2, 2008

                      GIBSON, DUNN & CRUTCHER LLP

                      By: /s/ Adam Offenhartz
                          Adam H. Offenhartz (AO-0952)
                          Aric H. Wu (AW-0252)
                          J. Ross Wallin (RW-3911)
                          LaShann M. DeArcy (LD-6511)

                      200 Park Avenue
                      New York, New York 10166-0193
                      Phone: (212) 351-4000
                      Fax: (212) 351-4035