UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CSX CORPORATION, | ) )   ECF CASE ) |
| Plaintiff, | ) ) 08 Civ. 2764 (LAK) |
| v. | ) ) CERTIFICATE OF SERVICE |
| THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, et al., | ) ) ) |
| Defendants. | ) ) ) |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 2nd day of June 2008, the Motion for Leave to File Brief of Amici Curiae International Swaps and Derivatives Association, Inc. and Securities Industry and Financial Markets Association, dated June 2, 2008 and including Exhibit A was served by Federal Express upon:

>    Rory O. Millson, Esq.
>    Francis P. Barron, Esq.
>    David R. Marriott, Esq.
>    Cravath, Swaine & Moore LLP
>    825 Eighth Avenue
>    New York, NY  10019

>    Howard O. Godnick, Esq.
>    Michael E. Swartz, Esq.
>    Schulte Roth & Zabel LLP
>    919 Third Avenue
>    New York, New York  10022

        Peter D. Doyle, Esq.
        Andrew Genser, Esq.
        Kirkland & Ellis LLP
        Citigroup Center
        153 East 53rd Street
        New York, New York  10022

    2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
        June 3, 2008

                                                    s/Richard V. Conza
                                                        Richard V. Conza