UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CSX CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, et al.,<br><br>                    Defendants. | ECF CASE<br><br>08 Civ. 2764 (LAK)<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 2nd day of June 2008, the Brief of Amici Curiae International Swaps and Derivatives Association, Inc. and Securities Industry and Financial Markets Association, dated June 2, 2008 was served by Federal Express upon:

> Rory O. Millson, Esq.
> Francis P. Barron, Esq.
> David R. Marriott, Esq.
> Cravath, Swaine & Moore LLP
> 825 Eighth Avenue
> New York, NY  10019
>
> Howard O. Godnick, Esq.
> Michael E. Swartz, Esq.
> Schulte Roth & Zabel LLP
> 919 Third Avenue
> New York, New York  10022

2

        Peter D. Doyle, Esq.
        Andrew Genser, Esq.
        Kirkland & Ellis LLP
        Citigroup Center
        153 East 53rd Street
        New York, New York 10022

    2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       June 3, 2008

                                            s/Richard V. Conza
                                              Richard V. Conza