```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CSX CORPORATION,

                Plaintiff,

      -against-                                        08 Civ. 2764 (LAK)

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (U.K.) L.L.P., et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's motion for leave to file its response to the letter of Professor Bernard Black [docket item 76] is granted. Defendants may respond to it provided its response is filed at or before 2 p.m. on June 4, 2008 and does not exceed 10 double-spaced pages.

      The motions to file briefs *amici curiae* [docket items 79 and 81] are granted.

      Apart from the filings contemplated by this order and any submission by the Securities and Exchange Commission in response to the Court's prior order, no further submissions will be entertained absent invitation of the Court.

      SO ORDERED.

Dated: June 2, 2008

                                                              Lewis A. Kaplan
                                                     United States District Judge