UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CSX CORPORATION,

                        Plaintiff,

        -against-                                       08 Civ. 2764 (LAK)

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

                        Defendants.
------------------------------------------------------------x

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 6/3/08*

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on Monday, June 9, 2008, at 2 p.m. The parties are invited to focus principally on the relief, if any, that may and should be granted in the event the Court finds any of the violations asserted in the complaint and the counterclaim and such subsidiary questions as inform that determination.

        The Court has allotted 45 minutes to plaintiff and 45 minutes to defendants collectively.

        SO ORDERED.

Dated:     June 3, 2008

                                                            Lewis A. Kaplan
                                                          United States District Judge