UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CSX CORPORATION,

                  Plaintiff,

        -against-

THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

                  Defendants,

        -against-

MICHAEL J. WARD,

                  Additional Counterclaim
                  Defendant
------------------------------------------------------------x

08 Civ. 2764 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2008

## FINAL JUDGMENT AND PERMANENT INJUNCTION

This Court having duly come on for trial and the Court having rendered its findings of fact and conclusions of law, it is hereby

**ORDER, ADJUDGED AND DECREED** as follows:

1.     Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of the foregoing who receive actual notice of this injunction by personal service or otherwise be and they hereby are enjoined and restrained from violating Section 13(d) of the Securities Exchange Act of 1934, 15 U.S.C. § 78m(d), and Regulation 13D thereunder, 17 C.F.R. §§ 240.13d-1 through 13d-102.

2

    2.    Plaintiff shall recover of defendants, jointly and severally, the costs of this action.

    3.    The counterclaims are dismissed with prejudice.

SO ORDERED.

Dated: June 11, 2008
Issued at: 3:05 pm

_____
Lewis A. Kaplan
United States District Judge