UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CSX CORPORATION,

                                Plaintiff,


                -against-


THE CHILDREN'S INVESTMENT FUND
MANAGEMENT (UK) LLP, et al.,

                                                        08 Civ. 2764 (LAK)

                                Defendants,


                -against-


MICHAEL J. WARD,

                                Additional Counterclaim
                                Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                                **ORDER**


LEWIS A. KAPLAN,  *District Judge.*

            Plaintiff's application, pursuant to Fed. R. App. P. 8, for an injunction pending appeal
was made and heard orally in a conference call with counsel for all parties and, for the reasons stated
on the record, denied.

            SO ORDERED.

Dated:      June 12, 2008


                                Lewis A. Kaplan
                                United States District Judge