UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CSX CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,<br><br>            Defendants. | ECF Case<br><br>08 Civ. 02764 (LAK)<br><br>**NOTICE OF APPEAL** |
| THE CHILDREN'S INVESTMENT MASTER FUND,<br><br>         Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>CSX CORPORATION AND MICHAEL WARD,<br><br>         Counterclaim and Third-Party Defendants. | |
| 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P. AND 3G FUND, L.P.,<br><br>         Counterclaim Plaintiffs,<br><br>v.<br><br>CSX CORPORATION AND MICHAEL WARD,<br><br>         Counterclaim Defendants. | |

PLEASE TAKE NOTICE that plaintiff CSX Corporation hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment and Permanent Injunction of this Court entered June 11, 2008, and from the Opinion of this Court entered the same day, to the extent the Court denied injunctive relief sought by plaintiff (e.g., the Court refused to enjoin "defendants from voting the 6.4 percent of [plaintiff's] shares that they acquired between the expiration of []10 days following the formation of the group no later than February 13, 200[7] and the date of the trial").

June 12, 2008

                    Respectfully submitted,

                    **CRAVATH, SWAINE & MOORE LLP,**

by _____
                    Rory O. Millson
                    Francis P. Barron
                    David R. Marriott
                    Members of the Firm

                    Attorneys for Plaintiff-Counterclaim
                    Defendant CSX Corporation and
                    Third-Party Defendant Michael Ward
                    825 Eighth Avenue
                    New York, NY 10019
                    (212) 474-1000

                        RMillson@cravath.com
                        FBarron@cravath.com
                        DMarriott@cravath.com

To:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Howard O. Godnick
Schulte Roth & Zabel LLP
Attorneys for Defendant and Counterclaimant The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, Christopher Hohn and Snehal Amin
919 Third Avenue
New York, New York 10022

Peter D. Doyle
Kirkland & Ellis LLP
Attorneys for Defendants and Counterclaimant 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P., and Alexandre Behring
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Keara A. Bergin
Dewey Pegno & Kramarsky LLP
Attorneys for Plaintiff and Counterclaim Defendant CSX Corporation and Third-Party Defendant Michael Ward
220 East 42nd Street
New York, NY 10017

Lance J. Gotko
Friedman Kaplan Seiler & Adelman LLP
Attorneys for Plaintiff and Counterclaim Defendant CSX Corporation and Third-Party Defendant Michael Ward
1633 Broadway
New York, NY 10019-6708