UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF NEW YORK

---

CSX CORPORATION,

        Plaintiff,

v.

THE CHILDREN'S INVESTMENT FUND MANAGEMENT (UK) LLP, THE CHILDREN'S INVESTMENT FUND MANAGEMENT (CAYMAN) LTD., THE CHILDREN'S INVESTMENT MASTER FUND, 3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P., 3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL AMIN AND ALEXANDRE BEHRING, A/K/A ALEXANDRE BEHRING COSTA,

        Defendants.

---

THE CHILDREN'S INVESTMENT MASTER FUND,

        Counterclaim and Third-Party Plaintiff,

v.

CSX CORPORATION AND MICHAEL WARD,

        Counterclaim and Third-Party Defendants.

---

3G CAPITAL PARTNERS LTD., 3G CAPITAL PARTNERS, L.P. AND 3G FUND, L.P.,

        Counterclaim Plaintiffs,

v.

CSX CORPORATION AND MICHAEL WARD,

        Counterclaim Defendants.



ECF Case

08 Civ. 02764 (LAK) (KNF)

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) LTD., 3G Capital Partners LTD., 3G Capital Partners, L.P. and 3G Fund, L.P., Christopher Hohn, Snehal Amin, and Alexandre Behring A/K/A Alexandre Behring Costa, defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment, Permanent Injunction, and Opinion entered in this action on June 11, 2008, copies of which are annexed hereto, permanently enjoining and restraining the defendants their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of the foregoing from violating Section 13(d) of the Securities Exchange Act of 1934, 15 U.S.C. § 78m(d), and Regulation 13D thereunder, 17 C.F.R. §§ 240.13d-1 through 13d-102 and granting plaintiff the costs of the action. In appealing from that Judgment and that Ruling, defendants appeal from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment and the Ruling, that shaped the Judgment and the Ruling, that are related to the Judgment and the Ruling, and upon which the Judgment and the Ruling are based.

Dated:    June 13, 2008
          New York, NY

KIRKLAND & ELLIS LLP

By: /s/ Peter D. Doyle
    Peter D. Doyle
    Andrew Genser
    Citigroup Center
    153 East 53rd Street
    New York, New York 10022-4611
    Telephone:    (212) 446-4800
    Facsimile:    (212) 446-4900
    pdoyle@kirkland.com
    agenser@kirkland.com

*Attorneys for Defendants 3G Capital Partners Ltd., 3G Capital Partners, L.P., 3G Fund, L.P., and Alexandre Behring*

SCHULTE ROTH & ZABEL LLP

By: /s/ Howard O. Godnick /PDD
    Howard O. Godnick
    Michael E. Swartz
    David K. Momborquette
    Yocheved Cohen
    919 Third Avenue
    New York, New York 10022
    Telephone:    (212) 756-2000
    Facsimile:    (212) 593-5955
    howard.godnick@srz.com
    michael.swartz@srz.com
    yocheved.cohen@srz.com

*Attorneys for Defendants The Children's Investment Fund Management (UK) LLP, The Children's Investment Fund Management (Cayman) Ltd., The Children's Investment Master Fund, Christopher Hohn and Snehal Amin*

TO:    Rory O. Millson, Esq.
CRAVATH SWAINE & MOORE LLP
*Attorneys for Plaintiff CSX Corporation*
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Lance J. Gotko, Esq.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
*Attorneys for Plaintiff CSX Corporation*
1633 Broadway, 46th Floor
New York, NY 10019
(212) 833-1100

Keara A. Bergin, Esq.
DEWEY PEGNO & KRAMARSKY LLP
*Attorneys for Plaintiff CSX Corporation*
220 East 42nd Street, 33rd Fl
New York, NY 10017
(212) 943-9000