UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of July, two thousand eight.

PRESENT:  HONORABLE JON O. NEWMAN,
          HONORABLE RALPH K. WINTER,
          HONORABLE GUIDO CALABRESI,
                    Circuit Judges.

- - - - - - - - - - - - - - - - - - - -

CSX CORPORATION,
    Plaintiff-Appellant-Cross-Appellee,

          v.                    08-2899-cv(L), -3016-cv(XAP)

THE CHILDREN'S INVESTMENT FUND MANAGEMENT
{UK} LLP, ET AL.,
    Defendants-Third-Party-Plaintiffs-
    Counter-Claimants-Appellees-
    Cross-Appellants.

- - - - - - - - - - - - - - - - - - - -

ORDER

Defendant-Appellee-Cross Appellant Snehal Amin having moved for leave to file in the District Court a motion to correct the judgment, it is hereby ORDERED that the case is remanded to the District Court for the limited purpose of entertaining and adjudicating a motion to correct the judgment, and upon notice by Amin to the Clerk of this Court that such an adjudication has occurred, the jurisdiction of this Court will be restored.

FOR THE COURT,
CATHERINE O'HAGAN WOLFE, Clerk

By: /s/ Franklin [illegible]



A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by /s/ [illegible]
        DEPUTY CLERK

CERTIFIED:

JUL 2 5 2008