UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CSX CORPORATION,                                            :
                                                           :
                    Plaintiff,                             :
                                                           :
        v.                                                 :
                                                           :
THE CHILDREN'S INVESTMENT FUND                             :        ECF CASE
MANAGEMENT (UK) LLP, THE CHILDREN'S                        :        08 Civ. 02764 (LAK) (KNF)
INVESTMENT FUND MANAGEMENT                                 :
(CAYMAN) LTD., THE CHILDREN'S                              :        **MOTION TO CORRECT THE FINAL**
INVESTMENT MASTER FUND, 3G CAPITAL                         :        **JUDGMENT PURSUANT TO RULE**
PARTNERS LTD., 3G CAPITAL PARTNERS, L.P.,                  :        **60(A)**
3G FUND, L.P., CHRISTOPHER HOHN, SNEHAL                    :
AMIN, AND ALEXANDRE BEHRING, A/K/A                         :
ALEXANDRE BEHRING COSTA,                                   :
                                                           :
                    Defendants.                            :
                                                           :
---------------------------------------------------------------
                                                           :
THE CHILDREN'S INVESTMENT MASTER                           :
FUND,                                                      :
                    Counterclaim and                       :
                    Third-Party Plaintiff,                 :
                                                           :
        v.                                                 :
                                                           :
CSX CORPORATION AND MICHAEL J. WARD,                       :
                                                           :
                    Counterclaim and                       :
                    Third-Party Defendants.                :
---------------------------------------------------------------
                                                           :
3G CAPITAL PARTNERS LTD., 3G CAPITAL                       :
PARTNERS, L.P. AND 3G FUND, L.P.                           :
                                                           :
                    Counterclaim Plaintiffs,               :
                                                           :
        v.                                                 :
                                                           :
CSX CORPORATION AND MICHAEL WARD,                          :
                                                           :
                    Counterclaim Defendants.               :
                                                           :
---------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law of Defendant Snehal Amin in Support of a Rule 60(a) Motion To Correct The Judgment of June 11, 2008, and the Affirmation of Michael E. Swartz, the undersigned will move this Court before the Honorable Lewis A. Kaplan, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be specified by the Court, to have the Judgment of June 11, 2008 corrected pursuant to Rule 60(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 30, 2008

SCHULTE ROTH & ZABEL LLP


By:   /s/ Michael E. Swartz
      Howard O. Godnick
      Michael E. Swartz
      919 Third Avenue
      New York, New York 10022
      Telephone:    (212) 756-2000
      Facsimile:    (212) 593-5955
      michael.swartz@srz.com

      Attorneys for Defendants The Children's
      Investment Fund Management (UK) LLP,
      The Children's Investment Fund
      Management (Cayman) Ltd., The Children's
      Investment Master Fund, Christopher Hohn
      and Snehal Amin

2

TO:    CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

Attention:    Francis P. Barron, Esq.


FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway, 46th Floor
New York, NY  10019
(212) 833-1100

Attention:    Lance J. Gotko, Esq.


DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street, 33rd Fl
New York, NY  10017
(212) 943-9000

Attention:    Keara A. Bergin, Esq.


KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800

Attention:    Peter D. Doyle, Esq.