UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CSX CORPORATION,

                Plaintiff,

-against-                                  08 Civ. 2764 (LAK)

THE CHILDREN'S INVESTMENT FUND
MANAGMENT (UK) LLP, et al.,

                Defendants,

-against-

MICHAEL J. WARD,

                Additional Counterclaim
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      In view of plaintiff's offer to stipulate that Mr. Amin would not be bound personally by the final judgment and the fact that such a stipulation necessarily would have been signed by the Court and thus in itself amended the final judgment, defendants' motion to amend the judgment was entirely unnecessary. It [docket item 104] nevertheless is granted in view of the lack of any basis for not doing so. By deleting Mr. Amin from the list of persons enjoined in their personal capacities, however, Mr. Amin remains bound in all other respects (e.g., as an officer, director or agent of one or more other defendants and as a person in active concert and participation with any defendant).

      SO ORDERED.

Dated:     August 18, 2008

                                                     Lewis A. Kaplan
                                        United States District Judge